# EXHIBIT A

LIST OF INFRINGING WORKS ON PORN.COM

| Copyright Registration Number | Title of Work | Infringing Link |
|---|---|---|
| PA0001917306 | Il Lungo Addio | http://www.porn.com/videos/licking-every-inch-of-hottie-1654553 |
| PA0001922479 | Le Café | http://www.porn.com/videos/innocent-brunette-slut-fucks-her-man-with-passion-1642733 |
| PA0001931432 | Stay Sweet | http://www.porn.com/videos/unequaled-passion-1964409 |
| PA0001922530 | The Promise | http://www.porn.com/videos/blonde-gets-lovingly-fucked-while-in-the-backyard-1642673 |