**EXHIBIT B**

NO SUCH USER

| Copyright Registration Number | Title of Work | Uploaded By: | User Status | Infringing Link |
|---|---|---|---|---|
| PA0001917306 | Il Lungo Addio | charcamp | No such member | http://www.porn.com/videos/licking-every-inch-of-hottie-1654553 |
| PA0001922479 | Le Café | bannywanny2005 | No such member | http://www.porn.com/videos/innocent-brunette-slut-fucks-her-man-with-passion-1642733 |
| PA0001931432 | Stay Sweet | mznhbgwk | No such member | http://www.porn.com/videos/blonde-gets-lovingly-fucked-while-in-the-backyard-1642673 |