**EXHIBIT C**

INFRINGING USER COMPARISON

PORN.COM | XVIDEOS.COM

| User Name | Porn.com: "Join Date" | Porn.com: Location | Xvideos.com: "Join Date" | Xvideos.com: Location |
|---|---|---|---|---|
| feceressed | July 27, 2015 | GB | July 27, 2015 | GB |

**EXHIBIT C |** Page 1 of 1