# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | HYDENTRA HLP INT. LIMITED ; HYDENTRA, L.P. HLP GENERAL PARTNER, INC | **Defendant(s):** | SAGAN LIMITED ; MXN LTD. ; Netmedia Services Inc. ; David Koonar |
| County of Residence: Outside the State of Arizona | | County of Residence: Outside the State of Arizona | |
| County Where Claim For Relief Arose: Outside the State of Arizona | | | |

Plaintiff's Atty(s):

**Veronica L Manolio**
**Manolio & Firestone, PLC**
**8686 E. San Alberto Drive, Suite 200**
**Scottsdale, Arizona  85258**
**480-222-9100**

Defendant's Atty(s):

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff:- | 5 Non AZ corp and Principal place of Business outside AZ |
| Defendant:- | 5 Non AZ corp and Principal place of Business outside AZ |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 820 Copyrights |
| VI.Cause of Action: | 17 U.S.C. 101; 28 U.S.C. 1331 and 1338 Plaintiff demands damages for copyright infringements occurring on Defendant website(s) |
| VII. Requested in Complaint | |

        Class Action: **No**
        Dollar Demand:
        Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature**     s  **Veronica L. Manolio**

    **Date**     5 16 16

**If any of this information is incorrect, please go bac   to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised  01 2014