LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a SEXART; HYDENTRA, L.P. HLP GENERAL PARTNER, INC, a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.<br><br>**PLAINTIFFS' FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiffs Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart; Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart, through their attorney, Veronica L. Manolio of Manolio & Firestone, PLC, provide the following corporate disclosure statement:

Hydentra L.P. HLP General Partner, Inc., d/b/a Metart, d/b/a Sexart has no parent corporation, is not publicly traded, and does not have a publicly traded corporation owning ten percent (10%) or more of its stock.

1   Hydentra HLP Int. Limited, d/b/a Metart, d/b/a Sexart has no parent corporation, is
2   not publicly traded, and does not have a publicly traded corporation owning ten percent
3   (10%) or more of its stock.

5   DATED this 16th day of May, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*