# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, et al., | No. CV-16-1494-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Sagan Limited, et al., | |
| Defendants. | |

The Complaint in this matter was filed May 16, 2016. Defendants have not been served in this matter. Upon review of the docket, it appears that Plaintiff has consented to Magistrate Judge Jurisdiction pursuant to 28 U.S.C. § 636(c).

Federal Rule of Civil Procedure 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

**IT IS THEREFORE ORDERED** that Plaintiff shall have twenty-one (21) days from the date of the filing of this Order to show good cause why this case should not be

. . .

. . .

dismissed pursuant to Rule 4(m), Fed.R.Civ.P.  If Plaintiff fails to comply with this Order, this action shall be dismissed.

Dated this 6th day of September, 2016.

_____
David K. Duncan
United States Magistrate Judge