LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>                         Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,<br><br>                         Defendants. | Case No. **CV-16-1494-PHX-DKD**<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE DATED SEPTEMBER 6, 2016** |

Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc. ("Hydentra" or "Plaintiffs") hereby respond to the Order to Show Cause, dated September 6, 2015.  (Dkt. No 9).

On May 16, 2016, Plaintiffs filed the Complaint against of the Defendants Sagan, Ltd., MXN, Ltd., Netmedia Services, Inc., and David Koonar ("Defendants"). Summonses were issued for each of the Defendants on May 18, 2016.  Each of these Defendants are foreign Defendants – Sagan, Ltd. is Republic of Seychelles company;

1  MXN, Ltd., now known as Cyerbweb, Ltd., is a company registered in Barbados;
2  Netmedia Services, Inc. is registered and located in Canada; and, Mr. Koonar is a
3  resident of Canada.[1]  Plaintiffs **have** initiated service of process against each of the
4  Defendants through that Hague Convention, with that process starting shortly after the
5  summonses were issued.  It appears that Defendants Netmedia Services and Koonar
6  have been evading service in Canada, but attempts are continuing.  Plaintiffs are
7  awaiting results for service attempts in Barbados and Seychelles.

8  Fed.R.Civ.P. 4(m) mandates that service on a defendant (other than one located in
9  a foreign country) occur within 90 days of filing of a lawsuit.  However, Fed.R.Civ.P.
10 4(m) specifically states that time limitations for service do not apply when service occurs
11 in a foreign country.  Since the Defendants are located outside the United States, the 90
12 time limitation for service of process does not apply.

13 Because these same Defendants refused to accept service in the companion case,
14 Plaintiffs did not waste time or resources asking for acceptance/waiver of service here
15 and immediately sought foreign service through the Hague Convention.  Plaintiff has
16 acted diligently and in good faith rather than lacking in prosecution.  Unfortunately,
17 service in a foreign country takes significant time and includes factors beyond Plaintiffs'
18 control, such as foreign local governments, laws, and customs.  It is anticipated in the
19 instant matter that Plaintiffs will need to seek alternative service against the foreign
20 Defendants Sagan, MXN (Cyberweb), Netmedia Services, and Mr. Koonar.  *See*, fn. 1.

---

[1] It is noteworthy is that each of these Defendants are also named in another case pending in this same Arizona District Court, before the Hon. David G. Campbell, *AMA Multimedia, LLC v. Sagan, Ltd, et al.,* Cause No. CV-16-1269-PHX-DGC. There, Judge Campbell granted alternative service on Defendants Cyberweb (MXN) and Mr. Koonar because the Defendants were purposefully avoiding service of process (though represented by counsel).  Plaintiffs here believe the same gamesmanship will be used in this matter and that alternative service may become necessary.

While Plaintiffs believe that there are currently sufficient grounds to request alternative service, Plaintiffs respectfully ask that this Court permit an additional thirty (30) days for Plaintiffs to achieve direct service or file a motion for alternative service.

RESPECTFULLY SUBMITTED this 27th day of September 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*