# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, et al., | No. CV-16-1494-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Sagan Limited, et al., | |
| Defendants. | |

On September 6, 2016, the Court issued an Order to Show Cause regarding the service of Defendants in this matter (Doc. 9). On September 27, 2016, Plaintiffs responded to the Court's Order indicating that the Defendants are foreign defendants, that the service process has been initiated, and that Defendants are evading service. Plaintiffs further requested that the Court grant additional time to attempt direct service or to file a motion for alternative service (Doc. 10).

**IT IS ORDERED** granting Plaintiff's request for an additional 30-day extension of time to serve Defendants, or to file a motion for alternative service.

Dated this 12th day of October, 2016.

David K. Duncan
United States Magistrate Judge