# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,<br><br>Defendants. | Case No. **CV-16-1494-PHX-DKD**<br><br>**DECLARATION OF SPENCER D. FREEMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** |

I, Spencer D. Freeman, declare:

1. I am an attorney at law licensed to practice in the State of Washington (and have appeared *pro hac vice* in the District Court of Arizona many times). I am the owner/principal of Freeman Law Firm, Inc. in Tacoma, Washington, and our firm acts as General Counsel to the Plaintiffs in this matter (while Manolio & Firestone, PLC and/or Ms. Manolio are local litigation counsel).

2. I have personal knowledge of the facts stated in this Declaration.

3. On or about May 16, 2016, Manolio & Firestone, PLC filed this action regarding copyright/trademark infringement occurring on the website www.Porn.com. Within a few days thereafter, that firm provided my law firm with the Summonses issued by the Clerk of the Court in order to effectuate service of process.

4. Our firm arranged for service through the Hague, as each and every one of the Defendants in this matter is a foreign Defendant. As of today, our process servers still have not been successful in effectuating service. I have personally verified this with the service company as recently as this week.

5. I am well aware of the Defendants and their counsel, Erica Van Loon and Valentin Gurvits, as they represent all of these same Defendants in another similar case regarding www.Porn.com, *AMA Multimedia, LLC v. Sagan, Ltd, et al.*, Cause No. CV-16-1269-PHX-DGC.

6. I have personally had settlement discussions with Ms. Van Loon and Mr. Gurvtis **regarding this case** and, therefore, can attest that the Defendants have actual notice of this pending lawsuit.

I declare under the penalty of perjury and of the United States of America that the foregoing is true and correct.

Executed on the 10th day of November, 2016.


Spencer D. Freeman