# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,<br><br>Defendants. | Case No. **CV-16-1494-PHX-DKD**<br><br>**DECLARATION OF VERONICA L. MANOLIO IN SUPPORT OF PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** |

I, Veronica L. Manolio, declare:

1. I am an attorney at law licensed to practice in Arizona. I am a principal in the law firm Manolio & Firestone, PLC, and I/my firm were hired to represent the Plaintiffs as local litigation counsel in this lawsuit.

2. I have personal knowledge of the facts stated in this Declaration, unless stated otherwise.

3. On or about May 16, 2016, I caused this lawsuit to be filed.

4. Within a few days after our firm filed suit, we provided the Summonses (issued by the Clerk) to Plaintiffs' General Counsel, Spencer Freeman, so that his office could complete the service of process on Defendants.

5. I understand from Mr. Freeman that process servers have made attempts at service and that paperwork was sent through the Hague, but service has not yet been completed.

6. I have personal involvement with counsel for each of the Defendants, Erica Van Loon, as she represents the same Defendants (and others) in another case we have pending regarding www.Porn.com, *AMA Multimedia, LLC v. Sagan, Ltd, et al.*, Cause No. CV-16-1269-PHX-DGC.

7. Based on my knowledge that Ms. Van Loon represents all of the Defendants, I personally reached out to her and asked her to accept service of process. *See*, Email attached here as **Exhibit 1**, incorporated by this reference.

8. Ms. Van Loon declined to accept or waive service, citing the fact that defendants contest "U.S. jurisdiction" as the reason she would not do so. *Id.*

9. I do not personally feel this is a viable reason to decline acceptance of service since Rule 4(d)(5), Fed.R.Civ.Pro. expressly preserves the rights to jurisdictional and venue defenses, even if a party waives service. Similarly, the "Waiver of the Service of Summons" form in the Federal Rules (Form 6) expressly states that defendants cannot refuse to accept service based on a "belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property." *See*, "Duty to Avoid Unnecessary Expenses of Serving a Summons," Form 6, Fed.R.Civ.P.

10. Had Defendants/counsel asked for an agreement that waiving or accepting service would NOT mean waiving any defenses (including personal jurisdiction or venue), I would have agreed readily. Those defenses are not waived by service.

I declare under the penalty of perjury and of the United States of America that the foregoing is true and correct.

Executed on the 10th day of November, 2016.

_____
Veronica L. Manolio

- 3 -

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Erica Van Loon <evanloon@glaserweil.com> |
| **Sent:** | Friday, November 04, 2016 3:54 PM |
| **To:** | Veronica L. Manolio |
| **Subject:** | RE: Hydentra v. Porn.com, 2:16-cv-01494-DKD |

Dear Veronica,

Thank you for your email. I am not authorized to accept service in this matter, particularly as U.S. jurisdiction over the defendants is being contested.

Sincerely,

Erica

# GlaserWeil

Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Friday, November 4, 2016 1:20 PM
**To:** Erica Van Loon
**Subject:** Hydentra v. Porn.com, 2:16-cv-01494-DKD

Dear Erica,

As you know, my office represents Hydentra in the lawsuit against your clients - Sagan, Netmedia, Cyberweb (formerly MXN) and David Koonar. While I understand you have had some communications with Hydentra's general counsel (Spencer Freeman), I wanted to reach out to you personally to ask whether you will accept service on behalf of the Defendants.

Please let me know if you will accept service on behalf of any/all of the Defendants so that we may avoid the costs of additional service attempts and/or the expense of filing a Motion for Alternative Service. I would greatly appreciate your professional cooperation.

Sincerely,

*Veronica*

*PLEASE NOTE OUR NEW ADDRESS*
**Veronica L. Manolio**
*Attorney at Law*

1

**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
(480) 222-9106 - Fax
www.mf-firm.com

**NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (480) 222-9100 or reply by e-mail and delete and/or discard the message.

Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer or computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by MANOLIO & FIRESTONE, PLC for any loss or damage arising in any way from this communication. Thank you.