1
2
3
4
5
6     **IN THE UNITED STATES DISTRICT COURT**
7     **IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br>                              Plaintiffs, <br><br> vs. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*, <br><br>                              Defendants. | Case No. **CV-16-1494-PHX-DKD** <br><br><br> **ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** |

The Court, having read Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc.'s ("Hydentra" or "Plaintiffs") *Ex Parte* Motion for Alternative Service on Defendants, having considered the issues raised therein, and being otherwise fully advised, it is hereby found that:

Plaintiffs seek leave to serve Defendants, Sagan, Ltd., MXN Ltd. (now known as "Cyberweb, Ltd."), Netmedia Services Inc., and David Koonar, by alternative means pursuant to Fed.R.Civ.P. 4(h)(2) and Fed.R.Civ.P. 4(f)(3). Fed.R.Civ.P. Rule 4(h)(2)

authorizes service of process on a foreign business entity in the manner prescribed by Rule 4(f) for individuals. Sufficient facts and evidence have been presented in this matter demonstrating that Plaintiffs have made good-faith efforts to serve Defendants without success. Alternative service under Rule 4(f)(3) is, therefore, permitted. *See*, *Rio Properties, Inc. v. Rio International Interlink*, 284 F.3d 1007, 1014 (9th Cir. 2002).

In view of the difficulty surrounding personal service, and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants. Plaintiffs may effectuate service of process on Defendants, Sagan, Ltd., MXN Ltd. (now known as "Cyberweb, Ltd."), Netmedia Services Inc., and David Koonar, as an alternative to personal service, by the following means:

1. Sending a copy of the Summons, Complaint, and related documents to each Defendant, through counsel, via electronic mail to: evanloon@glaserweil.com; and

2. Sending a copy of the Summons, Complaint, and related documents to each Defendant, through counsel, via regular mail to:

> Ms. Erica J. Van Loon
> Glaser Weil Fink Howard Avchen & Shapiro LLP
> 10250 Constellation Blvd.
> Los Angeles, CA 90067

Plaintiffs shall make service within 10 days of this Order and shall file an Affidavit confirming service with this Court.

**IT IS FURTHER ORDERED** that Plaintiffs may request their attorneys' fees and costs for having to seek this alternative service for Defendants.