IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hydentra HLP INT. Limited, et al.

Plaintiff(s)/Petitioner(s),

vs.

Sagan Limited, et al.

Defendant(s)/Respondent(s)

CASE NO: CV-16-1494-PHX-DKD

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Evan Fray-Witzer, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Sagan Limited, MXN LTD., Netmedia Services Inc., David Koonar.

City and State of Principal Residence: Lexington, Massachusetts
Firm Name: Ciampa Fray-Witzer, LLP
Address: 20 Park Plaza    Suite: 505
City: Boston   State: MA   Zip: 02116
Firm/Business Phone: (617) 426-0000
Firm Fax Phone: (617) 507-8043   E-mail Address: Evan@CFWLegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Commonwealth of Massachusetts | 12/15/1993 | ✓ Yes   ☐ No* |
| District of Massachusetts | 06/05/1993 | ✓ Yes   ☐ No* |
| State of New Hampshire | 06/05/1993 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

11/16/16

Date

Signature of Applicant

Fee Receipt # _____

(Rev. 04/12)

Additional Bar Admissions

| Court | Date Admitted |
|---|---|
| United States Supreme Court | 01/12/2011 |
| First Circuit Court of Appeals | 06/04/1997 |
| Ninth Circuit Court of Appeals | 11/05/2012 |
| Eleventh Circuit Court of Appeals | 06/24/2016 |
| District of New Hampshire | 06/05/1995 |

## UNITED STATES DISTRICT COURT

### District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Evan M. Fray-Witzer**, Bar **564349**, was duly admitted to practice in this Court on **February 24, 1995**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **November 16, 2016**

Robert M. Farrell
**CLERK**

**DEPUTY CLERK**