# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Hydentra HLP Int. Limited, et al.

    Plaintiff(s)/Petitioner(s),

vs.

Sagan Limited, et al.

    Defendant(s)/Respondent(s)

CASE NO: CV-16-1494-PHX-DKD

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Matthew Shayefar, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Sagan Ltd., MXN Ltd., Netmedia Services Inc., David Koonar.

City and State of Principal Residence: West Hollywood, California
Firm Name: Boston Law Group, PC
Address: 825 Beacon Street     Suite: 20
City: Newton Centre     State: MA     Zip: 02459
Firm/Business Phone: (617) 928-1800
Firm Fax Phone: (617) 928-1802     E-mail Address: matt@bostonlawgroup.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Massachusetts | 11/30/2012 | ✓ Yes   ☐ No* |
| California | 06/03/2013 | ✓ Yes   ☐ No* |
| 9th Circuit | 12/14/2012 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

November 16, 2016
Date     Signature of Applicant

Fee Receipt # _____     (Rev. 04/12)

Additional Bar Admissions

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| District of Massachusetts | 01/22/2013 | Yes |
| Central District of California | 03/17/2014 | Yes |
| 11th Circuit | 07/2016 | Yes |

# UNITED STATES DISTRICT COURT

## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Matthew Shayefar**, Bar **685927**, was duly admitted to practice in this Court on **January 22, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **November 16, 2016**

_____
Robert M. Farrell
CLERK

_____
DEPUTY CLERK