

SUBSCRIBE ➜ (/SUBSCRIBE)    ( / )

SUBSCRIBE ➜

# MindGeek Issues Reaction to MetArt Copyright/Trademark Lawsuit

1 year ago

LEGAL (HTTPS://AVN.COM/

September 03, 2015 12:03 PM  —  Legal (https://avn.com/business/articles/legal)  —  Tech



VS.



**CYPRUS**—MindGeek, the adult conglomerate that produces adult movies and web content under several different production companies and websites, has issued its reaction to the lawsuit (http://business.avn.com/articles/legal/MetArt-Sues-Pornhub-

Alleging-Piracy-of-Content-605198.html) filed on August 27 charging that adult site PornhubPremium.com has infringed on copyrights and trademarks owned by Hydentra L.P., the parent company of MetArt.com and SexArt.com.

"The lawsuit filed by Metart is frivolous," said MindGeek in a statement issued today. "MindGeek is astonished that MetArt has chosen MindGeek, its long-time content partner, as the next target of its newly adopted business model of filing baseless claims.

"MetArt has ignored in its filing that MindGeek has contractual arrangements with MetArt with respect to its content. MindGeek categorically denies MetArt's infringement allegations.

"MindGeek believes that the true purpose of this lawsuit in fact is simply for Metart to 'make a quick buck' and obtain an unjustified payment from MindGeek.

"By ignoring the agreements between it and MindGeek, MetArt has launched a wholly unjustified attack on MindGeek," said Catherine Dunn, Vice President, Global Communications for MindGeek. "We refuse to be intimidated by this shameful action and will vigorously and aggressively enforce our rights, including by bringing counterclaims against MetArt for their actions."

The Hydentra/MetArt/SexArt complaint can be read here (http://business.avn.com/downloadfile.pl?contentmap_id=605197).

## Related Content

Companies


(https://avn.com/avnid/Pornhub-Network-448307.html)
Pornhub Network (https://avn.com/avnid/Pornhub-Network-448307.html)


(https://avn.com/avnid/Met-Art-458082.html)
MetArt (https://avn.com/avnid/Met-Art-458082.html)



SUBSCRIBE ➜ (/SUBSCRIBE)    ( / )

    SUBSCRIBE ➜

# MetArt Drops Lawsuit Against MindGeek

1 year ago

**TECH (HTTPS://AVN.COM/**

September 30, 2015 9:32 AM   —   Tech (https://avn.com/business/articles/technology)   —   By AVN Staff (https://avn.com/porn-stars/AVN-Staff-270542.html)   —   Legal



**MIAMI**—A little more than a month after filing (http://business.avn.com/articles/legal/MetArt-Sues-Pornhub-Alleging-Piracy-of-Content-605198.html) a lawsuit alleging piracy of content against MindGeek USA, Hydentra L.P., which does business as adult content providers MetArt and SexArt, has dropped the suit.

"Hydentra dismissed the lawsuit it filed on August 29, 2015 in the U.S. District Court for the Southern District of Florida, Miami Division, against various MindGeek entities and Feras Antoon," the company said in a statement.

In the lawsuit, Hydentra/MetArt claimed that "Pornhub.com has been utilized by Defendants to collect Plaintiffs' copyrighted works and trademarks for unlawful and unauthorized display on Defendants' new pay-only membership site Pornhubpremium.com, where Defendants charge a fee to view Plaintiffs' works," and that "Plaintiffs discovered numerous copyrighted works on Pornhub.com that were not mere promotional materials, were not provided by Plaintiffs, and were not authorized for display on Pornhub.com."

Hydentra alleged although it demanded that all of its copyrighted works be removed from Pornhub.com, the site's owners failed to do so, and moreover, "took these same materials and utilized them for direct financial gain, directly charging internet users money to view the videos in high definition, without interruption of advertising, and to download the videos."

**UPDATE:** Catherine Dunn, vice president of global communications for MindGeek, issued the following statement concerning Hydentra dropping its lawsuit:

"MetArt is a longtime business partner of MindGeek and we are pleased that the claim has been withdrawn without having to resort to the court system, nor making any payment to MetArt. With this behind us, we look forward to continuing to work with MetArt and grow our partnership to new highs."

## Related Content

| Companies | Article Authors |


(https://avn.com/avnid/Pornhub-Network-448307.html)


(https://avn.com/avnid/Met-Art-458082.html)
MetArt (https://avn.com/avnid/Met-Art-458082.html)

Pornhub Network (https://avn.com/avnid/Pornhub-Network-448307.html)

SexArt.com

Mindgeek

Copyright © 2016 AVN Media Network | 2257 Notice (https://avn.com/about-us/2257-notice.html) | Privacy Policy (https://avn.com/about-us/privacy-policy.html)