Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br> Plaintiffs, <br><br> v. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, <br><br> Defendants, | Case No. CV-16-1494-PHX-DKD <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** |

Now come the Defendants to respectfully move for leave to file a brief (three and one-half substantive page) sur-reply. A copy of the Proposed Sur-Reply is attached hereto as Exhibit 1.

In support of this Motion, the Defendants state that the proposed sur-reply is intended only to address issues and cases newly raised in Plaintiffs' Reply Brief and that the brief Sur-Reply is intended to aid the Court in its consideration of the Defendants' Opposition.

Respectfully submitted,

Sagan Limited, MXN LTD.,
Netmedia Services Inc., and
David Koonar,

By their attorneys,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

By:   /s/ Evan Fray-Witzer

3