LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br> Plaintiffs, <br><br> vs. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*, <br><br> Defendants. | Case No. **CV-16-1494-PHX-DKD** <br><br> **PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY (AND ITS SUR-REPLY) RE: PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE** |

Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc. ("Hydentra") respectfully request that this Court strike the pleading filed by Defendants on December 6, 2016 titled as "Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants" (Doc. 19) on the grounds that the Sur-Reply would be an improper pleading.

Hydentra did not raise new issues of law or fact in their Reply (Doc. 18). Hydentra merely responded to the arguments and law that Defendants addressed in their

Response. This is precisely what a Reply is intended to do. Defendants seek a "Sur-Reply" only to get in the "last word," which is entirely inappropriate; there is no justifiable reason to allow irregular proceedings in this matter.

Hydentra respectfully asks this Court to deny any Sur-Reply and asks this Court to caution the parties that leave should not be granted absent extraordinary circumstances. Without such a warning, Hydentra legitimately fears that Defendants/defense counsel will unnecessarily expand these proceedings and will promote inefficiency.[1]

For these reasons, Hydentra asks this Court to strike "Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants" (Doc. 19). A proposed form of order is submitted herewith.

**RESPECTFULLY SUBMITTED** this 12th day of December 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiffs*

---

[1] These same Defendants/defense counsel have used the same procedure in the companion case, *AMA Multimedia, LLC v. Sagan, Ltd., et al.,* District of Arizona Case No. 2:16-cv-1269-PHX-DGC, and had to be warned by Judge Campbell that Sur-Replies could not be filed unless "truly new developments have occurred." *Id.* at Doc. 35.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Pro Hac Vice Counsel for Defendants*

Valentin D. Gurtvis
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Pro Hac Vice Counsel for Defendants*

A Courtesy Copy has been sent by electronic mail this same date to:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

By:    /s/ Gina Murphy