# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,<br><br>Defendants. | Case No. **CV-16-1494-PHX-DKD**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** |

Pursuant to Plaintiffs, Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc.'s Motion to Strike Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike is granted. Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants (Doc. 19) is stricken in its entirety.