Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br>                                Plaintiffs, <br><br> v. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, <br><br>                                Defendants, | Case No. CV-16-1494-PHX-DKD <br><br> **DEFENDANTS' OPPOSITION TO MOTION TO STRIKE** |

Silly and impermissible.

It is hard to characterize Plaintiffs' Motion to Strike Defendants' Motion for Leave to File Sur-Reply in any other way. Silly, because the Plaintiffs complain in their (unnecessary) motion that allowance of the Defendants' Motion would lead to inefficiency and impermissible because the rules do not permit such a motion.[1] *See, e.g., Hisel v. Spencer*, 2006 U.S. Dist. LEXIS 51290 (D. Ariz. July 25, 2006)("Plaintiff's Motion to Strike Defendant's Motion is improper. Rule 12 does not permit a properly filed motion to be stricken from the record. …[A] motion is not a pleading, and thus a motion to strike a motion is not proper")(internal citations and quotation marks omitted); *Calkins v. Shapiro & Anderson, L.L.P.,* 2005 U.S. Dist. LEXIS 33185 (D. Ariz. Dec. 13, 2005)("Federal Rule of Civil Procedure 12(f) provides that 'the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.' …A motion or a response to a motion, however, is not a 'pleading' as contemplated by the Federal Rules. …Thus, 'only pleadings are subject to motions to strike' filed pursuant to Rule 12(f).")

Defendants have properly sought *leave* of this Court to file a Surreply.[2] The

---

[1] Because Plaintiffs cite no authority for their Motion, Defendants are left to guess under what rule they seek to strike Defendants' Motion.

[2] Plaintiffs misrepresent both what occurred in *AMA Multimedia, LLC v. Sagan, Ltd., et al.,* District of Arizona Case No. 2:16-cv-1269-PHX-DGC and the Court's ruling there. In that case, Defendants had filed a sur-reply without first seeking leave of the Court, leading the Court there to remind the parties that "surreplies are not permitted without leave of court, and requests for surreplies will be denied unless truly new developments have occurred." Plaintiffs conveniently omitted the first half of this quotation. Here, Defendants have endeavored to do precisely that which the Court instructed them to do.

2

Court is, of course, within its rights and power to deny Defendants' Motion if it does not believe the proffered Sur-Reply would aid the Court in its decision. Plaintiffs were also free to Oppose Defendants' Motion. That they chose instead to file an improper Motion to Strike would seem to speak volumes about the substance of their argument.

Respectfully submitted,

Sagan Limited, MXN LTD.,
Netmedia Services Inc., and
David Koonar,

By their attorneys,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

By:   /s/ Evan Fray-Witzer

3