LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>                    Plaintiffs,<br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,<br><br>                    Defendants. | Case No. **CV-16-1494-PHX-DGC**<br><br>**NOTICE OF SERVICE OF ORDER (DOC. 26)** |

Notice is hereby given that on January 9, 2017, Plaintiffs, Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc., served via email this Court's Order (Doc. 26) on counsel for Defendants at the following email addresses:

Evan Fray-Witzer       Evan@CFWLegal.com, Carmela@CFWLegal.com

Valentin David Gurvits       vgurvits@bostonlawgroup.com

Matthew Shayefar       matt@bostonlawgroup.com

**RESPECTFULLY SUBMITTED** this 9th day of January 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Pro Hac Vice Counsel for Defendants*

Valentin D. Gurvits
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Pro Hac Vice Counsel for Defendants*

Matthew Shayefar
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
matt@bostonlawgroup.com
*Pro Hac Vice Counsel for Defendants*

By: /s/ Gina Murphy