LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,

Plaintiffs,

vs.

Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN LTD., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual; *et. al.*,

Defendants.

Case No. **CV-16-1494-PHX-DGC**

**AFFIDAVIT OF SERVICE BY ALTERNATIVE MEANS**

STATE OF ARIZONA )
)
County of Maricopa )ss.

1. I am one of the attorneys for Plaintiffs herein.

2. I am familiar with the facts stated in this Affidavit, and I make this Affidavit to show that I have served the court papers on Defendants Sagan Limited, MXN Ltd. (now known as Cyberweb, Ltd.), Netmedia Services, Inc., and David Koonar

by electronic mail pursuant to this Court's Order granting Plaintiffs' Motion for Alternative Service on Defendants (Doc. 28).

**Entities Served:**

Sagan Limited, MXN Ltd. (now known as Cyberweb, Ltd.), Netmedia Services, Inc., and David Koonar.

**Method of Service:**

By email to counsel for Defendants:

Evan Fray-Witzer at Evan@CFWLegal.com;

Valentin David Gurvits at vgurvits@bostonlawgroup.com; and

Matthew Shayefar at matt@bostonlawgroup.com

**Date emailed:**

February 8, 2017

3. Copies of the following documents were emailed to counsel for Defendants as indicated above:

- Complaint (Doc. 1)
- Plaintiffs' Corporate Disclosure Statement (Doc. 2)
- Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Doc. 3)
- Consent to Exercise of Jurisdiction by United States Magistrate Judge form (Doc. 5)
- Summons to David Koonar (Doc. 7)
- Summons to MXN Ltd. (Doc. 7-1)
- Summons to Netmedia Services, Inc. (Doc. 7-2)
- Summons to Sagan Limited (Doc. 7-3)

///

///

4. By signing below, I affirm under penalty of perjury that the contents of this document are true and correct to the best of my knowledge and belief.

Veronica L. Manolio

SUBSCRIBED AND SWORN before me this 8th day of February, 2017 by Veronica L. Manolio.

Notary Public

My Commission Expires: 7/21/20

GINA MURPHY
NOTARY PUBLIC, ARIZONA
MARICOPA COUNTY
My Commission Expires
July 21, 2020