Valentin D. Gurvits (admitted *Pro Hac Vice*)
Matthew Shayefar (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants Sagan Limited, MXN Ltd.,
Netmedia Services Inc. and David Koonar*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1   NOW COME, Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP
2   General Partner, Inc. ("Plaintiffs") and Defendants Sagan Limited, MXN Ltd., Netmedia
3   Services Inc. and David Koonar ("Defendants"), by and through their undersigned
4   counsel, and hereby stipulate to extend the time for Defendants to respond to the
5   Complaint not later than **March 10, 2017**.  In support hereof, the Parties state as follows:
6       1.   Plaintiffs served Defendants on February 8, 2017.  Docket No. 30.
7       2.   Defendants' responses to the Complaint are due on March 1, 2017.
8       3.   Defendants intend to file Motions to Dismiss in response to the Complaint
9   and if they file such motions, Plaintiffs' oppositions to the motions would be due during a
10  time when Plaintiffs' counsel is on a previously scheduled vacation.
11      4.   Plaintiffs' counsel therefore requested that, to allow for the Plaintiffs'
12  opposition date to fall after counsel's return from vacation, that Plaintiffs grant
13  Defendants an extension to respond to the Complaint as set forth herein.
14      5.   Defendants agree to such an extension.
15  Accordingly, the Parties hereby stipulate to extend the time for Defendants to
16  respond to the Complaint not later than **March 10, 2017** and request the Court to issue an
17  order affirming the same.

Dated: February 28, 2017          Respectfully submitted,

/s/ Matthew Shayefar
Matthew Shayefar (admitted *Pro Hac Vice*)
Valentin D. Gurvits (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*


/s/ Veronica L. Manolio
Veronica L. Manolio (SBN 020230)
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
vmanolio@mf-firm.com

*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on February 28, 2017, I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/ Matthew Shayefar, Esq.<br>Matthew Shayefar, Esq.