**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DKD<br><br>**ORDER ON**<br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Joint Stipulation to Extend Time to Respond to Complaint filed by Plaintiffs and Defendants and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have through and until **March 10, 2017** to respond to the Complaint.