Valentin D. Gurvits (admitted *Pro Hac Vice*)
Matthew Shayefar (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants Sagan Limited, MXN Ltd., Netmedia Services Inc. and David Koonar*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART, <br>    Plaintiffs, <br><br> vs. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20, <br>    Defendants. | Case No. CV-16-1494-PHX-DGC <br><br> **ASSENTED TO MOTION TO EXCEED PAGE LIMIT** |

NOW COME Defendants Sagan Limited and MXN Ltd. ("Defendants"), by and through their undersigned counsel, and hereby move to request that this Court allow them to exceed the 17-page limit provided by LRCiv 7.2(e)(1) for Defendants' **combined** motions to dismiss and Plaintiffs' opposition thereto.  The Defendants request that the Court grant leave to allow Defendants to file a 34-page **combined** motion to dismiss and Plaintiffs to file a 34-page **combined** opposition.  The 34 pages is equal to twice the 17 pages that each Defendant would be entitled to if they filed separately.

This motion is reasonable and necessary because it will allow Sagan Limited and MXN Ltd., whose issues in their motions overlap considerably, to file a single combined motion and brief.  Furthermore, the two Defendants will be able to appropriately brief the court on the basis for their motions to dismiss for lack of personal jurisdiction, which is not possible within the 17-page limit set forth in LRCiv 7.2(e)(1).  Given these considerations, a single larger brief is more reasonable and sensible than two smaller briefs that could not adequately attend to all of the relevant issues.

Plaintiffs' counsel assents to allowing Defendants to file a combined 34-page motion.

Likewise, it is expected that Plaintiffs will require the additional pages to fully respond to all of the issues to be set forth in Defendants' combined motion to dismiss.  Defendants' counsel therefore assents to allowing Plaintiffs to file a combined 34-page opposition.

On the basis thereof, the Defendants hereby move the Court permit Defendants Sagan Limited and MXN Ltd. to file a combined motion to dismiss of up to 34 pages and

permit Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc. to file a combined opposition to that motion to dismiss of up to 34 pages.

Dated: March 7, 2017

Respectfully submitted,

/s/ Matthew Shayefar
Matthew Shayefar (admitted *Pro Hac Vice*)
Valentin D. Gurvits (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*

### Certificate of Service

I hereby certify that on March 7, 2017, I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq.