# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**ORDER GRANTING ASSENTED TO MOTION TO EXCEED PAGE LIMIT** |

The Court, having read the Assented to Motion to Exceed Page Limit and good cause appearing therefore,

**IT IS HERE ORDERED** that Defendants Sagan Limited and MXN Ltd. may file a combined motion to dismiss of up to 34 pages and that Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc. may file a combined opposition to that motion to dismiss of up to 34 pages.