# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; et al.,<br><br>　　　　　　Defendants. | No. CV16-1494-PHX-DGC<br><br>**ORDER** |

The Court has reviewed Defendants' motion to exceed page limit. Doc. 33.

**IT IS ORDERED** that Defendants' motion (Doc. 33) is **granted in part.** Sagan Limited and MXN Ltd. may file a combined motion to dismiss of up to **30** pages and that Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General Partner, Inc. may file a combined opposition to that motion to dismiss of up to **30** pages.

Dated this 8th day of March, 2017.

_____
David G. Campbell
United States District Judge