1  Valentin D. Gurvits (admitted *Pro Hac Vice*)
   Matthew Shayefar (admitted *Pro Hac Vice*)
2  BOSTON LAW GROUP, PC
   825 Beacon Street, Suite 20
3  Newton Centre, Massachusetts 02459
   Telephone: (617) 928-1806
4  Facsimile: (617) 928-1802
   vgurvits@bostonlawgroup.com
5  matt@bostonlawgroup.com

6  Evan Fray-Witzer (admitted *Pro Hac Vice*)
   CIAMPA FRAY-WITZER, LLP
7  20 Park Plaza, Suite 505
   Boston, Massachusetts 02116
8  Telephone: (617) 426-0000
   Facsimile: (617) 423-4855
9  Evan@CFWlegal.com

10 *Attorneys for Defendants Sagan Limited, MXN Ltd.,*
   *Netmedia Services Inc. and David Koonar*

11

12            **IN THE UNITED STATES DISTRICT COURT**
                      **DISTRICT OF ARIZONA**

13 | Hydentra HLP Int. Limited, a foreign
   | corporation d/b/a METART d/b/a
14 | SEXART; Hydentra, L.P. HLP General      Case No. CV-16-1494-PHX-DGC
   | Partner, Inc., a foreign corporation d/b/a
15 | METART d/b/a SEXART,
   |     Plaintiffs,                          **DECLARATION OF PHILIP**
16 |                                          **BRADBURY IN SUPPORT OF**
   | vs.                                      **DEFENDANTS' MOTIONS TO**
17 |                                          **DISMISS**
   | Sagan Limited, a Republic of Seychelles
18 | company, individually and d/b/a
   | Porn.com; MXN Ltd., a Barbados
19 | company, individually and d/b/a
   | Porn.com; Netmedia Services Inc., a
20 | Canadian company, individually and d/b/a
   | Porn.com; David Koonar, an individual;
21 | and John Does 1-20,
   |     Defendants.
22

                                    1

## DECLARATION OF PHILIP BRADBURY

I, Philip Bradbury, declare and state as follows:

1.      My name is Philip Bradbury.  I am over the age of 18 years.  I am the Vice President of Defendant Netmedia Services Inc., a Canadian corporation ("Netmedia").  I make this declaration based upon personal knowledge and, where applicable, my consultation with other Netmedia personnel and my review of Netmedia's business records.  All statements contained in this declaration are true and correct to the best of my knowledge.  If called as a witness, I could and would testify as to the facts set forth in this declaration.

**Netmedia and the Porn.com Website**

2.      Netmedia does not own the Porn.com website.

3.      Netmedia is a computer services company.  It provides general maintenance for websites, working on over 30,000 websites, including the Porn.com website.

4.      Only approximately 6% of Netmedia's overall man-hours are devoted to work performed for the Porn.com website.

5.      I understand that CyberWeb, Ltd., which was previously known as MXN Ltd., and which is a company incorporated in Barbados ("CyberWeb"), is an owner of the Porn.com website.

6.      CyberWeb has a relationship with G.I.M. Corp., a Barbados corporation ("GIM"), pursuant to which GIM provides operational, technical, and other support for websites owned by CyberWeb, including the Porn.com website.

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

1      7.      In connection with the work that it performs for the Porn.com website,

2   Netmedia serves as a subcontractor of GIM.  Netmedia does not have a contractual

3   relationship with CyberWeb.

4      8.      I am the Vice President of GIM, therefore I also have personal knowledge

5   of certain matters relating to GIM.

6      9.      GIM pays Netmedia a flat fee for the services it provides for the Porn.com

7   website and numerous other websites, regardless of the Porn.com website's performance.

8      10.     Because Netmedia receives only a flat fee for its services, Netmedia does

9   not receive any of the revenue generated by the Porn.com website and certainly it would

10  not derive any financial benefit from the infringing activity alleged in the Complaint in

11  this matter.  To be clear, Netmedia is like any other service company – such as the

12  electric company – that receives a payment for services provided.  Netmedia does not

13  receive more or less money for its services based on the performance of the Porn.com

14  website.

15     11.     The allegedly infringing files referenced in the Complaint in this matter are

16  user generated content – that is, content that was uploaded by users.

17     12.     I did not upload the allegedly infringing files referenced in the Complaint in

18  this matter; Netmedia did not upload the allegedly infringing files referenced in the

19  Complaint in this matter; I did not direct anyone to upload the files; nor do I have any

20  knowledge or reason to believe that anyone on behalf of Netmedia uploaded the allegedly

21  infringing files referenced in the Complaint.  Netmedia did not participate in the alleged

22  infringing activity at issue in this matter, nor was Netmedia aware of any such activity.

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

13.     Netmedia does not have any commercial relationships with any of the users of the Porn.com website.

14.     Neither Netmedia nor GIM own CyberWeb or Sagan Limited.  Neither CyberWeb nor Sagan Limited own Netmedia or GIM.

**Porn.com's Lack of Contacts with the United States**

15.     Because I understand that the Porn.com website's lack of contacts with the United States and Netmedia's lack of contacts with the United States are both relevant here, I discuss each individually, below.  However, given that Netmedia does not own the Porn.com website, and I am only an officer of Netmedia, which works with 30,000 other websites, my knowledge of the Porn.com website is limited.

16.     To my understanding, the hosting company that presently hosts the Porn.com website, Viking Host B.V., is located in Amsterdam, Netherlands.

17.     Although I understand that Reflected Networks, Inc. previously provided hosting services for the Porn.com website, currently all hosting services for the Porn.com website are with Viking Host B.V.

18.     Netmedia has not (at any time) entered into any agreements or contracts with Reflected Networks, Inc. for hosting services for Porn.com (or any other websites).

19.     Netmedia has not (at any time) entered into any agreements or contracts with Limelight Networks, Inc. for content delivery network services for Porn.com (or any other websites).

20.     Netmedia was involved with developing the programming that directs users from the Porn.com website to a payment processor.  For payments made by users on

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

1    Porn.com, the website uses, for most transactions, the payment processors Paycom EU

2    and Borgun Bank, neither of which are, to my knowledge, United States entities. A small

3    percentage of the transactions are processed by GoCoin, a bitcoin processor incorporated

4    in the Isle of Man.

5         21.    As I understand it, Paycom EU provides services through the names Epoch

6    and Epoch EU, but this is a decision made independent of Netmedia and Netmedia did

7    not contract for services with the Epoch entity based in California (or anywhere else in

8    the United States).

9         22.    As I understand it, Paycom EU has a relationship with PayPal, but this is a

10   decision made independent of Netmedia and Netmedia did not contract for services with

11   PayPal for the Porn.com website.

12        23.    Netmedia has not contracted (either directly or through brokers) with

13   United States advertisers for the Porn.com website.

14        24.    Netmedia does not have employees who regularly travel to Arizona (or

15   anywhere else in the United States) to conduct business.

16        25.    Netmedia does not have an agent in Michigan for purposes of receiving

17        cease and desist, or takedown, notices regarding infringement of intellectual

18        property (as was alleged in the Complaint in this case).

19        26.    Netmedia does not contract (nor has ever contracted) with Arizona based

20   companies or individuals (or companies or individuals elsewhere in the United States) to

21   purchase content for the Porn.com website.

22

5

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

1       27.    Netmedia does not contract (nor has ever contracted) with Arizona based

2   companies or individuals (or companies or individuals elsewhere in the United States) to

3   deliver the Porn.com website content.

4       28.    Netmedia does not specifically target Internet users in the United States

5   (including Arizona) for the Porn.com website.

6       29.    To the extent that it could even do so, Netmedia does not target the

7   Porn.com website at any particular country (because it does not own or operate the

8   Porn.com website and does not make that decision), but rather the website is targeted at

9   the entire world of eligible Internet users.  In fact, the Porn.com website is available in

10  twelve different languages – not just English.

11      30.    It is my understanding that the Plaintiffs in this action are both foreign

12  corporations.  As such, I cannot imagine how any action taken with respect to the

13  Plaintiffs (had the Defendants taken any such actions) could be considered to be "aimed

14  at the United States."

15  **Netmedia's Lack of Contact with the United States**

16      31.    Netmedia is a Canadian company with its principal place of business,

17  offices, directors and employees located in Ontario, Canada.  Attached hereto as <u>Exhibit</u>

18  <u>1</u> are true and correct copies of a certificate of status and certified corporation profile

19  report for Netmedia from the Ministry of Government Services of Ontario.

20      32.    At all relevant times, Netmedia has not had a presence in or significant

21  contacts with the United States.

22

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

33. Netmedia does not have (and, at all relevant times, has never had) any employees in the United States.

34. Netmedia does not have (and, at all relevant times, has never had) a bank account in the United States.

35. Netmedia does not own or lease (and, at all relevant times, has never owned or leased) real estate in the United States.

36. Netmedia does not pay (and, at all relevant times, has never paid) income taxes in the United States.

37. Netmedia does not have (and, at all relevant times, has never had) an agent for the service of process in the United States.

38. Netmedia does not have (and, at all relevant times, has never had) a telephone number in the United States.

39. It would be extremely burdensome and costly for Netmedia to travel to Arizona for trial or other proceedings in this case.

**Efforts to Limit Unauthorized Content on the Porn.com Website**

40. Among other efforts, the Porn.com website utilizes a watermark program that helps cut down on the uploading of unauthorized content on the Porn.com Website by users (e.g., unauthorized copyrighted content) and which also allows content producers to monetize their works uploaded to the Porn.com website even if they are not originally authorized.

41. The watermark program is owned by GIM and administered by Netmedia.

7

42.     The watermark program was implemented in its first iteration on the Porn.com website in January of 2012 and has evolved over the years to become a complex mechanism that has identified over 28,000 unique watermarks.

43.     Content owners can have their watermarks added to the watermark program by joining the Paid Per View program or by otherwise asking to have their watermarks added to the program.  Additionally, Netmedia has at times added watermarks to the program without any prompting from content owners.

44.     Specifically, Netmedia first added Plaintiffs' METART and SEXART watermarks to the watermark program of its own volition prior to the year 2015.  By October of 2015, Netmedia, again by its own volition, had included a large number of Plaintiffs' watermarks in the watermark program.

45.     When a video is uploaded to the Porn.com website, the website creates automated screen captures from the video.  Those screen captures are then human reviewed to determine if they have any watermarks.  If there is a watermark, the human inputs the name in the watermark into the watermark program that then runs it against its database.  If a watermark is in the database, the watermark program takes automated action against the video on the basis of the rules for the specific watermark.

46.     When content owners put their watermarks into the watermark program, they can decide which of a wide variety of rules apply if a video matches their watermark.  For instance, the content owner can indicate that all videos should be immediately deleted even before they are made publicly available on the website.  Alternatively, a content owner could request that if a video is under a certain length the

1   video can stay on the website, but that the video be added to their Paid Per View

2   program, which allows the content owner to monetize the video on the Porn.com website.

3       47.    Since Plaintiffs' watermarks have been added to the watermark program,

4   Netmedia has documented at least 86 instances where the watermark program has

5   removed videos that appeared to utilize Plaintiffs' watermarks, all without any

6   intervention of Plaintiffs.

7       48.    For three of the four videos that form the basis of the Complaint in this

8   matter, Netmedia could not detect the watermark despite its best efforts because the

9   watermarks were extremely faint and transparent white and nearly impossible to see.  In

10  All three videos, the watermark appeared as a translucent white image over a white

11  portion of the video such as a white sofa or white bed sheets.  Attached hereto as Exhibit

12  2 are censored copies of the screen captures of the videos that show how difficult it is to

13  see the watermarks.

14      49.    The fourth video was uploaded with another watermark that completely

15  covered the area where Plaintiffs' watermarks would usually be found.  Attached hereto

16  as Exhibit 3 is a copy of the screen capture of that video showing the overriding

17  watermark.

18

19

20

21

22

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on March 10, 2017 at Windsor, Canada.

Philip Bradbury

Declaration of Philip Bradbury in Support of Defendants' Motions to Dismiss

# Exhibit 1

Request ID:      020005224
Demande n° :
Transaction ID: 63805248
Transaction n° :
Category ID:    CT
Catégorie :

Province of Ontario
Province de l'Ontario
Ministry of Government Services
Ministère des Services gouvernementaux

Date Report Produced:  2017/03/08
Document produit le :
Time Report Produced:  15:28:46
Imprimé à :

# CERTIFICATE OF STATUS
# ATTESTATION DU STATUT JURIDIQUE

This is to certify that according to the records of the Ministry of Government Services

D'après les dossiers du Ministère des Services gouvernementaux, nous attestons que la société

**N E T M E D I A   S E R V I C E S   I N C .**

Ontario Corporation Number

Numéro matricule de la société (Ontario)

**0 0 1 8 9 0 9 3 3**

is a corporation incorporated, amalgamated or continued under the laws of the Province of Ontario.

est une société constituée, prorogée ou née d'une fusion aux termes des lois de la Province de l'Ontario.

The corporation came into existence on

La société a été fondée le

**A U G U S T   0 1   A O Û T ,   2 0 1 3**

and has not been dissolved.

et n'est pas dissoute.

Dated

Fait le

**M A R C H   0 8   M A R S ,   2 0 1 7**

Director
Directeur

The issuance of this certifcate in electronic form is authorized by the Ministry of Government Services.

La délivrance du présent certificat sous forme électronique  est autorisée par le Ministère des Services gouvernementaux.

Request ID: 020005184
Transaction ID: 63805143
Category ID: (C)CC/E

Province of Ontario
Ministry of Government Services

Date Report Produced: 2017/03/08
Time Report Produced: 15:23:32
Page: 1

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

Director
Ministry of Government Services
Toronto, Ontario

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name | Amalgamation Date |
|---|---|---|
| 1890933 | NETMEDIA SERVICES INC. | 2013/08/01 |

**Jurisdiction**

ONTARIO

| Corporation Type | Corporation Status | Former Jurisdiction |
|---|---|---|
| ONTARIO BUSINESS CORP. | ACTIVE | NOT APPLICABLE |

| Registered Office Address | | Date Amalgamated | Amalgamation Ind. |
|---|---|---|---|
| 1785 TURNER ROAD | | NOT APPLICABLE | A |

| | New Amal. Number | Notice Date |
|---|---|---|
| WINDSOR ONTARIO CANADA   N8W 3J9 | NOT APPLICABLE | NOT APPLICABLE |

**Letter Date**

NOT APPLICABLE

**Mailing Address**

| | Revival Date | Continuation Date |
|---|---|---|
| 1785 TURNER ROAD | NOT APPLICABLE | NOT APPLICABLE |

| | Transferred Out Date | Cancel/Inactive Date |
|---|---|---|
| WINDSOR ONTARIO CANADA   N8W 3J9 | NOT APPLICABLE | NOT APPLICABLE |

| | EP Licence Eff.Date | EP Licence Term.Date |
|---|---|---|
| | NOT APPLICABLE | NOT APPLICABLE |

| Number of Directors | | Date Commenced in Ontario | Date Ceased in Ontario |
|---|---|---|---|
| Minimum | Maximum | | |
| 00001 | 00010 | NOT APPLICABLE | NOT APPLICABLE |

**Activity Classification**

NOT AVAILABLE

Request ID:        020005184
Transaction ID:   63805143
Category ID:      (C)CC/E

Province of Ontario
Ministry of Government Services

Date Report Produced:   2017/03/08
Time Report Produced:   15:23:32
Page:                   2

Certified a true copy of the data as recorded on the Ontario Business
Information System.

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1890933

**Corporation Name**

NETMEDIA SERVICES INC.

**Corporate Name History**

NETMEDIA SERVICES INC.

**Effective Date**

2013/08/01

**Current Business Name(s) Exist:**                NO

**Expired Business Name(s) Exist:**                NO

**Amalgamating Corporations**

| Corporation Name | Corporate Number |
| --- | --- |
| NADAMISA LIMITED | 1722918 |
| MERCHANT BILLING INC. | 2165644 |
| NETMEDIA SERVICES INC. | 1869139 |

Request ID:      020005184
Transaction ID:  63805143
Category ID:     (C)CC/E

Province of Ontario
Ministry of Government Services

Date Report Produced:  2017/03/08
Time Report Produced:  15:23:32
Page:                  3

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

*[signature]*

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1890933

**Corporation Name**

NETMEDIA SERVICES INC.

**Administrator:**
**Name (Individual / Corporation)**

PHILIP

BRADBURY

**Address**

11 PINE ROAD

RUTHVEN
ONTARIO
CANADA   N0P 2G0

| Date Began | First Director | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | VICE-PRESIDENT | |

**Administrator:**
**Name (Individual / Corporation)**

DAVID

KOONAR

**Address**

1785 TURNER ROAD

WINDSOR
ONTARIO
CANADA   N8W 3J9

| Date Began | First Director | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| DIRECTOR | | Y |

| | | |
|---|---|---|
| Request ID: 020005184 | Province of Ontario | Date Report Produced: 2017/03/08 |
| Transaction ID: 63805143 | Ministry of Government Services | Time Report Produced: 15:23:32 |
| Category ID: (C)CC/E | | Page: 4 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

*[signature]*

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**                                          **Corporation Name**

1890933                                                          NETMEDIA SERVICES INC.


**Administrator:**
**Name (Individual / Corporation)**                              **Address**

DAVID

KOONAR                                                           1785 TURNER ROAD

                                                                 WINDSOR
                                                                 ONTARIO
                                                                 CANADA   N8W 3J9

| Date Began | First Director | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | PRESIDENT | Y |


**Administrator:**
**Name (Individual / Corporation)**                              **Address**

DAVID

KOONAR                                                           1785 TURNER ROAD

                                                                 WINDSOR
                                                                 ONTARIO
                                                                 CANADA   N8W 3J9

| Date Began | First Director | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |

| Designation | Officer Type | Resident Canadian |
|---|---|---|
| OFFICER | SECRETARY | Y |

Request ID:          020005184
Transaction ID:   63805143
Category ID:        (C)CC/E

Province of Ontario
Ministry of Government Services

Date Report Produced:   2017/03/08
Time Report Produced:   15:23:32
Page:                            5

Certified a true copy of the data as recorded on the Ontario Business
Information System.

*[signature]*

Director
Ministry of Government Services
Toronto, Ontario

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1890933

**Corporation Name**

NETMEDIA SERVICES INC.

**Last Document Recorded**

| Act/Code | Description | Form | Date |
|----------|-------------|------|------|
| CIA | ANNUAL RETURN 2016 | 1C | 2017/02/05  (ELECTRONIC FILING) |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED
IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING.  ALL PERSONS WHO ARE RECORDED AS
CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON MICROFICHE.

The issuance of this certified report in electronic form is authorized by the Ministry of Government Services.

Exhibit
2











Exhibit
3

