Valentin D. Gurvits (admitted *Pro Hac Vice*)
Matthew Shayefar (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants Sagan Limited, MXN Ltd.,
Netmedia Services Inc. and David Koonar*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br><br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br><br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**DECLARATION OF DAVID KOONAR IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS** |

## DECLARATION OF DAVID KOONAR

I, David Koonar, declare and state as follows:

1. My name is David Koonar. I am over the age of 18 years. I am a defendant in the above captioned action and I am also the President of the Defendant Netmedia Services Inc., a Canadian corporation ("Netmedia"). I make this declaration based upon personal knowledge and, where applicable, my consultation with other Netmedia personnel and my review of Netmedia's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

**Netmedia and the Porn.com Website**

2. Netmedia does not own the Porn.com website.

3. I do not own the Porn.com website.

4. Netmedia is a computer services company. It provides general maintenance for more than 30,000 websites, including the Porn.com website.

5. Only approximately 6% of Netmedia's overall man-hours are devoted to work performed for the Porn.com website.

6. I understand that CyberWeb, Ltd., which was previously known as MXN Ltd., and which is a company incorporated in Barbados ("CyberWeb"), is an owner of the Porn.com website.

7. I am also the President of the non-party G.I.M. Corp., a Barbados corporation ("GIM").

8. GIM has a relationship with CyberWeb, pursuant to which GIM provides operational, technical, and other support for websites owned by CyberWeb, including the Porn.com website

9. I am not a corporate officer, a director, or owner of CyberWeb or Sagan Limited ("Sagan").

10. In connection with the work that it performs for the Porn.com website, Netmedia serves as a subcontractor of GIM. Netmedia does not have a contractual relationship with CyberWeb.

11. GIM pays Netmedia a flat fee for the services it provides for the Porn.com website and numerous other websites, regardless of the Porn.com website's performance.

12. Because Netmedia receives only a flat fee for its services, Netmedia does not receive any of the revenue generated by the Porn.com website and certainly it would not derive any financial benefit from the infringing activity alleged in the Complaint in this matter. To be clear, Netmedia is like any other service company – such as the electric company – that receives a payment for services provided. Netmedia does not receive more or less money for its services based on the performance of the Porn.com website.

13. Although it should be obvious, I will also state that *I* do not, by virtue of my role as an officer of GIM and Netmedia, derive any financial benefit from the infringing activity alleged in the Complaint in this matter. I receive a modest fixed salary from Netmedia, which is not based on Netmedia's performance (and certainly not the Porn.com website's performance), nor do I receive any direct (or indirect) financial

benefit that is, in any way, connected to the allegedly infringing videos at issue in this lawsuit or any video that appears at the Porn.com website. I receive no compensation from GIM.

14. As President of Netmedia, I am a high-level corporate executive and I am not involved in reviewing or uploading content to the Porn.com website.

15. I do not direct or control the content that appears on the Porn.com website.

16. The allegedly infringing files referenced in the Complaint in this matter are user generated content – that is, content that was uploaded by users.

17. I did not upload the allegedly infringing files referenced in the Complaint in this matter; Netmedia did not upload the allegedly infringing files referenced in the Complaint in this matter; I did not direct anyone to upload the files; nor do I have any knowledge or reason to believe that anyone on behalf of Netmedia (or GIM for that matter) uploaded the allegedly infringing files referenced in the Complaint. Neither Netmedia nor I participated in the alleged infringing activity at issue in this matter, nor were we aware of any such activity.

18. To the extent that I supervise any technical activities for the Porn.com website, my supervision is limited to overall website design implementation at the customer interface level (e.g., overall appearance of the website, resolution, speed, etc.). Other than general supervisory authority, I do not have supervisory or other authority over the uploading of content or other publication activities.

19. Neither Netmedia nor I have any commercial relationships with any of the users of the Porn.com website.

20. To the extent that my name was ever associated with the registration of the Porn.com domain name, it was as a contact person for CyberWeb (which was known as MXN Ltd.) because of Netmedia's help on technical aspects of the website. In any case, my name has not been associated with the registration of the Porn.com domain name since 2014. Furthermore, my name was removed from the registration of the Porn.com domain name even before 2014, but a hacker stole the domain name in 2014 and apparently decided to put my name on it again, while using his own email address.

21. Neither Netmedia nor GIM own CyberWeb or Sagan. Neither CyberWeb nor Sagan own Netmedia or GIM.

**Porn.com's Lack of Contacts with the United States**

22. Because I understand that both the Porn.com website's lack of contacts with the United States and my and Netmedia's lack of contacts with the United States are both relevant here, I discuss each individually, below. However, given that I do not own the Porn.com website, and I am only a high level executive of Netmedia, which works with 30,000 other websites, my knowledge of the Porn.com website is limited.

23. To my understanding, the hosting company that presently hosts the Porn.com website, Viking Host B.V., is located in Amsterdam, Netherlands.

24. I have not (at any time) personally entered into any agreements or contracts with Reflected Networks, Inc. for hosting services for the Porn.com website (or any other website). Netmedia has not (at any time) entered into any agreements or contracts with Reflected Networks, Inc. for hosting services for Porn.com (or any other website).

25. I have not (at any time) personally entered into any agreements or contracts with Limelight Networks, Inc. for content delivery network services for Porn.com (or any other website). Netmedia has not (at any time) entered into any agreements or contracts with Limelight Networks, Inc. for content delivery network services for Porn.com (or any other website).

26. Neither Netmedia nor I contracted for services with the Epoch entity based in California (or anywhere else in the United States).

27. Neither Netmedia nor I contracted for services with PayPal for the Porn.com website.

28. Neither Netmedia nor I have contracted (either directly or through brokers) with United States advertisers for the Porn.com website.

29. Netmedia does not have employees who regularly travel to Arizona (or elsewhere in the United States) to conduct business and I do not regularly travel to Arizona (or elsewhere in the United States) to conduct business.

30. Neither Netmedia nor I have an agent in Michigan for purposes of receiving cease and desist, or takedown, notices regarding infringement of intellectual property (as was alleged in the Complaint in this case).

31. Neither Netmedia nor I contract (or have ever contracted) with Arizona based companies or individuals (or companies or individuals elsewhere in the United States) to purchase content for the Porn.com website.

1    32.  Neither Netmedia nor I contract (or have ever contracted) with Arizona
2 based companies or individuals (or companies or individuals elsewhere in the United
3 States) to deliver the Porn.com website content.

4    33.  Neither Netmedia nor I specifically target Internet users in the United States
5 (including Arizona) for the Porn.com website.

6    34.  To the extent that we could even do so, neither Netmedia nor I target the
7 Porn.com website at any particular country (because we do not own or operate the
8 Porn.com website and do not make that decision), but rather the website is targeted at the
9 entire world of eligible Internet users.  In fact, the Porn.com website is available in
10 twelve different languages – not just English.

11   35.  It is my understanding that the Plaintiffs in this action are both foreign
12 corporations.  As such, I cannot imagine how any action taken with respect to the
13 Plaintiffs (had the Defendants taken any such actions) could be considered to be "aimed
14 at the United States."

15 **Netmedia and My Lack of Contact with the United States**

16   36.  I am a resident of Windsor in Ontario, Canada.  I have never lived in the
17 United States.

18   37.  Netmedia is a Canadian company with its principal place of business,
19 offices, directors and employees located in Ontario, Canada.  Attached hereto as <u>Exhibit</u>
20 <u>1</u> is a true and correct copy of a printout from the Ontario Ministry of Government
21 Services website showing the corporate registration of Netmedia.

22

38. At all relevant times, Netmedia and I have not had a presence in or significant contacts with the United States.

39. Netmedia and I do not have (and, at all relevant times, have never had) any employees in the United States.

40. Netmedia and I do not have (and, at all relevant times, have never had) a bank account in the United States.

41. Netmedia and I do not own or lease (nor, at all relevant times, have we ever owned or leased) real estate in the United States.

42. Netmedia and I do not pay (and, at all relevant times, have never paid) income taxes in the United States.

43. Netmedia and I do not have (nor, at all relevant times, have we ever had) an agent for the service of process in the United States.

44. Netmedia and I do not have (nor, at all relevant times, have we ever had) a telephone number in the United States.

45. At all relevant times, my visits to the United States have been limited to short family vacations.

46. It would be extremely burdensome and costly for Netmedia or I to travel to Arizona for trial or other proceedings in this case.

1  I declare under penalty of perjury that the foregoing facts are true and correct.
2  Executed on March 10, 2017 at Windsor, Canada.

*David Koonar*

# Exhibit 1

| | | |
|---|---|---|
| Request ID: 020005224<br>Demande n° :<br>Transaction ID: 63805248<br>Transaction n° :<br>Category ID: CT<br>Catégorie : | Province of Ontario<br>Province de l'Ontario<br>Ministry of Government Services<br>Ministère des Services gouvernementaux | Date Report Produced: 2017/03/08<br>Document produit le :<br>Time Report Produced: 15:28:46<br>Imprimé à : |

# CERTIFICATE OF STATUS
# ATTESTATION DU STATUT JURIDIQUE

This is to certify that according to the records of the Ministry of Government Services

D'après les dossiers du Ministère des Services gouvernementaux, nous attestons que la société

### N E T M E D I A   S E R V I C E S   I N C .

Ontario Corporation Number

Numéro matricule de la société (Ontario)

### 0 0 1 8 9 0 9 3 3

is a corporation incorporated, amalgamated or continued under the laws of the Province of Ontario.

est une société constituée, prorogée ou née d'une fusion aux termes des lois de la Province de l'Ontario.

The corporation came into existence on

La société a été fondée le

### A U G U S T   0 1   A O Û T ,   2 0 1 3

and has not been dissolved.

et n'est pas dissoute.

Dated

Fait le

### M A R C H   0 8   M A R S ,   2 0 1 7

Director
Directeur

The issuance of this certifcate in electronic form is authorized by the Ministry of Government Services.
La délivrance du présent certificat sous forme électronique est autorisée par le Ministère des Services gouvernementaux.

| | | |
|---|---|---|
| Request ID: 020005184<br>Transaction ID: 63805143<br>Category ID: (C)CC/E | Province of Ontario<br>Ministry of Government Services | Date Report Produced: 2017/03/08<br>Time Report Produced: 15:23:32<br>Page: 1 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

*Director*
Ministry of Government Services
Toronto, Ontario

# CORPORATION PROFILE REPORT

| **Ontario Corp Number** | **Corporation Name** | **Amalgamation Date** |
|---|---|---|
| 1890933 | NETMEDIA SERVICES INC. | 2013/08/01 |
| | | **Jurisdiction** |
| | | ONTARIO |

| **Corporation Type** | **Corporation Status** | **Former Jurisdiction** |
|---|---|---|
| ONTARIO BUSINESS CORP. | ACTIVE | NOT APPLICABLE |

| **Registered Office Address** | **Date Amalgamated** | **Amalgamation Ind.** |
|---|---|---|
| | NOT APPLICABLE | A |
| 1785 TURNER ROAD | **New Amal. Number** | **Notice Date** |
| | NOT APPLICABLE | NOT APPLICABLE |
| WINDSOR<br>ONTARIO<br>CANADA   N8W 3J9 | | **Letter Date** |
| **Mailing Address** | | NOT APPLICABLE |
| | **Revival Date** | **Continuation Date** |
| 1785 TURNER ROAD | NOT APPLICABLE | NOT APPLICABLE |
| | **Transferred Out Date** | **Cancel/Inactive Date** |
| WINDSOR<br>ONTARIO<br>CANADA   N8W 3J9 | NOT APPLICABLE | NOT APPLICABLE |
| | **EP Licence Eff.Date** | **EP Licence Term.Date** |
| | NOT APPLICABLE | NOT APPLICABLE |

| | **Number of Directors** | | **Date Commenced** | **Date Ceased** |
| | **Minimum** | **Maximum** | **in Ontario** | **in Ontario** |
|---|---|---|---|---|
| | 00001 | 00010 | NOT APPLICABLE | NOT APPLICABLE |

**Activity Classification**

NOT AVAILABLE

| | | |
|---|---|---|
| Request ID: 020005184 | Province of Ontario | Date Report Produced: 2017/03/08 |
| Transaction ID: 63805143 | Ministry of Government Services | Time Report Produced: 15:23:32 |
| Category ID: (C)CC/E | | Page: 2 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

*[signature]*

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name |
|---|---|
| 1890933 | NETMEDIA SERVICES INC. |

| Corporate Name History | Effective Date |
|---|---|
| NETMEDIA SERVICES INC. | 2013/08/01 |

| | |
|---|---|
| Current Business Name(s) Exist: | NO |
| Expired Business Name(s) Exist: | NO |

**Amalgamating Corporations**

| Corporation Name | Corporate Number |
|---|---|
| NADAMISA LIMITED | 1722918 |
| MERCHANT BILLING INC. | 2165644 |
| NETMEDIA SERVICES INC. | 1869139 |

| | | | |
|---|---|---|---|
| Request ID: 020005184 | Province of Ontario | Date Report Produced: | 2017/03/08 |
| Transaction ID: 63805143 | Ministry of Government Services | Time Report Produced: | 15:23:32 |
| Category ID: (C)CC/E | | Page: | 3 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

*[signature]*

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1890933

**Corporation Name**

NETMEDIA SERVICES INC.

**Administrator:**
**Name (Individual / Corporation)**

PHILIP

BRADBURY

**Address**

11 PINE ROAD

RUTHVEN
ONTARIO
CANADA   N0P 2G0

| **Date Began** | **First Director** | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| OFFICER | VICE-PRESIDENT | |

**Administrator:**
**Name (Individual / Corporation)**

DAVID

KOONAR

**Address**

1785 TURNER ROAD

WINDSOR
ONTARIO
CANADA   N8W 3J9

| **Date Began** | **First Director** | |
|---|---|---|
| 2013/08/01 | NOT APPLICABLE | |
| **Designation** | **Officer Type** | **Resident Canadian** |
| DIRECTOR | | Y |

| | | | |
|---|---|---|---|
| Request ID: 020005184 | Province of Ontario | Date Report Produced: | 2017/03/08 |
| Transaction ID: 63805143 | Ministry of Government Services | Time Report Produced: | 15:23:32 |
| Category ID: (C)CC/E | | Page: | 4 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**              **Corporation Name**

1890933                               NETMEDIA SERVICES INC.

**Administrator:**
**Name (Individual / Corporation)**                    **Address**

DAVID

KOONAR                                                 1785 TURNER ROAD

                                                       WINDSOR
                                                       ONTARIO
                                                       CANADA   N8W 3J9

**Date Began**            **First Director**

2013/08/01                NOT APPLICABLE

**Designation**           **Officer Type**             **Resident Canadian**

OFFICER                   PRESIDENT                    Y


**Administrator:**
**Name (Individual / Corporation)**                    **Address**

DAVID

KOONAR                                                 1785 TURNER ROAD

                                                       WINDSOR
                                                       ONTARIO
                                                       CANADA   N8W 3J9

**Date Began**            **First Director**

2013/08/01                NOT APPLICABLE

**Designation**           **Officer Type**             **Resident Canadian**

OFFICER                   SECRETARY                    Y

| | | | |
|---|---|---|---|
| Request ID: 020005184 | Province of Ontario | Date Report Produced: | 2017/03/08 |
| Transaction ID: 63805143 | Ministry of Government Services | Time Report Produced: | 15:23:32 |
| Category ID: (C)CC/E | | Page: | 5 |

**Certified a true copy of the data as recorded on the Ontario Business Information System.**

**Director**
**Ministry of Government Services**
**Toronto, Ontario**

# CORPORATION PROFILE REPORT

**Ontario Corp Number**                         **Corporation Name**

1890933                                          NETMEDIA SERVICES INC.

**Last Document Recorded**

| Act/Code | Description | Form | Date |
|---|---|---|---|
| CIA | ANNUAL RETURN 2016 | 1C | 2017/02/05  (ELECTRONIC FILING) |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING.  ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

**ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON MICROFICHE.**

The issuance of this certified report in electronic form is authorized by the Ministry of Government Services.