# EXHIBIT B

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br> Plaintiffs, <br> v. <br><br> Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.*, <br><br> Defendants. | Case No. CV-16-1494-PHX-DKD <br><br> **DECLARATION OF JON KROGMAN IN SUPPORT OF PLAINTIFFS HYDENTRA HLP INT. AND HYDENTRA, L.P. HLP'S OPPOSITION TO DEFENDANT SAGAN, LTD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Jon Krogman, declare:

  1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

  2. I am the President of Hydentra HLP Int. Limited and its subsidiaries, including Hydentra L.P. HLP, and am involved in the day to day operation of the

company, including the production of movies, operation of paid membership sites, and the protection of the company's intellectual property.

3. Hydentra is the producer, distributor, and exclusive licensor of its own motion pictures that explore and deliver sensuality and sexuality through artistic photography, video, and erotic stories. Hydentra also owns and/or operates MetArt.com and SexArt.com, and other paid membership sites through which Hydentra offers its motion pictures to the public for a fee.

4. Since 1999, Hydentra has grown its trademark brands into a globally recognized leader of sensual art garnering numerous industry awards through the use of studios around the globe, exotic locations, high budget productions, engaging storylines, famed photographers and directors coupled with the dedication from its artists and technicians. The MetArt library is comprised of exclusive content that features over 5000 models shot by 250 photographers/directors including such notables as Vivian Thomas and the late Zalman King, who also brought Hollywood films such as Wild Orchid, Two Moon Junction, 9 ½ Weeks, and the Showtime network groundbreaking series Red Shoes Diaries.

5. Hydentra prides itself on high quality movies, often spending six times more than industry standards in production costs. Hydentra expends a significant amount of resources, in locating and contracting actor/models, film makers, editors, producers, and locations to produce new films monthly. The production model is a constant on-going process – and therefore expenditure. Hydentra's effort in producing high quality content is recognized in the industry. In fact, SexArt.com recently won 2016 XBiz Erotic Adult Site of the Year and 2016 AVN Best Director & Film.

6. Hydentra has spent over $45,000 registering its works with the United States Copyright Office. Hydentra has taken industry standard steps to identify its

1  products. Hydentra's videos are watermarked with Hydentra's readily identifiable
2  registered trademark.

3      7.    Hydentra's movies are intended to be available only through its paid
4  membership sites or purchase by scene, set, or asset. The Hydentra business model is
5  simply that a user must pay Hydentra to view Hydentra's movies. Each member of
6  Hydentra's membership web sites has an average value of $120. This considers that an
7  average retention rate is three months at $29.99 per month, the average up-sale for each
8  member, and trial and promotional deals.

9      8.    Hydentra engages in extremely limited licensing of its content to other
10 entities or websites for viewing, in addition to the small sample of promotional materials
11 provided to Hydentra affiliates for the sole purpose of the affiliates' promoting
12 Hydentra's web sites. All licensing is done with the intent for brand exposure and is
13 limited to a small subset of hand-selected short format content. Hydentra has issued
14 limited exclusive licenses for cable, satellite, and broadcast, displaying in countries that
15 include Canada, Germany, Austria, Netherlands, South Korea, and the United States.
16 Specifically in the United States, Hydentra has issued a limited broadcast distribution
17 license to Larry Flynt Productions (LFP/Hustler).

18     9.    While Hydentra is organized in the Republic of Cyprus, company
19 operations are predominantly conducted from Santa Monica, California.

20     10.    We employ citizens of the United States, including accounts, assistants, and
21 programmers that consistently work on our paid membership sites.

22     11.    We pay taxes in the United States, including business taxes as well as
23 employment taxes.

24     12.    Our main consumer base is in the United States, and we actively promote
25 our membership sites in the United State to garner more United States based members. It
26 is here that we generate the majority of our revenue. We have over 75,000 current

members that reside in the United States, and over a half million members over time. We maintain servers in the United States to serve our United States members, and to attract new United States members.

13. We file for U.S. copyright protections on the movies we produce in order to protect our share of the U.S. market.

14. I am aware that the Defendants' attorneys accuse Hydentra of running a "copyright mill" as a source of revenue for the company. This simply is not true. Rather, we experienced a significant problem with piracy of our movies. As such, we were left with little choice but to engage in litigation with those entities that were not following the law in order to protect our product.

15. Numerous web sites display free copyrighted adult content without license or authority. These video streaming sites are often portrayed as third party upload sites, analogous to Youtube.com. The existence of video streaming sites damages paid membership sites as users are less likely to pay a monthly membership fee when they can access a producer's movies for free. The display and viewing of Hydentra's movies for free results in a direct loss of revenue for Hydentra.

16. As Hydentra's works have grown in popularity, so has the prevalence of the unlawful display of Hydentra's videos on video streaming sites, wherein those site owners earn revenue from advertising monies. By way of example, the prevalence of the piracy of Hydentra intellectual property has extended to the point that Hydentra images are infringed and sold as mouse pads, and other goods, on Amazon and Ebay.

17. The prevalence of piracy seriously threatens every element of Hydentra's business, certainly the value of the paid membership sites and licenses to distributors. Simply put, if Hydentra videos and images are readily available for free, there is little incentive for distributors to license the product and little incentive for an end user to pay for a membership. "Free" will win, every time.

1    18.    Given the prevalence of video streaming sites and the damage such sites do to Hydentra's paid membership sites, Hydentra retained the services of several vendors including Takedown Piracy and Battleship Stance LLC to investigate copyright infringement, send DMCA complaint takedown notices for detected infringement of Hydentra copyrighted works, and document infringements when takedown notices are ignored and/or the web sites are not registered as Internet Service Providers, or we became aware that the web sites owners were posting our movies themselves.

19.    The purpose of Hydentra's actions has been, and continues to be, to thwart infringements of its copyrighted works.  Contrary to Defendants' assertions, Hydentra's copyright enforcement is not a business model.

20.    Hydentra has spent over $500,000 to enforce its copyrights, including investigations, take down notices, and litigation.  In contrast, Hydentra has recovered less than a quarter of those costs from infringing ISPs.  Given confidentiality agreements, we are prevented from giving specifics on these settlement terms.

21.    Since we embarked on our efforts to enforce our copyrights, piracy of our movies has significantly been reduced.  Thus, while expensive, our efforts have been meaningful.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7th day of April 2016 at __LA__, California.

_____
Jon Krogman