| | |
|---|---|
| 1 | LAW OFFICES<br>**MANOLIO & FIRESTONE, PLC**<br>8686 E. San Alberto Dr., Suite 200 |
| 2 | Scottsdale, Arizona  85258 |
| 3 | (480) 222-9100<br>vmanolio@mf-firm.com |
| 4 | Veronica L. Manolio, SBN 020230<br>*Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>    Plaintiffs,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,*<br><br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**STIPULATION TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS NETMEDIA SERVICES, INC. AND DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER SEAL** |

Pursuant to Local Rule of Civil Procedure (LRCiv) 5.6, undersigned counsel for Plaintiffs Hydentra HLP INT. Limited, a foreign corporation and Hydentra, L.P. HLP ("Hydentra") and counsel for Defendants, Sagan, Ltd., Cyberweb, Ltd., Netmedia Services, Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants,") hereby stipulate and agree that Hydentra's Oppositions to (1) Defendant Netmedia's Motion to Dismiss (Doc. 36) and (2) Defendant Koonar's Motion to Dismiss (Doc. 37) and all of the

exhibits thereto shall be filed under seal.  The proposed document to be filed under seal is concurrently lodged herewith electronically via the CM/ECF filing system under the "Sealed Lodged Proposed Documents" category.

This Stipulation was reached, after consultation among counsel, and based on the following reasons:

1. In the related case, CV-16-1269-DGC, the Defendants requested a Protective Order that would allow them to designate materials as "Confidential" and "Highly Confidential – Attorneys' Eyes Only."  This Court entered a Protective Order.

2. In this case, the parties have agreed to utilize the same Protective Order here as was used there, and a Stipulation and additional form of Protective Order are being drafted at this very time (to submit in this case).

3. While there is no current Protective Order in this case yet, Hydentra respects and understands that materials were previously marked as "Confidential" and/or "Highly Confidential," and Hydentra has agreed to follow the form Protective Order until it is entered by this Court.

4. Hydentra's Oppositions to the Motions to Dismiss (Docs. 36-37) contain references to material that was designated as "Confidential" or "Highly Confidential," as well as such materials have been included as Exhibits to the briefs.  In order to shield the designated materials and to abide by the proposed Protective Order, Hydentra's counsel conferred with Defendants' counsel and agreed in advance to lodge the Oppositions/ Responses and exhibits under seal, seeking an Order from this Court to file under seal.

5. This agreement was made in good faith, and there is not currently any dispute.  A proposed order is submitted herewith.

DATED this 10th day of April, 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
   Veronica L. Manolio
   8686 E. San Alberto Dr., Suite 200
   Scottsdale, Arizona 85258
   *Attorneys for Plaintiff*


**BOSTON LAW GROUP, PC**

By: /s/ Matthew Shayefar
   Matthew Shayefar
   825 Beacon Street, Suite 20
   Newton Centre, MA 02459
   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Attorneys for Defendants*

Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*

1  Matthew Shayefar
   Boston Law Group, PC
2  825 Beacon Street, Suite 20
   Newton Centre, MA  02459
3  matt@bostonlawgroup.com
   *Attorneys for Defendants*
4

5  Courtesy Copy sent by electronic mail this same date to:

6  Erica J. Van Loon
   Glaser Weil Fink Howard Avchen & Shapiro LLP
7  10250 Constellation Blvd.
   Los Angeles, CA 90067
8  evanloon@glaserweil.com
   *Attorneys for Defendants*
9

11  By: ___/s/ Gina Murphy_____

- 4 -