# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**ORDER GRANTING STIPULATION TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS NETMEDIA SERVICES, INC. AND DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER SEAL**<br><br>(Before the Hon. David G. Campbell) |

Pursuant to the parties' Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal is granted.  The Clerk's Office is hereby directed to electronically file under seal the parties' Stipulation to File Plaintiffs' Opposition to

- 2 -

1  Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of
2  Personal Jurisdiction Under Seal which was lodged electronically on April 10, 2017.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26