## IN THE SUPREME COURT OF SEYCHELLES

## AFFIDAVIT

Document No.15 of 2017

I, Antoine Albert, Process Server of the Supreme Court, make oath and state as follows:-

That the documents have been duly served on Ms. Clara Constance Secretary of **FIDELITY CORPORATE SERVICES LTD** on behalf of **SAGAN LTD**, suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles, on the 21st February 2017.

Sworn before me at the Registry

Supreme Court, ~~Victoria~~ Ile du Port. Mahe

This 22nd day of February 2017.

Deputy Registrar

Process Server

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Veronica L. Manolio<br>Authorized to act as Applicant<br>Manolio & Firestone, PLC<br>8686 E. San Alberto Drive, Suite 200<br>Scottsdale, AZ 85258 USA | The Registrar of the Supreme Court<br>Supreme Court<br>PO Box 157<br>Victoria<br>Republic of Seychelles |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address):

**Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com**
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe, Seychelles

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if she accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention

**List of documents:**
Summons in a Civil Action; Complaint for Damages and Injunctive Relief and Demand for Jury Trial; Exhibits A-C; Civil Cover Sheet

Done at Scottsdale, Arizona, USA, the 14th day of November, 2016

_____
Signature

* Delete if inappropriate.

Fidelity Corporate Services Ltd
Clara Constance
21/02/2017

USM-94

Hydentra v. Sagan Limited, et al.
Civil Action No. CV-16-01494-PHX-DKD
Case 2:16-cv-01494-DGC   Document 42   Filed 04/11/17   Page 3 of 4

## Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
    the (date) _____ 22/2/17 ._____
    at (place, street, number) _____
    _____ Revolution Avenue. _____

--in one of the following methods authorized by article 5 --
    ___ (a) in accordance with the provisions of sub-paragraph (a)
        of the first paragraph of article 5 of the Convention*
    ___ (b) in accordance with the following particular method*:
    _____
    _____

    (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person) _____ Clara Castaneda _____
_____

-- relationship to addressee (family, business or other): _____

2) that the document has not been served, by reason of the following
facts*: _____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____

In appropriate cases, documents
establishing the service:
_____
_____
_____

Done at: _____ the _____ 22/2/17 _____

Signature and/or stamp.

*delete if inappropriate.

2

USM-94

Case 2:16-cv-01494-DGC   Document 42   Filed 04/11/17   Page 4 of 4

Hydentra v. Sagan Limited, et al.
Civil Action No. CV-16-01494-PHX-DKD

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

Name and address of the requesting authority:
Veronica L. Manolio
Authorized to act as Requesting Authority
Manolio & Firestone, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, AZ 85258 USA

Particulars of the parties*:
**Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com**   (Defendant)
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe, Seychelles

## JUDICIAL DOCUMENT**

Nature and purpose of the document:

To give notice to the defendant of the commencement of a claim for monetary damages and injunctive relief against it, and to summons it to serve written defenses to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

Civil claim for monetary damage and injunctive relief. Plaintiff seeks to have a judgment entered against defendant in a just and equitable way to be determined by the Court of original jurisdiction.

Date and place for entering appearance**:

Not applicable (N/A)

Court which has given judgment**:

Not applicable (N/A)

Date of judgment**:

Not applicable (N/A)

Time-limits stated in the document**:

Defendant is to serve a written answer upon Plaintiff's attorney listed on the Summons within 21 calendar days after receiving the documents

## EXTRAJUDICIAL DOCUMENT**

Nature and purpose of the document: Not applicable (N/A)

Time-limits stated in the document**: Not applicable (N/A)

---

* If appropriate, identity and address of the person interested in the transmission of the document.
** Delete if inappropriate.