IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; et al.,<br><br>Defendants. | No. CV-16-1494-PHX-DGC<br><br>**ORDER** |

Pursuant to the parties' Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal.  Doc. 39.

**IT IS ORDERED** that the Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal (Doc. 39) is **granted**.  The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 40, 41.

**Defendants shall file redacted copies of their Opposition on the public docket no later than April 19, 2017.**

Dated this 12th day of April, 2017.

_____
David G. Campbell
United States District Judge