1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

8
9
10

Hydentra HLP INT. Limited, a foreign
corporation, d/b/a METART d/b/a SEXART;
et al.,

No. CV-16-1494-PHX-DGC

11

Plaintiffs,

**AMENDED ORDER**

v.

12
13
14
15
16

Sagan, Ltd., a Republic of Seychelles
company, individually and d/b/a Porn.com;
MXN, Ltd., a Barbados Company,
individually and d/b/a Porn.com; et al.,

Defendants.

17
18
19
20

Pursuant to the parties' Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal.  Doc. 39.

21
22
23
24

**IT IS ORDERED** that the Stipulation to File Plaintiffs' Opposition to Defendants Netmedia Services, Inc. and David Koonar's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal (Doc. 39) is **granted**.  The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 40, 41.

25
26

1    **Plaintiffs shall file redacted copies of their Opposition on the public docket no**

2    **later than April 19, 2017.**

3    Dated this 14th day of April, 2017.

4

5    _David G. Campbell_

6    _____
David G. Campbell
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26