Valentin D. Gurvits (admitted *Pro Hac Vice*)
Matthew Shayefar (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants Sagan Limited, MXN Ltd.,
Netmedia Services Inc. and David Koonar*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS** |

1
Joint Stipulation to Extend Time to File Replies in Support of Motions to Dismiss

1  NOW COME, Defendants Sagan Limited, MXN Ltd., Netmedia Services Inc. and
2  David Koonar ("Defendants") and Plaintiffs Hydentra HLP Int. Limited and Hydentra,
3  L.P. HLP General Partner, Inc. ("Plaintiffs"), by and through their undersigned counsel,
4  and hereby stipulate to extend the time for Defendants to file their Replies in Support of
5  their Motions to Dismiss not later than **May 2, 2017**.  In support hereof, the Parties state
6  as follows:
7      1.  Defendants filed their respective Motions to Dismiss on March 10, 2017.
8  Docket Nos. 35-37.
9      2.  Plaintiffs filed Responses to the Motions to Dismiss on April 10, 2017.
10 Docket Nos. 38, 40, 41.
11     3.  Defendants' Replies to the Responses in support of their Motions to Dismiss
12 are currently due on April 25, 2017.
13     4.  The holiday of Passover is from April 10 through April 18, 2017 and the
14 holiday of Easter was on April 16, 2017.
15     5.  In light of the holidays, Defendants' counsel request that the time to file
16 Replies in support of the Motions to Dismiss be extended by seven (7) calendar days to
17 May 2, 2017.
18     6.  Plaintiffs agree to such an extension.
19 Accordingly, the Parties hereby stipulate to extend the time for Defendants to file
20 their Replies to the Responses in support of their Motions to Dismiss to **May 2, 2017** and
21 request the Court to issue an order affirming the same.
22

Dated:       April 17, 2017              Respectfully submitted,

/s/ Matthew Shayefar
Matthew Shayefar (admitted *Pro Hac Vice*)
Valentin D. Gurvits (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*


/s/ Veronica L. Manolio
Veronica L. Manolio (SBN 020230)
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 222-9100
vmanolio@mf-firm.com

*Attorney for Plaintiffs*

Joint Stipulation to Extend Time to File Replies in Support of Motions to Dismiss

**Certificate of Service**

I hereby certify that on April 17, 2017, I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq.
