1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART, <br>    Plaintiffs, <br><br> vs. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20, <br>    Defendants. | Case No. CV-16-1494-PHX-DGC <br><br> **ORDER ON JOINT STIPULATION TO EXTEND TIME TO FILE REPLIED IN SUPPORT OF MOTIONS TO DISMISS** |

Pursuant to the Joint Stipulation to Extend Time to File Replies in Support of Motions to Dismiss filed by Defendants and Plaintiffs and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have through and until **May 2, 2017** to file their Replies to the Responses in support of their Motions to Dismiss.