# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; et al., <br><br> Defendants. | No. CV-16-1494-PHX-DGC <br><br> **ORDER** |

Pursuant to the Joint Stipulation to Extend Time to File Replies in Support of Motions to Dismiss filed by Defendants and Plaintiffs. Doc. 47.

**IT IS ORDERED** that the parties' joint stipulation to extend time (Doc. 47) is **granted.** Defendants shall file their replies to the responses in support of their motions to dismiss on or before **May 2, 2017**.

Dated this 18th day of April, 2017.

_____
David G. Campbell
United States District Judge