EXHIBIT B

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

```
 1                     CERTIFICATE

 2

 3          I, Kristy A. Ceton, Certified Court

 4   Reporter for the State of Arizona, certify:

 5               That the foregoing proceedings were taken

 6   by me; that I am authorized to administer an oath;

 7   that the witness, before testifying, was duly sworn

 8   by me to testify to the whole truth; that the

 9   questions propounded by counsel and the answers of

10   the witness were taken down by me in shorthand and

11   thereafter reduced to print by computer-aided

12   transcription under my direction; that review and

13   signature was requested; that the foregoing pages are

14   a full, true, and accurate transcript of all

15   proceedings and testimony had upon the taking of said

16   proceedings, all to the best of my skill and ability.

17               I FURTHER CERTIFY that I am in no way

18   related to nor employed by any of the parties hereto

19   nor am I in any way interested in the outcome hereof.

20               DATED this 4th day of December, 2016.

21

22

23          _____

24          Kristy A. Ceton
            Certified Court Reporter No. 50200
25          For the State of Arizona
```

Driver and Nix Court Reporters - (602) 266-6525
www.drivernix.com

