# EXHIBIT C

David Koonar - 12/1/2016



David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016



David Koonar - 12/1/2016



David Koonar - 12/1/2016



David Koonar - 12/1/2016



David Koonar - 12/1/2016



David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016



David Koonar - 12/1/2016



David Koonar - 12/1/2016

David Koonar - 12/1/2016



David Koonar - 12/1/2016

David Koonar - 12/1/2016

David Koonar - 12/1/2016



David Koonar - 12/1/2016

```
1                          CERTIFICATE

2

3              I, Kristy A. Ceton, Certified Court

4    Reporter for the State of Arizona, certify:

5                  That the foregoing proceedings were taken

6    by me; that I am authorized to administer an oath;

7    that the witness, before testifying, was duly sworn

8    by me to testify to the whole truth; that the

9    questions propounded by counsel and the answers of

10   the witness were taken down by me in shorthand and

11   thereafter reduced to print by computer-aided

12   transcription under my direction; that review and

13   signature was requested; that the foregoing pages are

14   a full, true, and accurate transcript of all

15   proceedings and testimony had upon the taking of said

16   proceedings, all to the best of my skill and ability.

17                  I FURTHER CERTIFY that I am in no way

18   related to nor employed by any of the parties hereto

19   nor am I in any way interested in the outcome hereof.

20                  DATED this 4th day of December, 2016.

21

22

23              _____
                Kristy A. Ceton
24              Certified Court Reporter No. 50200
                For the State of Arizona
25
```



