# EXHIBIT D

CYBERWEB LTD.

# 28629          (IBC)

Date Inc.        2007-04-30

Certificate of Amendment dated 2015-01-13     (name change)

Prior name: MXN LTD.

| | |
|---|---|
| Nature of Business: | Internet Marketing, company primarly in the USA |
| Registered Office: | "Coconut Creek House"<br>Derricks, St.James |
| Mail Address: | "Coconut Creek House"<br>Derricks, St.James |

Directors as of: 2013-09-20

| | | |
|---|---|---|
| Paul Raynor Keating | - | 4 Eaton Place, Flat 4 London SW1X 8AD, U.K. |
| Kristen Edward Richardson | - | 63 Edgehill Heights, St.Thomas |

| | | |
|---|---|---|
| Previous Registered Office | - | Suite 29 1st Floor Beckwith Mall. |

2008-02-17:
Resignation of David Singh Koonar