**EXHIBIT F**



Confidential - Subject to Protective Order

CYB002709

Highly Confidential - Subject to Protective Order

CYB002470

Highly Confidential - Subject to Protective Order

CYB002452

Highly Confidential - Subject to Protective Order

CYB002453



Highly Confidential - Subject to Protective Order

CYB002446



Highly Confidential - Subject to Protective Order

CYB002444



Highly Confidential - Subject to Protective Order

CYB002427



Highly Confidential - Subject to Protective Order

CYB002435

CYB002422

Highly Confidential - Subject to Protective Order