**EXHIBIT G**

Highly Confidential - Subject to Protective Order

CYB002442

Highly Confidential - Subject to Protective Order

CYB002770



Highly Confidential - Subject to Protective Order

CYB002771



Highly Confidential - Subject to Protective Order

CYB002772



Highly Confidential - Subject to Protective Order

CYB002535

Highly Confidential - Subject to Protective Order

CYB002536

Highly Confidential - Subject to Protective Order

CYB002537



Highly Confidential - Subject to Protective Order

CYB002538