# EXHIBIT H

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

www.drivernix.com

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

www.drivernix.com

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016

Philip Bradbury - 12/1/2016



