# EXHIBIT I



Highly Confidential - Subject to Protective Order

CYB000054

Highly Confidential - Subject to Protective Order

CYB000055

Highly Confidential - Subject to Protective Order

CYB000056



Highly Confidential - Subject to Protective Order

CYB000057



Highly Confidential - Subject to Protective Order

CYB000058