EXHIBIT J



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000173



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order   NET000207



Highly Confidential - Subject to Protective Order





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000215



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000221



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order   NET000224



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order   NET000234



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000253



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000256



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000259



Highly Confidential - Subject to Protective Order

NET000260



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000264



Highly Confidential - Subject to Protective Order                    NET000265



Highly Confidential - Subject to Protective Order

NET000266



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000282



NET000283



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000291



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000308



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000310



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000314



Highly Confidential - Subject to Protective Order



NET000316



Highly Confidential - Subject to Protective Order

NET000317



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order