

Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000341



Highly Confidential - Subject to Protective Order

NET000342



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000344



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000359



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000381



Highly Confidential - Subject to Protective Order

NET000382



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000385



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000391



Highly Confidential - Subject to Protective Order

NET000392



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000396



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000401



Highly Confidential - Subject to Protective Order





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000406



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000411



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000422



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000424



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000426



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000436



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000440



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order   NET000449



Highly Confidential - Subject to Protective Order

NET000450



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000463



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order                    NET000465



Highly Confidential - Subject to Protective Order