

Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000468



Highly Confidential - Subject to Protective Order

NET000471



Highly Confidential - Subject to Protective Order

NET000472



Highly Confidential - Subject to Protective Order                    NET000491



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000493



Highly Confidential - Subject to Protective Order

NET000494



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000498



Highly Confidential - Subject to Protective Order

NET000499



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order
NET000518



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000521



Highly Confidential - Subject to Protective Order

NET000522





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000526



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order   NET000529



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000538





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order





Highly Confidential - Subject to Protective Order   NET000545



Highly Confidential - Subject to Protective Order

NET000546



Highly Confidential - Subject to Protective Order

NET000547



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000551





Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000555



Highly Confidential - Subject to Protective Order

NET000556



Highly Confidential - Subject to Protective Order

NET000557

Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000559



NET000560



Highly Confidential - Subject to Protective Order

NET000561



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000566



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000568



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000591



Highly Confidential - Subject to Protective Order

NET000592



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000597



Highly Confidential - Subject to Protective Order

NET000598



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000601



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



NET000604



NET000605



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order
NET000608



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000610



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order