

Highly Confidential - Subject to Protective Order

NET000613



Highly Confidential - Subject to Protective Order

NET000614



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

NET000624