EXHIBIT K



Confidential - Subject to Protective Order

CYB001250



Confidential - Subject to Protective Order

CYB001244



Confidential - Subject to Protective Order

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

CYB001291

Confidential - Subject to Protective Order

CYB001259

Confidential - Subject to Protective Order

CYB001300

Confidential - Subject to Protective Order

CYB001301



Confidential - Subject to Protective Order

CYB001381

Confidential - Subject to Protective Order

CYB001382



Confidential - Subject to Protective Order

CYB001383

Confidential - Subject to Protective Order

CYB002375