LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, <br><br> Plaintiffs, <br> v. <br><br> Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,* <br><br> Defendants. | Case No. CV-16-1494-PHX-DGC <br><br> **MOTION TO SEAL DOC. 49 (PLAINTIFFS' OPPOSITION TO DEFENDANT NETMEDIA SERVICES, INC.'S MOTION TO DISMISS FOR (1) LACK OF PERSONAL JURISDICTION AND (2) FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)** |

Pursuant to Local Rule of Civil Procedure (LRCiv) 5.6, Plaintiffs, Hydentra HLP INT. and Hydentra, L.P. HLP (collectively "Hydentra"), hereby request that the redacted version of Plaintiffs' Opposition to Defendant Netmedia Services, Inc,'s Motion to Dismiss for (1) Lack of Personal Jurisdiction and (2) Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 49) be sealed.

Pursuant to this Court's Amended Order (Doc. 43), Plaintiffs filed a redacted version of the document, however, several of the redactions inadvertently were not

made to be permanent, allowing for redacted text to be copied and pasted into a new document.  Plaintiffs are concurrently herewith refiling the document with permanent redactions.

Accordingly, Plaintiffs hereby request that the Clerk seal Doc. 49.  A proposed form of order is submitted herewith.

DATED this 20th day of April, 2017.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
    Veronica L. Manolio
    8686 E. San Alberto Dr., Suite 200
    Scottsdale, Arizona 85258
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Attorneys for Defendants*

Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*

Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
matt@bostonlawgroup.com
*Attorneys for Defendants*

Courtesy Copy sent by electronic mail this same date to:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*


By:  __/s/ Gina Murphy__