**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**ORDER GRANTING MOTION TO SEAL DOC. 49** |

Pursuant to Plaintiffs, Hydentra HLP INT. and Hydentra, L.P. HLP's (collectively "Hydentra"), Motion to Seal Doc. 49 and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal Doc. 49 (Plaintiffs' Opposition to Defendant Netmedia Services, Inc.'s Motion to Dismiss for (1) Lack of Personal Jurisdiction and (2) Failure to State a Claim Upon Which Relief Can Be Granted), is granted. The Clerk is directed to seal Doc. 49.