EXHIBIT B

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016







[redacted]

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016





Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



[redacted]

Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016



Kristen Edward Richardson - 12/2/2016

```
1                      CERTIFICATE
2
3              I, Kristy A. Ceton, Certified Court
4    Reporter for the State of Arizona, certify:
5                   That the foregoing proceedings were taken
6    by me; that I am authorized to administer an oath;
7    that the witness, before testifying, was duly sworn
8    by me to testify to the whole truth; that the
9    questions propounded by counsel and the answers of
10   the witness were taken down by me in shorthand and
11   thereafter reduced to print by computer-aided
12   transcription under my direction; that review and
13   signature was requested; that the foregoing pages are
14   a full, true, and accurate transcript of all
15   proceedings and testimony had upon the taking of said
16   proceedings, all to the best of my skill and ability.
17              I FURTHER CERTIFY that I am in no way
18   related to nor employed by any of the parties hereto
19   nor am I in any way interested in the outcome hereof.
20              DATED this 4th day of December, 2016.
21
22
23              _____
                Kristy A. Ceton
24              Certified Court Reporter No. 50200
                For the State of Arizona
25
```

Driver and Nix Court Reporters - (602) 266-6525
www.drivernix.com



