**EXHIBIT C**

Case 2:16-cv-01494-DGC   Document 52-3   Filed 04/20/17   Page 2 of 16



Case 2:16-cv-01494-DGC   Document 52-3   Filed 04/20/17   Page 2 of 16

Confidential - Subject to Protective Order

CYB002364



Highly Confidential - Subject to Protective Order

CYB002294



Highly Confidential - Subject to Protective Order

CYB002295





This message contains confidential information and is intended only for the addressee(s). If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system.



This message contains confidential information and is intended only for the addressee(s). If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system.

Highly Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

CYB002318



Confidential - Subject to Protective Order

CYB002319



Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

CYB002373



Highly Confidential - Subject to Protective Order

CYB002374



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

CYB002503



Confidential - Subject to Protective Order

CYB002504



Confidential - Subject to Protective Order

CYB002518



Confidential - Subject to Protective Order

CYB002619



Confidential - Subject to Protective Order

CYB002620