**EXHIBIT D**



Confidential - Subject to Protective Order

CYB002709



Highly Confidential - Subject to Protective Order

CYB002470



Highly Confidential - Subject to Protective Order

CYB002452



Highly Confidential - Subject to Protective Order

CYB002453





Highly Confidential - Subject to Protective Order

Case 2:16-cv-01494-DGC   Document 52-4   Filed 04/20/17   Page 8 of 10



Highly Confidential - Subject to Protective Order

CYB002427</a>



Highly Confidential - Subject to Protective Order

CYB002435



Highly Confidential - Subject to Protective Order

CYB002422