EXHIBIT E



Highly Confidential - Subject to Protective Order

CYB002442



Highly Confidential - Subject to Protective Order

CYB002770



Highly Confidential - Subject to Protective Order

CYB002771



Highly Confidential - Subject to Protective Order

CYB002772



Highly Confidential - Subject to Protective Order

CYB002535



Highly Confidential - Subject to Protective Order

CYB002536



Highly Confidential - Subject to Protective Order

CYB002537



Highly Confidential - Subject to Protective Order

CYB002538