EXHIBIT F

Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016



Philip Bradbury - 12/1/2016





