Valentin D. Gurvits (admitted *Pro Hac Vice*)
Matthew Shayefar (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants Sagan Limited, MXN Ltd., Netmedia Services Inc. and David Koonar*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS REPLIES** |

**DECLARATION OF MATTHEW SHAYEFAR**

I, Matthew Shayefar, declare and state as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida. I am *pro hac vice* counsel of record to Defendants in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. On May 1, 2017, I accessed the URL http://cogentbenger.com/porndemic/interviews/interview-with-jason-tucker/, which is an article of an interview with Jason Tucker including a video of an interview of Jason Tucker. A true and correct printout of that website is attached hereto as <u>Exhibit 1</u>.

3. On May 1, 2017, I accessed the URL https://support.similarweb.com/hc/en-us/articles/208420125-What-does-connecting-my-Google-Analytics-account-with-SimilarWeb-mean-, which is an article on the SimilarWeb.com website titled "What does connecting my Google Analytics account with SimilarWeb mean?" A true and correct printout of that article is attached hereto as <u>Exhibit 2</u>.

4. On April 30, 2017, I accessed the URL https://www.theguardian.com/technology/2015/apr/16/google-apologises-to-newspapers-nonsense-traffic-stats-eu-antitrust-response, which is an article from theguardian.com titled "Google apologises to newspapers over 'nonsense' traffic stats in EU response." A true and correct printout of that article is attached hereto as <u>Exhibit 3</u>.

2
Shayefar Declaration in Support of Defendants' Motion to Dismiss Replies

1  5. On April 30, 2017, I accessed the URL https://moz.com/rand/traffic-prediction-accuracy-12-metrics-compete-alexa-similarweb/, which is an blog post titled "The Traffic Prediction Accuracy of 12 Metrics from Compete, Alexa, SimilarWeb, & More."  A true and correct printout of that blog post is attached hereto as <u>Exhibit 4</u>.

6. On April 21, 2017, I accessed the URL https://www.limelight.com/network/ and a true and correct printout of that website is attached hereto as <u>Exhibit 5</u>.

7. On April 21, 2017, I accessed the URL https://www.limelight.com/company-information/ and clicked on a link to a document which the website stated was "the Limelight corporate brochure."  A true and correct copy of that corporate brochure is attached hereto as <u>Exhibit 6</u>.

8. On May 1, 2017, I accessed the URL https://www.limelight.com/resources/case-study/krone/, a true and correct screenshot of which is attached hereto as <u>Exhibit 7</u>.

9. On May 1, 2017, I accessed the URL https://www.limelight.com/resources/case-study/vod-factory/, a true and correct screenshot of which is attached hereto as <u>Exhibit 8</u>.

10. I accessed the Copyright Office's database of copyright registrations on May 1, 2017 and printed out the records for the following Copyright registrations (each of which were listed in the Complaint in this matter): PA0001922530, PA0001931432, PA0001922479 and PA0001917306.  Attached hereto as <u>Exhibit 9</u> are the true and

1  correct printouts of the registration information for each of these registration numbers
2  that I accessed from the copyright office's website.
3      11.    On May 1, 2017, I went to the address 18034 Ventura Blvd in Encino,
4  California.  There was a store called "Encino Mail & More" at that address.  Attached
5  hereto as <u>Exhibit 10</u> is a photograph of the outside of the store that I took.
6      12.    I entered the store and asked the woman at the counter where I could find
7  Suite 181 at that address.  She told me that the store only has mailboxes (not offices) and
8  that Suite 181 corresponded to one of the mailboxes on the walls in the store.
9      13.    I took a photograph of the box in the store marked 181, which I have
10 attached hereto as <u>Exhibit 11</u>.
11     14.    On May 1, 2017, I searched the California Secretary of State's business
12 search for any corporation that included the keyword "hydentra" as well as any LP or
13 LLC that included the keyword "hydentra."  True and correct printouts of the results of
14 those searched are attached hereto as <u>Exhibit 12</u>.
15     15.    On May 1, 2017, I searched the Arizona Corporation Commission's online
16 database for any active or inactive business entity with a name that contained "hydentra."
17 True and correct printouts of the results of those searches are attached hereto as <u>Exhibit
18 13</u>.
19     16.    On May 1, 2017, I conducted a name search of entities on the Nevada
20 Secretary of State's Nevada Business Search for "hydentra."  A true and correct printout
21 of the result of that search is attached hereto as <u>Exhibit 14</u>.
22

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of information printed out from the Delaware Division of Corporation's website about the entity "Hydentra, L.P."

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of information printed out from the Delaware Division of Corporation's website about the entity "Hydentra, LLC."

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a document received from the Texas Secretary of State's website about the entity "HLP General Partner, Inc."

I declare under penalty of perjury that the foregoing facts are true and correct.

Matthew Shayefar, Esq.