# Exhibit 1

# Interview with Jason Tucker

**Jason Tucker : CEO Falcon Enterprises
one of the world's largest porn libraries.**

**Interview by Robin Benger**



**Tell me how Hefner launched Playboy by putting all his money into one photo…**

…most companies don't, and that's provides you with a boatload of porn and it doesn't cost us anything because it's already paid for. That's the beauty of our library. I can exploit this in ways that other people can't, because somebody could launch a site tomorrow, talking about a teen site. Let's say it was a picture and a video gallery and they could say, "Okay I'm going to launch a site with 20,000 pictures and 15 videos, and that's a lot if you think about it. I can come along and go, I'm going to do 750,000 images, and 500 videos, it's live. That's the…our library is a gun that we can shoot in a particular niche and fair pretty well.

## …what is falconfoto?



Falcon is one of the world's largest erotic libraries. I would liken it to the Getty images of the adult business. We have approximately 3 million images, about 500 videos broken off into about 17 main niches and about 22 sub-niches.

## How much are you worth?

I don't know. I'm worth nothing. I told you this before, people are worth nothing, companies are. I don't know. I honestly haven't…that's not something I focus on. I'm a workaholic, I focus on work, and money to me has always been the byproduct of an idea well executed. We're making more now I think than ever.

## We interviewed Larry Flynt…

Larry's an interesting character. He's very smart, he's very shrewd. He is a true freedom fighter and continues to fight today. He fights best when he's pissed off and that's what I like about him.

## But he's not the cutting edge.

The greatest description of LFP ever given to me was Hustler is a ship that set sail on its own sea of money and never returned to land. That is a brand, it is a brand, so you can licence that brand, you can leverage that brand, you can leverage it in the cable business, in the mobile business, in stores, in restaurants, in hotels. There's a lot of opportunity there. It's like the Playboy brand. You associate, but where you associate Playboy with a bunny, you associate Hustler with Larry Flynt. Larry's awesome…he's not only good for the business but he continues to stay…he's more involved now than I think he's probably been in the last five years or ten years of his business.

## Who are the players?

The internet generation, or just the adult business in general?

## Adult internet.

You have to mention Vivid Video. Steve Hirsch is the gold standard for the adult business. Everything that he does, everything that studio produces is top quality and they keep the bar really, really high, whether it's their contract girls, whether it's their, the videos they put out and how that translates on the web. He's doing Vivid Alt right now which is an alternative line, which is translating not only well on the web but also DVD sales.

## Is that getting mass audience?

I think it's getting an audience. Vivid.com is like hustler.com, people just go there and they'll join it.

## Wicked?

Wicked Pictures? Same thing. Wicked does very, very well. They did…what was their movie last year? Manhunters and it was a very high end, well produced, well distributed video. They've put their videos on the web in the form of video on demand, how much they do in that, I have no idea.

## Mobile phone?

That's one way to look at it. It's huge overseas. It's killing time content. And it works very well in Europe because the phones are designed to be able to handle it. The carriers are a little reticent to take things on over here, and as you know in Europe, if you're not on deck, you're not making any money. And getting on deck here is next to impossible.

## Here, you make 11,000 movies a year…

There is a glut of new product coming out every single month. But I think the DVD market is suffering as a result of it, because it's the same girls and the same titles and it's the same similar types of titles. And it comes down to the same thing, people fucking with a different setup.

## How many millions of versions of screwing can you come up with??

Somebody's buying them and that's why they make them. For a video company the next life is the internet. Now what's interesting is that the internet companies that produce strictly for the internet are now making money from DVD, they went the opposite direction. They produced specifically for a website and now they're burning them to discs and getting them out the door in DVD sales and they're cleaning up.

## I understand you are expert at tracking down people who are ripping you off…

Because of the size of our library, and because…and before people were shooting their own stuff there were very few places they could get content. One of them was Falcon. So, a lot of people licensed our images and a lot of people stole our images, or our videos over the years. Where everyone is feeling the effects of it now, 4 or 5 years ago we were really feeling the effects of it early because we were responsible for a majority of the content that was on the web when the internet first started. So, what ended up happening was, we needed to get a handle on it. So we stopped licensing our content to webmasters and we had to come up with a way to get a handle on what we had before we could release anything else. Now, only about 25% of our entire library's ever been released on the web, which is, the rest of it's been released in other mediums, magazines, print publications, etc., or kept strictly on our own websites.

So we wrote a software with some very smart engineers that programmatically scours the internet and finds our stuff. And it's not that hard to identify our images. Once we identify it, we build a case, and then once we built…in 2000…back up.

The Digital Millennium Copyright Act was signed under Clinton's administration in this country and it gave people internet service provider protection, a safe harbour provision. Kind of like a I didn't know about it, I was never going to know about it, so it's not my fault, sorry, best of luck. A lot of people have been exploiting this and using this to hide behind their actions. And so we were sending out these DMCA, that's what it's called, the DMCA. We were sending out these DMCA letters, we spent in excess of $100,000 mailing out these letters, people took our stuff down, didn't make a difference, couple weeks later they'd be back up somewhere else. So, enough was enough.

So, we wrote the software. We started, spent 2005 doing nothing but documenting infringers and found hundreds and hundreds and hundreds and hundreds of websites and companies. At first they were just websites, then they were companies, then it was people we knew that we had done business with that were doing this in our own industry, and we said enough is enough. So we put together a group of bulldog attorneys and started filing lawsuits. And we've been very successful. Today at any given time we've got six or eight lawsuits in the federal legal system here in the United States. We've sued people and we're going to continue to do that. So, now everyone else is starting to feel the major effects and it's starting to hit people in the pocket, they're like what are we going to do?

So, about six months ago there was a meeting here in Los Angeles and it was the top, I'd say the top 50 content producers in the business and we all got in a room and everybody said, enough is enough. So, to us this was just an extension of what we currently have been doing. So we called a company called the PAK group, and there's companies like Shane's World and some of the other larger companies in the business. And we formed a coalition and it's distributed cost, right. We all throw into the kitty and it costs us less to go sue people now.

## Now you're big time you gotta try control the global business…

We're not looking to control the global movie business, we're looking to stop thieves that are stealing content. And it's not…the individuals are doing it. People know what they're doing. They're going to Torrent sites and they're going to these Tube sites and they're watching movies and they're full length movies and they're somebody else's and they're watching them for free, and that's illegal in itself. But when I look at something like that I go, well who's the site that's actually doing it? That's who we need to go stop. Because if everyone's going there and we get rid of wherever there is, then they're going to have to go somewhere else. And if we can make it more difficult for them, then eventually consumers might get smarter. The other thing is this. If you keep stealing stuff, we're not going to be able to make it. And if we're not able to make it, the quality that you're going to be getting is going to be a lot worse.

One would hope, but you're not going to be able to produce…you can't spend 50, 100, 200,000 dollars on a high end title if you're not going to make profit on it. So, if you're…and now what's happening, for example, the DVD market, the day those things hit the street, bootlegs are already on the other coast getting slung on the street and it's already on the web and it's replicating and replicating and replicating. You don't have a chance to make money on it. So we need to stop it, and it's going on too much. So, we formed this organization and we're going to go hurt some people with the legal system, and it's going to be costly for them. And we've got the money to go fight them and fight them to the death.

## Has porn gone too far?

Steve Hirsch spoke at Yale University last week during sex week. And I'm paraphrasing but essentially he called out Yahoo and Google and said, you are the engines by which people are finding this so easily, you should do something about it. And I believe that to be true. You can go type in whatever you want to Google and find exactly what you want. Do I think that's a problem? Absolutely. I've had to put major security systems and stop gaps in place to prevent our own children from seeing things that I don't think are appropriate. And it's not just adult content, it's subject matter that they shouldn't know about at this age. The same way one tailors what their kids can watch on TV or whatnot. I mean everybody censors something to some extent. So you censor what your kid can watch, censor where your child can go. You have to be extra, extra diligent when it comes to the internet because the internet will give them everything and then some in ways that you don't want them to see. And that's a problem. That's a problem. Nobody in our business wants kids to see things that they're not supposed to see. Nor do we want kids as members. WE don't want it. I want adults. I don't want kids.

## but here you are filming big butts and your children…

Kids aren't here. The kids are never around when this stuff's going on. That's the other thing. We shadow them from everything that we do.

## …you've done well, very fast

Oh, it's been very quick. This business has been very good to me.

## Whats the digital sexual experience going to be in 10 years…

That's one of those "how far can we go, how extreme can things get"? I'm finding happiness going back to basics, pretty women doing seductive things to me is more hot than some of the hardcore extreme that I'm seeing in the marketplace right now. I've often said I've seen so much nudity that I think a winter fashion show where people star partially clothed and keep putting on parkas and pullovers would be more seductive than taking them off these days, because you just see so much nudity you kind of like hit the end and you want to go back to the start again. Historically things go to extremes and they come back again. The one constant always seems to be that seductive, erotic, subtle, suggestive strip tease like, with maybe a little bit more. And I think that's what we're going to end up sticking with ultimately.

## how much money is being made…

It's millions.

## Hundreds of millions?

I don't know what the exact amount is. I have a lot of friends that are millionaires. There's a lot of us walking around. We get together we work hard, we play hard, and there's a lot of money that's been made and continues to be made in this business, and fast. It's very fast. And then it can slow down and it speeds up again. There's ebb and flow, but the flow is big.

## Where are we right now?

Some people are in an ebb, some people are in a flow. It just depends on where you are with it. We try and diversify our portfolio enough so that we have pay sites, we have free sites, we have mainstream sites, we have opportunities that are different. So, depending on how the market's going we can kind of weather it a little bit. But it compounds, right? So, say you start a website and you get 100 people that join and then the next month you have another 100 people and 50 cancel. Well that's 150 people now that are recurring and then you add another 100 to it, that's 250 people. And then 50 cancel and now you add. You can see it compounds. So eventually it's not uncommon to have thousands and thousands of members paying $30 a month, that's 30,000 a month and now it's growing, 45, 60, 100, 200, 300,000. It comes fast.

## you came in from the mainstream..is the gap between it and porn closing?

The gap has changed, the gap has shrunk. Initially where my job was to bridge the gap between mainstream technology and the adult vertical without saying, hey this money came from porn, that window closed. And now you have major companies like Penthouse which just bought Adult Friend Finder for 500 million dollars and it trades on Wall Street. That's one of the largest deals that's been done yet. Playboy has historically been the adult company. It's not anymore. And so the mainstream has learned a lot from the adult business. The adult business fuels a lot of the growth of technology that exists on the internet. From streaming video, from content delivery vehicles, from content delivering networks, dealing with bottlenecks on the internet because there are so many people going to a specific ite, distributing that around. From that it's now…and then also the basic business models, the how to transact, the per click, the per impression, the upsell concept. That all came from the adult business.

Nowadays the mainstream is showing us that they have certainly learned their lesson and then some, because they're putting out some amazing products that are starting to cut into some of the adult properties, which is pretty interesting.

## So if you make 400 million, you gonna run for governor?

Four hundred million dollars, I could certainly put up an interesting fight, couldn't I?

## My point is, there's a bad taste about porn people…

That's there. That's always going to be there. I mean as long as there's an adult business and as long as there's a church and as long as there's a person in the middle there, somebody's going to have an opinion one way or the other.

## How do you deal with that?

You know, I have, I do a lot of things outside of this business. I do a lot of things in the mainstream, I do a lot of philanthropic activities. I'm involved with a lot of different charities and a lot of different volunteer organizations outside of this business, and it's come up. And when it comes up I don't make a big deal out of it. I don't walk around and advertise what I do for a living. If somebody asks, and they press long enough I'll tell them. But otherwise it's nobody's business. So, has it affected me? Absolutely. Has it caused issues? Yes. I mean at family functions my grandparents have said to me, don't tell our friends what you do for a living. Okay.

## …what do you tell people you do for a living?

It…I don't walk around advertising it, but it does show up. Would I want to be governor of California? I'd rather be Senator from California than governor. Would somebody in the adult business be able to run? Who knows? We're in a….

## Can you, as a porn mogul contribute 1/4 of a million to Obama…

Sure, if he accepted it. Would I give it to him? No, I wouldn't give it to…

## Whoever…

I'd give it to Hilary and McCain and probably split it down the middle. Well, for no other reason than this, I really want to hear President and President Clinton. I think that would be really neat to hear it coming out. And I think she has a lot of good ideas…and we could talk about politics for ages. And John McCain, it's John McCain.

## Looking forward , through the internet you can have a sensual relationship with anyone…

I think people are losing their inner personal communication skills. Their ability to interact with one another on a one-to-one relationship face to face. I think a lot of that has to do with the fact that the internet provides what you're talking about, which is this ability to sit at home and feel very secure, even if you're insecure when you leave the house, and be anything that you want and do anything that you want. Look at Second Life. This is why Second Life is so good, you can go in and be what you want to be and you can lie your ass off and it just means you're cooler in that world. People are doing this. But at the same time people are meeting and they're having what turn into real physical relationships. And they're meeting differently than ever before, because typically you have to get over that hump of I'm nervous to talk to you. And now I've gotten to that step and now we interact and then maybe I tell you a few fibs and you tell me a few fibs and then three months later we learn what wasn't true but we've fallen in love and we live happily ever after. Nowadays because of you're forced to interact on this communicative level, you know most of the time more about them before you've ever met them face to face. So that all of that other stuff just becomes secondary. It's very weird, it's very different.

## I drive around in Toronto's everyone's indoors, the little blue light glowing. Nobody gets out anymore…

People are also afraid of other people more than ever. It's weird. I have no idea where it's going. I wish I knew unequivocally where it's going. I have an idea but we'll see if it's right or not. It's going to communities, there's no doubt about that. Because where it used to be, I want to go and look at a video, or I want to go and look at photos, or I want to go and this, it's now, I want to go where there's other people that are also doing this and not only do I want to interact with that but I want to interact with them as well.

So it's going to community-based settings, and those community-based settings are growing. Second Life, being a mainstream property, is living proof of that. It's a vast diverse community of people interacting. There's a lot of sex in that too. A lot of sex action going on. And YouTube, for example, where people can live their life on the internet, and this provides them a distribution vehicle to do that. And other people can comment on it, so they can interact with people by putting out what they consider their art or their bad experience or their funny ha ha, or whatever the case may be, and have people comment back on it. And then in turn they can comment back on it.

## Larry Flynt told us yesterday that the war against the anti-pornographers is dead. Is there nothing to fear from them anymore?

You always have something to fear. Anytime a group can organize against another group, they need to be watched, right? We have a lot of laws… we have a lot of issues in this country with that right now. So, I would say that it's…for him, I can understand where he's coming from and I don't want to try and sound like I'm inside the head of Larry Flynt because I could probably hire myself out for a lot of money if I truly was.

I think that it is so accepted right now that the direct threat of, we produce this, it's obscene, you're going to jail, or you're going to hell in a hand basket is…I can understand where he's coming from by saying that part is gone, just throw that out right now. Because that's what he's been fighting for many, many years. That part is gone.

I think there are other ways that we could ultimately get smacked. And freedom of speech is a dangerous thing. It's a good thing and it's a bad thing. It allows us to do what we do, but it also allows others to do what they do, and that's always going to create the clash, right? So, we've always got to be able to stand up and fight. I think right now, sure, it's accepted. Tomorrow, who knows what'll happen. In another state…right now in Utah if you send adult material into Utah, if you let somebody access a website in certain parts, you could be brought up on charges of obscenity. That's today.

## There's nobody effective leading the anti-obscenity forces right now

Absolutely. Any time there's an opportunity somebody'll step into the picture. Who? I have no idea. A few years ago it was Senator Oren Hatch out of Utah. And that kind of went by the wayside. And then somebody else will step up. Look, people like Al Sharpdon have made a career out of taking small issues and making them huge and turning that into profit under the guise of whatever. The same thing could happen here. There's morality in media. It's a mainstream company that does…they call on the phone and they go, hi, we'd like to do this survey. We're morality in media. What do you think about kids seeing nude butts on NYPD Blue 10 years ago? And do you think we should go have them fined?

## Some Big mega corporations are involved in porn profits, no?…

They're in it. They all make money from adult.

### Have you talked to the men who run these mainstream corps about how much porn contributes to their bottom lines.

Well AT&T owns lines and lines carry things over them. So, if hypothetically 60% of all search terms are adult related, then 60% of the band width that they're burning is somehow connected to the adult business. If you have a company that also owns a hotel chain, those hotels are showing adult material in them. If you're a cable company, you're showing either sexually explicit or full hardcore material on your channels at one time or another.

### Have you talked to the men who run these mainstream corps…

You're looking for someone to care past bottom line revenue. Their job is to generate revenue, that's it. My job is to generate revenue. I care about my bottom line, and that's what they care about too. And we're soft for them because they're publicly traded companies, which means they have to answer to Wall Street and the stockholders and there's a lot of them. And you can go into a room and you can say to a group of stockholders, we are going to lose $60 million next year because we are not going to allow this content on our hotel channels and we expect you to hold our stock and not do anything, in fact come buy more, but know that we're going to take a $60 million hit. What do you think the reaction in the room is going to be?

### …Can they hide the profits?

It goes back to what I said before, which is that my job initially was to book revenue for them and have it be able to be reported but not look like it was coming from the porn business.

### How?

as I had a mainstream company. I had a mainstream consulting company and I would book everything on my paper but it was all coming from the adult business. Whether it was band width being sold, whether it was, whatever the case may be. It allowed those companies to garner the revenue, report it to the street and not have it say this percentage came from the porn business…

### I won't be able to find out how much money mainstream makes out of porn?…

You're not going to get a straight answer out of them. I'd love to know. Are they making money? Yes. It's impossible to not, and you can't…I think everyone just needs to get over it. Especially in this country. Everybody is so uptight. You go to Europe, you go to other parts of the world, these things don't occur. People don't have these taboos, people don't have these hangups. Chris Rock, I think it was, did a great standup. He talked about we're the only country in the world that has food allergies. Find me somebody in Ethiopia who has a food allergy. We have all this opportunity in this country, yet we have all of these stupid little hangups, and so, in the adult business there's more free thinking people who…but they're also conservative in their own lives most of the time, but they don't have the same hangups. And I think the people that are stuck on all of these things, it's like everyone just needs to take a big breath and really put things in perspective. People having sex in front of you, people having sex on the internet, people having sex, period, how is that really impacting your life? How is that hurting you? How is that hurting you from an economic standpoint? How is that hurting you from a social standpoint? How is that affecting your ability to go do what you're going to do tomorrow, which is get up, go to work and pay your credit card bills?

### …is it a big tax refuge

Sure, we pay taxes. The IRS is the most efficient operation in this country.

### They have tabs on you?…

They're on top of everybody. We pay taxes. You have to pay taxes. We pay corporate taxes, we pay personal taxes, you have no choice. So the…

### Whose benefitting?

Everybody's benefitting from this. Sex never hurt anybody, right? That's the way to look at it. No, if it was done correctly…I mean, I'm not talking about somebody cheating on somebody else, or that moment….that's not sex, that's exactly what it is, it's rape and child molestation. But consensual sex between two adults I don't think has ever hurt anybody.

☺

# Exhibit 2

 **SimilarWeb**

☰

SimilarWeb › FAQ › Troubleshooting

```
Search
```

# What does connecting my Google Analytics account with SimilarWeb mean?

 **David Rubinstein** ▢ Community Manager

May 01, 2016 23:40

Follow

Connecting your Google Analytics account with SimilarWeb lets you share basic traffic & engagement metrics publicly on your SimilarWeb Website Analysis page. Once you have connected your Google Analytics account with us, your desktop and mobile traffic data will replace our estimations for your traffic stats and the 'Verified Data' badge will appear. On SimilarWeb.com, 'Estimated Data' will be replaced with 'Measured by Google Analytics'.

Sections affected by this:

**Similarweb.com:**
Overview section – Overview > Traffic Overview > Total Visits & Overview > Traffic Overview > Engagement



**Similarweb PRO:**

[Website Analysis](#) > [Website Audience](#) > [Website Overview](#) - Visits and Engagement Rate metrics.



# How do I connect my Google Analytics to SimilarWeb?

1. Choose one of the following options:
   - From your website analysis page on SimilarWeb.com, click the 'Claim Your Website' button
   - In the footer of SimilarWeb.com, click the 'Publicly connect Google Analytics' button

2. Click on – 'Connect with your Google Analytics account'

3. Select the Google Analytics Account, Property and View for the website you'd like to connect

If you have more than one website associated with your Google account, you can repeat the process and connect multiple websites. Note that you can only add one google analytics view per website.

# Why should I connect my Google Analytics to SimilarWeb?

- **No more under estimations –** SimilarWeb's website analytics is an estimation. Although we validate our data all the time, we might sometimes under estimate the traffic for a website. Connecting your Google Analytics with SimilarWeb assures your website is best represented on SimilarWeb – **taking into account** not only desktop traffic, but also traffic from mobile and tablet.

- **Strengthening your brand –** full transparency will give you the opportunity to showcase your popularity and establish yourself as a trusted brand.

- **Increase ad income –** many advertisers use SimilarWeb to find high quality publishers. Having this data available and out there will make your website a lot more attractive to advertisers looking for media buy and other partnership opportunities. No more wasting time in preparing Google Analytics reports every month and preparing updated PDFs with your website's stats. You can simply send your prospects to your SimilarWeb Analysis page.

- **Raising capital –** for a company that is on the lookout for new capital, this is a great opportunity to have important stats which are relevant for your business's valuation, out in the open with easy access to any potential investor

# What data points are going to be affected once I've connected my Google Analytics with SimilarWeb?

Once you've connected your Google analytics account with SimilarWeb, the following data points from Google Analytics will appear publicly on SimilarWeb as 'Verified Data':

- Total Visits (Sessions)

- Pages / Visit

- Avg. Visit Duration

- Bounce Rate

- Monthly Unique Visitors

- Visits Per Unique Visitor

These will be visible only on the Website Overview page. Data on the Website Traffic Sources pages (such as referring keywords) and other metrics such as geographic distribution will continue to be based on our estimations.

Was this article helpful? 

4 out of 6 found this helpful

Have more questions? Submit a request

# Comments

0 comments

Please sign in to leave a comment.

# Related articles

Monthly Unique Visitors

How to Evaluate an Ad Network's Traffic Volume and Quality

Rank (Global, Category, Country)

Setting Up My Custom Dashboards

Visits Per Unique Visitor



SimilarWeb

OUR OFFICES

# Exhibit 3



# Google apologises to newspapers over 'nonsense' traffic stats in EU response

Search firm says 'sorry' to the Guardian and Bild after citing incorrect data in its blog response to European commission's antitrust charges

**Alex Hern**

Thursday 16 April 2015 07.48 EDT

Google has apologised to the Guardian and Bild, after citing "nonsense" figures for the two sites' traffic statistics in a response to the European commission's antitrust charges against the company.

The figures, which claimed that the two papers get "up to 85% of their traffic directly" and "less than 10%" from Google, were later retracted.

In the wake of the decision by European regulators to investigate the search firm for anticompetitive practices, Google's senior vice president for search, Amit Singhal, published a blogpost arguing against the allegations.

"Any economist would say that you typically do not see a ton of innovation, new entrants or investment in sectors where competition is stagnating – or dominated by one player. Yet that is exactly what's happening in our world," Singhal wrote. He argued that the wealth of innovation in sectors such as travel search, shopping comparisons, and social media is evidence that Google does not dominate any of those sectors.

Google also defended its role in news, an area not covered by the European commission's complaint but one where it is constantly under attack across Europe. In Spain, the company closed its news search product after the introduction of a so-called Google Tax required it to pay licensing fees to papers it aggregated. In Germany, major publishers accused Google of blackmail when it removed images and text snippets following a lawsuit.

Downplaying Google's strength in the news field, Singhal wrote that "when it comes to news, users often go directly to their favourite sites. For example, Bild and The Guardian get up to 85% of their traffic directly. Less than 10% comes from Google."

But those figures are "nonsense", according to the Guardian's audience editor Chris Moran. Citing the paper's internal statistics, he said that "unknown traffic to Guardian fronts" – readers coming directly to the paper's front page – "was broadly the same in [page views] as Google referral."

After it was brought to their attention, Google removed the figures and apologised, updating the post with a correction.

"An earlier version of this post quoted traffic figures for Bild and the Guardian, researched on a third-party site. The Guardian data were for the domain guardian.co.uk, which is no longer the main domain for the paper. We've removed these references and we're sorry for the error," the correction read.

The company also apologised to Yelp, another firm cited as evidence of healthy competition. "Yelp has pointed out that they get 40% of their searches (not their traffic) direct from their mobile apps. They don't appear to disclose their traffic numbers. We're happy to correct the record."

SimilarWeb, the third-party site which was the source of the incorrectly reported Guardian traffic figures, estimates site data using information from a panel of web surfers who have volunteered to install a browser plugin. If the correct domain for the Guardian is entered, it suggests that slightly over 30% of the Guardian's traffic comes from Google, compared to slightly under 30% of the traffic coming from direct sources. Those figures are also contradicted by the Guardian's internal statistics.

## Since you're here …

… we've got a small favour to ask. More people are reading the Guardian than ever, but far fewer are paying for it. Advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

**Become a supporter** → **Make a contribution** →

Topics

# Google

Competition and Markets Authority European commission Europe European Union Regulators news

# Exhibit
# 4



☰

Blogs

Rand **Fishkin**

HOME    ABOUT    ARCHIVES    RECOMMENDATIONS

### The Traffic Prediction Accuracy of 12 Metrics from Compete, Alexa, SimilarWeb, & More

**Date** / jun 2, 2015 / **Category** / Data

Services that claim to predict the traffic websites receive have been around for 15+ years, but I've long been skeptical of their accuracy (having seen how poorly some have predicted traffic on sites whose analytics I accessed). In 2012, I ran a project to test the veracity of the numbers reported by some of these tools, and came away very unimpressed. Mark Collier (of the Open Algorithm Project) expanded on these tests in 2013 and discovered similarly disappointing results. In recent years, it would seem, services like Alexa, Compete, Quantcast, and others simply don't do a consistently good job of estimating a website's traffic.

What about now? Some new services, like Similar Web and SEMRush, have been lauded by practitioners in the marketing community for having much better data. Compete, supposedly, has improved its own service too. I figure it's time to re-run the data and see how traffic prediction scores perform in 2015.

A few months back, I asked for volunteers through the IMEC Labs project to share their web traffic data in order to see how accurate the predictive traffic scores from various vendors stacked up. I received 4 months of traffic data (unique visits in Dec 2014-March 2015) from 143 websites, ranging from a few hundred visits per month all the way up to 25 million+ monthly visits, then added columns with data from. A snippet of the data is in the spreadsheet above (click it for a large version).

Unfortunately, I can't share the sites themselves, as we promised privacy to the survey participants. However, I've got some fascinating results from the aggregate data. Let's look at the metrics we measured, then we'll get into my thoughts and opinions on each:

### 12 Metrics for Predicting Web Traffic (in order of data quality/accuracy*)

1. **SimilarWeb** – monthly visits
   - Avg. of Metric/Actual Traffic: **406.37%**
   - % of Data within 70-130% of Actual Traffic: **22.00%**
   - Spearman's Correlation w/ Actual Traffic: **0.827**
   - Standard Error: 0.0504
   - Data coverage: 87.41%
2. **Compete.com** – total monthly visits
   - Avg. of Metric/Actual Traffic: **115.52%**
   - % of Data within 70-130% of Actual Traffic: **8.52%**
   - Spearman's Correlation w/ Actual Traffic: **0.843**
   - Standard Error: 0.0837
   - Data coverage: 31.47%
3. **SEMRush** – monthly search visits
   - Avg of this Metric divided by Actual Traffic: **28.84%**
   - % of Data within 70-130% of Actual Traffic: **1.21%**
   - Spearman's Correlation w/ Actual Traffic: **0.696**
   - Standard Error: 0.0668
   - Data coverage: 88.11%
4. **Quantcast** – monthly visits

- Avg. of Metric/Actual Traffic: **53.41%**
- % of Data within 70-130% of Actual Traffic: **3.75%**
- Spearman's Correlation w/ Actual Traffic: **0.906**
- Standard Error: 0.097
- Data coverage: 13.99%

5. **SimilarWeb** – global rank
    - Spearman's Correlation w/ Actual Traffic: **0.839**
    - Standard Error: 0.0435
    - Data coverage: 97.2%

6. **Alexa** – Alexa Rank
    - Spearman's Correlation w/ Actual Traffic: **0.702**
    - Standard Error: 0.0607
    - Data coverage: 100%

7. **Moz** – Domain Authority
    - Spearman's Correlation w/ Actual Traffic: **0.702**
    - Standard Error: 0.0601
    - Data coverage: 100%

8. **Facebook** – Likes
    - Spearman's Correlation w/ Actual Traffic: **0.677**
    - Standard Error: 0.0667
    - Data coverage: 83.22%

9. **Google AdWords** – # of monthly searches for brand name
    - Spearman's Correlation w/ Actual Traffic: **0.673**
    - Standard Error: 0.068
    - Data coverage: 84.62%

10. **Moz** – Linking Root Domains
    - Spearman's Correlation w/ Actual Traffic: **0.594**
    - Standard Error: 0.0687
    - Data coverage: 100%

11. **Twitter** – Followers
    - Spearman's Correlation w/ Actual Traffic: **0.529**
    - Standard Error: 0.0777
    - Data coverage: 85.31%

12. **SEMRush** – Ads
    - Spearman's Correlation w/ Actual Traffic: **0.355**
    - Standard Error: 0.1561
    - Data Coverage: 88.81%

* Since the sample sizes for the data are small, and we're dealing with several unique metrics and ways of measuring accuracy, this ordering is Rand's personal creation based on beliefs about the relative value of the accuracy, coverage, and distribution of the metrics collected.

The metrics noted here are important to understand. Compete, Quantcast, SimilarWeb's Monthly Visits, and SEMRush's Monthly Search Visits can all be directly compared against the actual traffic, which is why they've got the additional numerical measures. The rest can only be compared to the traffic numbers using correlations (e.g. for Moz's Domain Authority or quantity of Twitter followers, there's no way to calculate the % of data within 75-125% accuracy because the metrics aren't trying to show similar kinds of data).

So, what does correlation coefficient (the one metric we can universally compare) mean in this context? It's not as simple as the percentage of time Quantcast or Compete or Facebook Likes will be entirely accurate about a website's traffic. Instead, the correlation number is telling us the relative degree to which, as traffic rises/falls, a corresponding rise/fall in traffic will be seen in the numbers from that given metric. For example, Compete might say that your site's traffic is 2X as high as what your own analytics shows, but if you lose half your traffic, Compete's traffic metric is much more likely than Twitter followers is to indicate a corresponding drop. Likewise, if you're comparing site A vs. site B, Compete is more likely (on average – obviously individual results can and do vary) to be accurate in showing you whether A or B's traffic is higher than Twitter followers is.

Here's a breakdown of the ways in which we looked at relative accuracy:

- **Avg. of Metric/Actual Traffic** – this number tells us, on average, where estimated traffic sits in comparison to actual traffic. By this number, SimilarWeb looks very optimistic, reporting 400%+ of the actual traffic of the sites in our sample. Compete, on the other hand, looks much better, at ~115%. But averages aren't everything, and, in fact, while Compete was closer on average, it's more because their highs and lows balanced out than because they were frequently close to reality.

- **% of Data within 70-130% of Actual Traffic** – this tell us what percent of the estimated traffic numbers reported by a service were within 70-130% of the real numbers. This metric is where SimilarWeb performed best, getting a near-accurate take on web traffic for nearly 1/4 of the sites in our sample. The other services couldn't come close. Compete at 8.5%, Quantcast at 3.75%, and SEMRush at 1.21% simply aren't usable, IMO. While SimilarWeb was often way over on traffic estimates, their strength in getting into this range so much better than their competitors makes them my top pick for now.
- **Spearman's Correlation with Actual Traffic** – Spearman's helps us know the degree to which, as actual traffic rises/falls how well does the corresponding metric get higher/lower. Quantcast, Compete, and SimilarWeb are all pretty good at this, with correlations above 0.8.
- **Standard Error** – This is standard error on the correlation numbers, which helps to give a sense of variance.
- **Data Coverage** – Coverage is critical because it shows how frequently the services we looked at actually had real data for the sites in the sample. Moz, Alexa, SimilarWeb, and SEMRush all had data on 85%+ of the sites, while Compete and Quantcast struggled at <35%.

Based on this data (which is far from perfect – a sample of sites 5-10X would be far preferable, though the statistical variances suggest many of these numbers would likely hold), I wouldn't feel confident using any of these numbers to predict actual traffic, but I would recommend using a combination of SimilarWeb, Compete, and (when available) Quantcast to get a rough sense for relative traffic between sites. For example, if you're trying to determine how much traffic CompetitorX.com receives, SimilarWeb will give you a bit worse than a 1 in 4 shot of being within 70-130% of that number. But, if you want to know whether CompetitorY.com gets more or less traffic than CompetitorY.com and CompetitorZ.com, looking at Compete and SimilarWeb (and Quantcast if available) can probably give you a good sense of the relative web audience sizes they reach.

Overall, I'm not hugely impressed with any of these services. They've all got a long ways to go, and sadly haven't improved as dramatically as I'd hoped from 3 years ago when we first ran this comparison. In particular, I'm baffled by the number of otherwise savvy marketers, investors, and business people who continue to rely on Alexa data. Moz's Domain Authority, which isn't even trying to measure web traffic, has a similar correlation, and Alexa clearly hasn't been keeping up with the competition.

One final note – including SEMRush isn't entirely fair in this dataset because they specifically track search visits, not all traffic, and thus we're not showing their data against the reality they're trying to illustrate. However, since we were curious about SEMRush's potential performance, and wanted to see how it performed against metrics like Moz's Domain Authority and Facebook/Twitter numbers, it's here for those interested.

« Google Suggest Has Wildcards?! KW Planner Hides Data?! Crazy.

The "Pester Your Potential Lead Until They Hate You" Approach to SaaS Sales Sucks »

---

**44 Comments**    **Rand's Blog**      🔴 Login ▾

♡ Recommend  8    ⤴ Share      Sort by Best ▾

[ ] Join the discussion…

**Pavel Matveev** · 2 years ago    — ⚑

Hi Rand,

I'm a Product owner at SEMRush.
Thank you for this research. It's really good. I would appreciate if you could provide additional details about your research methodology. I can also provide you with more of our data for research if you need.

Anyway, it seems strange that you mentioned SEMRush in your article. As you have mentioned at the end of your post, we are mostly tracking organic search traffic. And I should note that:
- It's almost only about Google;
- We are providing country specific numbers (traffic estimates, costs etc.).

So, basically, it's not quite right to compare our search traffic estimates (from Google) with the total website's traffic, which could include referral traffic, other search engines, paid traffic, etc.

--
Best regards,
Pavel Matveev
SEMRush Inc.

6 ▲ ▼   Reply · Share ›

 **Rand Fishkin** Mod → Pavel Matveev · 2 years ago    — ⚑

Agreed, and yet, your product actually performed well against many of those that are supposed to track actual traffic (like Alexa!). Plus, since SEMRush is supposed to measure a fraction of traffic, I'd say getting ~30% on average of sites' traffic sounds just about right. In the future, hopefully we can specifically get organic search traffic and see how y'all compare, but for now, I'd feel pretty good about your numbers.

2 ▲ ▼   Reply · Share ›

 **Russ Thompson** → Rand Fishkin · 2 years ago    — ⚑

Hi Rand,

Russ here from Alexa.

It's great to see someone analyzing the accuracy of traffic estimation services. It keeps us all accountable. However, I'm wondering why you used Alexa Rank in an analysis comparing monthly visitor estimates?

There are a couple of reasons why this is an apples to oranges comparison:

1. Alexa Rank is an ordering of websites. It's a relative measure of popularity, rather than an absolute measure of traffic.

2. Alexa Rank is computed over 3 month intervals, which smooths out monthly changes.

Given these points, I'm not sure why you'd expect Alexa Rank to show any correlation with monthly traffic changes over 4 months.

Alexa's Monthly Unique Visitors metric would make for a much better comparison. If you'd like, we'd be happy to give you access to our Advanced plan where you can get the Monthly Unique Visitor estimates.

Russ Thompson, PhD
Senior Research Scientist
Alexa Internet

1 ∧ ∨ · Reply · Share ›

 **Ed Bisquera** ➔ Russ Thompson · 2 years ago
Was there ever a reply from Rand and/or Moz.com on this? Just curious, seeing this is a post from earlier in the year...

∧ ∨ · Reply · Share ›

 **jonasion** ➔ Ed Bisquera · 5 months ago
I would agree with Ed Bisquera here, it WOULD be great to hear the response to what Alexa points out.

∧ ∨ · Reply · Share ›

 **Etan Efrati** · 2 years ago
Brave and honest, ranking yourself #10.

2 ∧ ∨ · Reply · Share ›

 **Shawn Powrie** ➔ Etan Efrati · 2 years ago
TAGFEE

∧ ∨ · Reply · Share ›

 **Benjamin Seror** · 2 years ago
Rand - great initiative! We'd love to work with you on this.

As you know, this is our bread and butter, we do tests like this on a weekly basis to fine tune our algorithms based on many 1,000s of websites who are kind enough to share their data with us. We will be happy to share these findings with you.

While our accuracy is the best in your analysis, as you wrote, SEMRush only provides search traffic and Compete is only US traffic, this is not a real apples to apples comparison. That's true for us too as it seems you are only using our desktop traffic, we also have mobile web traffic.

We will reach out to explain our methodology (we have some variance on very small sites which massively skews your averages) and to provide you our mobile data so your readers can get a more complete picture of what the current state-of-the-art is.

We think you and your readers :-) will be impressed with the results.

Benjamin Seror
VP Product @SimilarWeb

2 ∧ ∨ · Reply · Share ›

 **Rand Fishkin** `Mod` ➔ Benjamin Seror · 2 years ago
Thanks Benjamin - very much appreciate you coming by and engaging on this topic. And congrats for being the best of the bunch, too.

Re: mobile + desktop - I think that would actually make your data look less accurate across this subset of websites, as SimilarWeb was reporting ~400%+ on average of the quantity of visits that web analytics reports (and yes, it does look like a good portion, though not all of that, was biased by large fluctuations on smaller sites). Definitely appreciate the outreach and look forward to chatting more.

∧ ∨ · Reply · Share ›

 **Francis Ledbetter** · 2 years ago
What was the source of the actual website traffic/data? Google Analytics? Adobe Omniture SiteCatalyst?

1 ∧ ∨ · Reply · Share ›

 **Ben Morel** · 2 years ago
Wow, those results are shocking. Even the best of them only got within 30% of the true figure a quarter of the time. If you're looking at a bunch of sites with 100,000 visitors each per month that means that 75% of the time the most accurate tool will tell you that those sites have maybe 60,000 or 150,000 visitors per month. It's a huge discrepancy, and that's the best!

I completely agree that trying to use any of these tools to measure a website's traffic is nearly useless. The correlation data is interesting, though, and does

Case 2:16-cv-01494-DGC Document 53-2 Filed 05/02/17 Page 23 of 48

show a potential use of these tools: answering trend-focused questions like "are my competitors growing, and if so who's growing the fastest?" and "how does my site's seasonality compare to my competitors?"

Unfortunately none of them are sold on answering that question and all of them are sold on the accuracy of their raw numbers. Even more unfortunately we (marketers) are happy to buy them on the basis of that sell, despite this being at least the third study to show how bad they are.

1 ∧ ∨　· Reply · Share ›

 **Mambo Man** → Ben Morel · 2 years ago

not shocking if you've ever tried using those tools/sites.

∧ ∨　· Reply · Share ›

 **Evonne Chen** · 4 months ago

Has anyone used SimilarWeb's "Audience Interests" and "Topics"? Any thoughts? Thanks

∧ ∨　· Reply · Share ›

 **Adam Heugel** · a year ago

Hello,

I'm looking for a tool that allows me to see bounce rates from career sites. I've tried to look up several large organization's career sites on Similar Web, but about 60-80% of the time, it won't show the data or says the data is insufficient.

Any advice or insight on a better resource to use would be greatly appreciated!

Thank you,

Adam

∧ ∨　· Reply · Share ›

 **Часыч** · a year ago

First of all, thank you for the research! I have bookmarked it.

Talking about Alexa Rank: there is a lot of concern about its consistency. Still, it has 100% of data coverage. Still, its correlations with real traffic is 0.702. Based on these 2 parameters, I would say Alexa Rank is number 2 by usefulness (right after SimilarWeb!)

Combining with long Alexa history, it becomes a very useful for trends prediction and history research!

http://www.alexarank2traffi... is a service which does right that: converts Alexa Rank to Traffic (based on http://netberry.co.uk/alexa... formula) and keeps lo-o-ong history.

It might be helpful to some extent, right?

∧ ∨　· Reply · Share ›

 **Fabio Fatuzzo** · 2 years ago

I carried out a similar research on the correlation between Traffic (unique monthly visitors) and Google Pagerank, Moz Domain Authority, Alexa Rank, Majestic Referring Domains, Similarweb Global Rank and Similarweb Estimated Traffic.

I found the following Spearman Correlation results:

Traffic and Google Pagerank: 0.38

Traffic and Moz Domain Authority: 0.59

Traffic and Alexa Rank: -0.87

Traffic and Majestic Referring Domains: 0.67 (similar value for Majestic Referring IPs and subnets)

Traffic and Similarweb Global Rank: -0.87 (basically similar to Alexa)

Traffic and Similarweb Estimated Traffic: 0.89

As expected the best predictors of Traffic are the Similarweb Estimated Traffic, Similarweb Global Rank and Alexa Rank values.

Traffic and Google Pagerank have an exponential correlation

**see more**

∧ ∨　· Reply · Share ›

 **Wes Mahler** · 2 years ago

Great analysis. Although there seems to also be a huge missing distinction between what a visitor is. Visits and Unique Visitors are different. Depending on how they're calculated the numbers could be dramatically different.

SimilarWeb is counts "Visits" and Compete counts "Unique Visitors". SimilarWeb will count 2 visits for 1 visitor if their second visit is 30 minutes after. Visits will likely always be higher than unique visitors.

Case 2:16-cv-01494-DGC   Document 53-2   Filed 05/02/17   Page 24 of 48

I'm not quite sure what algorithm is Compete is using, I'll find out.

Quantcast tracks the number of "people", I assume those are unique visitor counts but I'm not sure either and will find out for that one too.

Wes - CEO @ Follow.net
http://follow.net/

▲  ▼   Reply • Share ›

 **Wes Mahler** → Wes Mahler • 2 years ago

Compete's definition

A Unique Visitor can be defined as a person who visits a category at least once within the month being researched. The Unique Visitors metric only counts a person once no matter how many times that person visits the category in a given month.

We can't compare SimilarWeb's visits count to Compete's Unique Visitor counts. They're different. You have to compare your google analytics stats to the corresponding definition of what a visit or unique visitor is.

▲  ▼   Reply • Share ›

 **Jess D'souza** • 2 years ago

Its a great overview. But I personally used Gostats & it give me accurate report about traffic & there sources in a real time. It shows genuine data which is easy to understand. When it comes to website traffic, Its a only reliable analytics tools for me.

▲  ▼   Reply • Share ›

 **Dean Brady** • 2 years ago

Great read. Sort of what I expected having tried a number of these tools. My main goal was to see comparisons of competitors that would at least give me a feel of how everyone ranked against each other, even if not actual numbers. I have been using SEMRUSH for a while now and like it. They've done a lot of work on adding features which is great to see.

▲  ▼   Reply • Share ›

 **Josh Kirschner** • 2 years ago

Hi Rand,

I've been studying this area closely for our business and greatly appreciate the updated analysis. I'm curious how you determined consistency among "actual data" provided by the sites who participated? From our experience, there can be huge differences between "actual" traffic using server metrics vs "actual" traffic using pixel-based methods (e.g., Google Analytics, Quantcast, comScore). We've seen traffic volumes 3-4x higher for server metrics (which makes sense, unless you remember to exclude bots, RSS feeds, etc.).

Even among the pixel-based methods, GA is consistently 20% higher for our site than Quantcast. And comScore is higher with its raw metric measurements but reports UMV 75% lower, in our experience!

We've certainly determined that the only way to address these issues is to take the "mosaic" approach you recommend. And as bad as the traffic measurement ifo is, the "demographic" measurements supplied by the services are even more scattershot - would love to see a study on that.

Best,
Josh Kirschner
CEO, Techlicious

▲  ▼   Reply • Share ›

 **Jay Makwana** • 2 years ago

Hello Rand,

This article Comparing Accuracy levels of Web Tools is awesome...digital marketers always use some of these Tools to check Competitor's keywords and backlinks. 400%+ of Actual website visitors for our competitor would be scary and may influence decision makers negatively...similarly if the Tools are reporting competitors actual traffic much less than Actuals will also have negative implications...

How much should decision-makers rely on these tools? If SEMRush, SimilarWeb and other tool providers are willing to share their data and methodologies we should have this kind of Comparative Accuracy analysis every month.

Also wanted to know what efforts Moz is taking to make their numbers match nearest to Actuals?

Thanks in advance for your reply...it would help me add a bit to my knowledge of Digital marketing!

▲  ▼   Reply • Share ›

 **Amir Bar-Tikva** • 2 years ago

I think that any of these tools wont be of much help, stand alone in estimating a sites monthly/weekly/daily traffic. The method I found to work best here for me for years now. Is using a traffic ranking tool like alexa, comparing two or more sites from the same industry i.e. they are all hotel sites or both a technology company site, and one of these sites you have analytic account access for, so you know the exact traffic. Now you can use that figure when comparing the alexa ranks to get a rough estimate of the traffic.The more sites you have Google analytics access to, the more accurate your estimations are likely to be.

▲  ▼   Reply • Share ›

 **AJ Kohn** • 2 years ago


I see great value in most of these tools despite knowing that they are all flawed in one way or the other. To me, the trick is to use all of them to triangulate on the trends for a site, particularly in comparison to others in a vertical.

I don't use one and think - "Eureka!" - it's right. I check as many as I can to get a picture of whether the general movement is aligned or not. And I take bits and pieces of each service to cobble together what I think might be a more complete view of the landscape.

∧  ∨  Reply  ·  Share ›


**lily smith** · 2 years ago
Hey Rand, thanks for the data research. This one is really a fresh and accurate prediction.

∧  ∨  Reply  ·  Share ›


**Rachel Alexander** · 2 years ago
Great project, Rand. It is astonishing that these tools are so far from accurate. Even in Analytics, supposed "real" traffic figures appear inflated due to bots and spam referral sites, and then there is the need to factor in the duplication of the same users being counted multiple times for repeat visits from different devices Seems to have been a spate of semalt and button traffic - a new breed of nasties! A long way to go to get reliability but privacy issues necessarily create shrouds.

∧  ∨  Reply  ·  Share ›


**Neil Ferree** · 2 years ago
This is a timely and interesting study Rand. I've always wondered which Chrome extension to trust comparing Alexa to SimilarWeb for Visits, Bounce, Page Views and Duration? Still not sure which one is more accurate?



∧  ∨  Reply  ·  Share ›


**Andrew Warner** · 2 years ago
Rand, I use SimilarWeb to research Mixergy interviewees. What I found is that the raw number of hits is helpful, but the real value is seeing where the hits are coming from and where they're going.

I interviewed a founder last week whose site was sending traffic to malware. He couldn't believe I knew about it.

I got a sense of how big Product Hunt was early in its growth, when many interviewees' top referrer was PH.

∧  ∨  Reply  ·  Share ›


**Rand Fishkin** Mod ➜ Andrew Warner · 2 years ago
I think that's a great use, and if you've found it to be accurate - all the better!

BTW - great to see you here Andrew :-) Hope to catch up again soon.

∧  ∨  Reply  ·  Share ›


**cgrant** · 2 years ago
I'm guessing one of the reasons for using Spearman is just that it's non-parametric and is much more forgiving in the normality assumption area.

Still, I like the Pearson and the results I got (with your data, what's showing anyway) is about the same. Only six of the fifteen (that had Compete.com data available) had decent correlations between compete.com and actual data; the rest were 'way off. Of those six, three were very high traffic sites and three were smallish. There were only four really high-traffic sites, and of these, three had good accuracy for compete.com and one was crummy.
Going way, way out on a limb ... if a site's traffic has 3-4 million visits per month, there's a 75% chance of getting decent estimates from Compete.com. If the site's traffic is a million or less per month, there's only a 25% chance of getting estimates that are better than fairly random.

Yeah, I realize this will never pass a dissertation committee with all this, but it's not far off from the quality of info that corporate management usually gets!

Most depressing was just looking at the month to month directional changes. If these were my competitors, I'd be telling management that their traffic went up (or down) in a given month ... and I'd be claiming the wrong direction 3/4 of the time!

∧  ∨  Reply  ·  Share ›


**Rand Fishkin** Mod ➜ cgrant · 2 years ago
If we could get a bigger sample set of sites in varying traffic ranges, it might be possible to get a better sense of how these services perform on long-tail vs. mid vs. head of traffic curve sites.

∧  ∨  Reply  ·  Share ›


**cgrant** · 2 years ago
I'm so glad you did this. I've been doing it with just Compete.com for many years and found pretty much the same thing.

Question for you: in calculating your correlations, why did you use Spearman's instead of Pearson's?

∧  ∨  Reply  ·  Share ›


**Rand Fishkin** Mod ➜ cgrant · 2 years ago

4/30/2017    The Traffic Prediction Accuracy of 12 Metrics from Compete, Alexa, SimilarWeb, & More - Moz and 5 more pages - ...

Case 2:16-cv-01494-DGC Document 53-2 Filed 05/02/17 Page 26 of 48



Our data science folks informed me that Spearman's would be appropriate for this use case rather than Pearson's because of the type of data. If you read some of the examples here: http://www.statisticssoluti... it seems like Spearman's is the right choice, too.

∧ | ∨ | Reply • Share ›



**Carl** • 2 years ago

Great data on a useful topic.

+1 to suggest adding comScore to this list, as their data is well-respected.

Anyone interested in a similar study comparing SEM BI tools to real-world traffic/adspends, see

http://seattlesearchnetwork...

∧ | ∨ | Reply • Share ›



**Chewy SEO** • 2 years ago

Great synopsis - really great analysis. Hope you do this for SEM and keywords, AdWords predicted spend, etc.

Keep up the GREAT work.

-C

∧ | ∨ | Reply • Share ›



**disqus_r6puB2hLiX** • 2 years ago

Were these services chosen because they have a freemium version? I'm curious to see how accurate Comscore is since their numbers get cited by a lot of news publications.

∧ | ∨ | Reply • Share ›



**Stan Chris** • 2 years ago

Thanks for this Rand. Really timely and detailed.

∧ | ∨ | Reply • Share ›



**Jason Clampet** • 2 years ago

Rand, did your numbers take into account the algorithm changes Similarweb made beginning with the overall April numbers? That may have reduced the first metric that overestimated visits, giving a better impression of actual visits. But in all the sites I looked at -- with but a few exceptions, mainly relating to sites that purchase large amounts of traffic via display ads -- the relationships between sites remained the same. From the sites that I have access to, Similarweb has been very solid over the past 18 months when it comes to measuring against competitors/peers.

∧ | ∨ | Reply • Share ›



**Francisco Meza** • 2 years ago

I agree with you Rand. Also, Compete.com charges a lot for inaccurate info. They sell their product as if they "know" how your competitors are doing.

∧ | ∨ | Reply • Share ›



**Everett Sizemore** • 2 years ago

Thanks for doing this! Many of these don't seem to be all that accurate in other areas either, especially audience interests and demographics.

∧ | ∨ | Reply • Share ›



**Jason** • 2 years ago

Thanks Rand, this is a really useful study!

For the Quantcast data did you check if a site was directly measured or not? For those sites that do direct measurement I've found them to be pretty accurate, which right now is 59 of their top 100 US sites. Of course then you go and compare directly measured to non-directly measured which isn't so great, but I would expect segmented out to directly measured to be pretty good. If they only got 14% data coverage overall then directly measured would be in the single digits for sure.

∧ | ∨ | Reply • Share ›



**rajatgarg79** • 2 years ago

Unfortunately, when it comes to international traffic, Similarweb is the only one. Compete and others are way off mark!!

∧ | ∨ | Reply • Share ›



**Umar Khan** • 2 years ago

Thanks Rand for your crucial analysis. I do agree that we can't religiously follow the numbers these sites gives us and as you mentioned sometimes they are misleading.

I always give an upper edge to SimilarWeb because of their close figures even if your site doesn't have much traffic which is not the case with other similar tools. The recent feature by SimilarWeb that gives you the apps data if your website has the accounts at app stores is something that makes us believe they're going on right track.

But yes, there is plenty of room for improvement.

∧ | ∨ | Reply • Share ›



**Roman Bebenista** · 2 years ago

Ohh man, thanks for this! FInally some fresh data on this topic!

∧ | ∨ · Reply · Share ›

---

✉ Subscribe    ⊙ Add Disqus to your site Add Disqus Add    🔒 Privacy

**DISQUS**



© 2017 Rand Fishkin

Exhibit
5



ABOUT LIMELIGHT    RESOURCES    LOGIN    ENGLISH

SOLUTIONS    INDUSTRIES    SERVICES    PLATFORM    CONNECT

# ASN #22822

The world's largest, global private network for digital content delivery

## Instant Global Scale

Spanning the globe with over 80 Points-of- Presence (PoPs) and 19+ terabits per-second of egress capacity, the densely architected Limelight network seamlessly absorbs traffic spikes when your content is in high demand and you need to store massive amounts of data as your business needs evolve. Data centers are clustered around major metropolitan locations throughout the world, with direct connections to your users' access networks in most regions. Industry-leading cache efficiency means your content is consistently within the immediate reach of anyone, anywhere.

## Architected for Speed

Unlike other leading Content Delivery Networks (CDNs), the Limelight network is densely architected; data centers are clustered around major metropolitan locations throughout the world, with direct connections to your users' access networks in most regions. This strategic design enables you to deliver large amounts of data with greater speed, and industry-leading cache efficiency means your content is consistently within the immediate reach of anyone, anywhere.



Chat with us



## Built-in Security

Security is a given when your content travels on the privately owned and operated Limelight Content Delivery Network (CDN). Rather than algorithmically routing your content around the hazards of the public Internet, Limelight helps you avoid them altogether. When DDoS or web app attacks occur, the Limelight network can absorb volumetric attack traffic, and block application level threats, while passing legitimate traffic through to your servers using our DDoS Attack Interceptor and Web Application Firewall (WAF). Face the world's most pressing security threats with the confidence that is only possible when you deliver with the world's largest, private CDN.

## Let's Connect

Reach a Limelight expert to discuss how fast, reliable, secure content delivery can move your business forward.

Phone    Email    Locations



Blog
The latest news and views

Resources
Find in-depth information

Limelight Connect
Join our online community



**Solutions**

File Distribution
Web Content Delivery
Live Video
Video on Demand
Software and Device Manufacturers
Media and Broadcasters
Gaming

**Services**

Content Delivery Services
Video Delivery Services
Cloud Security Services
Web Acceleration Services
Origin Storage Services
Advanced Services

**Contact**

Locations
Support
Email Us
+1 (602) 850 5000

**Investors**

Investors Home
Management
Board
Governance
Filings
FAQs
Contact

© 2017 Limelight Networks

Site Map    Privacy and Legal

Exhibit
6









The world is digital. We deliver it.

We help you to securely manage and globally deliver digital content, building satisfaction through exceptional reliability and performance.

## Digital Demands More

Today, initial impressions, buying decisions, and customer relationships are established and strengthened in the online world.

The success of your business is directly connected to the digital experiences you create for your audience.

But as content complexity increases and consumption patterns shift, it is becoming more and more difficult to engage digital users. Doing so requires a fast, consistent, and secure connection to people everywhere.

Concerns about public Internet capacity and vulnerability lead forward-thinking businesses worldwide to rely on purpose-built networks that assure an excellent quality of experience regardless of those challenges.



# The World is Digital.
# We Deliver It.

Limelight Networks, a global leader in digital content delivery, empowers you to better engage your global audience on any device.

Led by a vision that organizations would one day need to transfer tremendous amounts of data online, Limelight architected its network from the ground up to support the explosion in demand for digital content that we are witnessing today.

The result is the world's largest, most reliable, secure private content delivery network (CDN). Our infrastructure is uniquely capable of delivering your websites, media, software, and other critical data faster, with greater availability, and free from public Internet hazards.

As technologies have advanced and our network evolved, our customers have risen to new heights with us, delivering events of historic proportions: presidential inaugurations, record-breaking sporting events, legendary software and gaming releases, and more. Our private network affords a remarkable degree of flexibility to scale for changing traffic patterns and achieve optimal performance, even in the most demanding and unpredictable delivery scenarios.

No other provider offers the expertise that Limelight has developed from operating a global private network for over a decade. And no offering matches the Limelight Orchestrate™ platform, a suite of integrated cloud-based services built to connect you with everyone, everywhere.



*International load times have improved significantly and make us look more like a global organization.*

— Director, Web Strategy,
  Riverbed Technology

*The Limelight Networks platform's performance, scalability, and reliability were so impressive that we have now deployed it for use with all of our current and upcoming properties.*

— Head of IT, Dreamworks

# The Delivery Advantage

A superior online experience is your competitive edge in a digital world. Taking advantage of Limelight's unparalleled scale and performance allows you to deliver content faster, more reliably, and more securely, however your audience wants to consume it—worldwide.



**Offload the cost and complexity of distributing your content; our continuous technological innovation and investments in a global infrastructure can power your business now and in the future.**

## EXPAND REACH

Whether you are just entering emerging markets or planning to expand into new geographies, a secure, high-performance infrastructure is essential to your growth objectives. Limelight's worldwide private network has been delivering traffic at a global scale for over a decade, with top-ranked performance in every region, as measured by independent third parties.

## SECURE CONTENT

Online security threats are growing in pace, scale, and sophistication. Limelight cloud security services protect your organization's digital investment by detecting and mitigating multiple attack vectors to avoid costly downtime and prevent the illicit distribution of your content.

## GO MOBILE

When you partner with Limelight's forward-thinking experts, you remain ahead of the mobile curve and avoid sinking capital into technologies that can quickly become insufficient or obsolete. We optimize your content delivery for a quickly changing mobile landscape so you can remain focused on your core business, even as mobile technology evolves.

## INCREASE REVENUE

Our high-performance solutions deliver your content rapidly and reliably—be it websites, video on demand, live streams, or downloads. Your audience spends more time interacting with your brand; you can better monetize premium content, improve conversion rates, create personalized experiences, and turn online visitors into engaged customers.

## SIMPLIFY OPERATIONS

Complex workflows, disjointed systems, and a lack of support can put a strain on your ability to deliver digital content, limiting productivity and revenue. Limelight's on-demand cloud services integrate with your existing technology for seamless end-to-end workflows. With our experts on your side, you spend less time managing technology and more time managing your business.

## CONTROL COST

Effectively managing the resources required to engage a global, mobile, digital audience at scale is a key business priority. Our elastic, cloud-based services enable you to gain efficiencies while enjoying the fixed cost of a dedicated service provider. You maintain control of your in-house systems; we handle the rest. Actionable analytics empower you to make informed business decisions enabling better audience engagement.

# A Solution for You

## Video Delivery

Digital media, broadcast, entertainment and enterprise corporations need to publish video at the speed of light, in every format, for every user device, and sometimes under less than ideal network conditions. Limelight's powerful combination of delivery, storage, and video management solutions help you optimize the quality of experience you provide to every viewer while simplifying the workflows required to do so.

## Web Delivery

High-performing websites and web applications strengthen your brand and increase conversions. Your text, images, and rich media can move faster and farther than ever before with Limelight's patented web delivery solutions. High-efficiency caching and worldwide storage ensure that your digital data is always within the immediate reach of a geographically distributed audience, on any device.

## Software Delivery

Successfully releasing software and updates at scale requires massive infrastructure and global reach. Some of the world's largest software and gaming companies depend on Limelight's global infrastructure to create a smooth download experience. Rich analytics empower you to track important metrics like download completion rates, so you can be assured that your next release is delivered to your users anywhere on the globe.



*When launching a multi-screen video service, content owners need to meet, and exceed, consumer expectations of the viewing experience. We're excited that by working with Limelight we can seamlessly provide an exceptional offering that meets this need.*

— Co-founder, NeuLion

# The Limelight Orchestrate Platform

The Limelight Orchestrate platform is a suite of services that puts the power of a worldwide network and intelligent software in your hands, while simplifying the complexity of engaging a digital audience. Uniquely integrated with our private delivery infrastructure, the Orchestrate platform provides instant and reliable access to your websites, rich media, software, data, and more, from any device worldwide.

## Orchestrate Delivery

Distribute your content with high speed and high availability in every market you serve on a private network dedicated solely to Limelight customer traffic. Connections to user access networks everywhere in the world allow you to cache files directly next to your global audience in all of the regions where they reside for quick and efficient access to your content.

## Orchestrate Security

Security is a business imperative. Orchestrate Security is designed to fit seamlessly into your existing workflows without requiring complex processes or additional capital expenditures. DDoS Attack Interceptor can detect and mitigate attacks worldwide to avoid costly downtime and bill shock. For SSL traffic, Limelight provides one of the largest SSL footprints on the planet. Additional DRM support, encryption, and authentication ensure that your content is not just securely distributed, but that it is only accessed where you want it, how you want it, and by the audience that you intend.

*Limelight not only offers a proven solution that accelerates dynamic content for all of our users, wherever they live; it also does so cost effectively. We are very satisfied with Limelight's web performance functionality.*

— Senior Manager, Software Development, Ocean Spray

## Orchestrate Performance

The industry's fastest website accelerator optimizes the user experience end-to-end from the source through the browser and back again. It uses both static and dynamic delivery techniques to dramatically reduce the time your audience waits for your website to load. Automated optimizations prioritize and adjust the presentation of content based on parameters you set for shorter time to user interaction and better audience engagement.

## Orchestrate Storage

Storing your content in the cloud puts it closer to end users everywhere. It also offloads management from your infrastructure to a proven service provider while simultaneously increasing the availability, performance, scalability, and protection of your data. With Limelight Orchestrate Storage, you can automatically manage, format, and replicate your files on-network from within the Limelight global infrastructure. Local ingest and delivery points in every region make it possible to do so wherever you are, and wherever your users are.

## Orchestrate Video

A simple user interface, complete set of APIs, and powerful software allow you to store, manage, and publish your live and on-demand multimedia content quickly and easily to any screen. The Orchestrate online video platform is fully integrated with our private delivery network and cloud storage for performance levels unmatched by any other provider in the market.

# Your Success Is Our Success

The best technology alone is not enough to guarantee your success in engaging an online audience.

Limelight Networks is a values-based organization fully dedicated to your success. We engage with you as we would like service providers to engage with us, with every member of our service team personally responsible for ensuring a great digital experience for your audience, and a great customer experience for you. Every great digital experience you create using our solutions is a win for both of us—anywhere in the world, on any kind of device, any time.



*Limelight differentiates on more than distribution of content. They help us translate and transcode the content and make it ready for consumption by any device anywhere. We need a partner that can help us deliver on the promise for our brand and Limelight is good at helping us deliver on that promise. When I look at the ROI from my investment with Limelight I look at how it is consistent with my value proposition to my customers.*

— CEO, SellPoints

*Limelight staff treat our problems as if they are an employee of our organization. That's exceptional commitment to problem solving.*

— CEO, Vitrium LLC

## Corporate Social Responsibility

As an industry-leading corporation, Limelight Networks practices social responsibility in all that we do. With the goal of minimizing adverse impact and maximizing our contributions to the communities where we and our customers do business, we focus on three key areas:

- Environmental responsibility
- Community involvement
- Ethical business conduct



*At Limelight Networks, we are relentless in optimizing the digital experiences you deliver to your audience. Where others see challenge, we see the opportunity to create a seamless world of connections between people and ideas. Your success is our success; we take pride when you succeed in that we have succeeded along with you. Until your audience enjoys a better experience than they could find anywhere else, our work is never done.*

— Bob Lento, CEO, Limelight Networks

Contact us for more information about Limelight Networks and our services.

**Global Headquarters**
+1 866.200.5463
+1 602.850.5000

**Europe, Middle East & Africa**
+44 203 728 6300

**Asia Pacific Region**
+65 6829 7125

**info@limelight.com** ■ **www.limelight.com**



The world is digital. We deliver it.

©2015 Limelight Networks, Inc. ("Limelight"). All rights reserved. Limelight Networks and the Limelight Networks logo are registered trademarks of Limelight Networks, Inc. All services are subject to change or discontinuance without notice. All other trademarks referred to herein are the property of their respective owners.

9/2015

# Exhibit
# 7



**Limelight** NETWORKS

ABOUT LIMELIGHT     RESOURCES     LOGIN     ENGLISH

SOLUTIONS     INDUSTRIES     SERVICES     PLATFORM     CONNECT

# Kronen Zeitung

Limelight's Video platform provides scale, analytics and ease of use for Kronen Zeutung, Austria's largest newspaper

## Challenge:

Make it easy for non-technical journalists to manage the production process to get videos online.

## Solution:

The Limelight Video Platform

The Kronen Zeitung, commonly known as The Krone, is Austria's largest newspaper with almost three million readers out of Austria's total population of approximately eight million.

As a large publisher with roots in the print world, Krone has seen the media landscape evolve rapidly. Their biggest editorial challenge is to accelerate the production of news stories without compromising their high journalistic standards.

## Krone's Challenge:

The news business has largely moved online and requires modern journalists to learn new production competencies. Krone extensively publishes written and video stories and needed a way to make it easy for non-technical journalists to manage the production process to get videos online. Every second counts when it comes to publishing timely news content. It's extremely important in this business to be first with publishing content to reach a wide range of audiences.



## Industry

Media and Broadcasters

## Use Case

Content Delivery Services
Video Delivery Services

## Website

http://www.krone.at/

## Download

Kronen Zeitung Case Study PDF

---



*"We needed a single partner to help us with delivery, encoding, hosting, encryption and more. Limelight offered the best solution. It can handle everything for us while being easy to use for our journalists. Plus, we needed a professional partner for upcoming solution challenges. In both cases we found the perfect partner in Limelight."*

*THOMAS WACHAUER, Krone.tv*

# Krone's Solution: The Limelight Video Platform

As Krone expanded over-the-top (OTT) video content, they found the Limelight Video Platform could help them with their workflow and content as well as grow with their expanding content and business.

Important features of the Limelight Video platform for Krone's needs include:

## Scale

As Krone's online content libraries and audiences are rapidly growing, they need a scalable Content Delivery Network (CDN). Since August 2013, their volume of videos played has grown more than 600 percent.

## Analytics

Detailed analytics are crucial for Krone to be able to monetize content. They need the ability to track metrics such as users' behavior and how many times a video is played to accurately charge their partners.

## Ease of Use

Reporters need to be able to upload videos directly, and it must be easy for them to learn how to do so.



**Data Sheet: Limelight Content Delivery Services**
Delivery of any kind of digital content—video, images, files, music, games, websites—to virtually any device, anywhere in the world.

**Data Sheet: Limelight Video Delivery Services**
Delivers broadcast-quality video to virtually any device anywhere with functionality in the form of content conversion, playback, and delivery.

**Case Study: Nintendo Europe**
The world's largest video game company promotes content online using the Limelight CDN

## Let's Connect

Reach a Limelight expert to discuss how fast, reliable, secure content delivery can move your business forward.



Phone    Email    Locations



**Blog**
The latest news and views

**Resources**
Find in-depth information

**Limelight Connect**
Join our online community

### Solutions
File Distribution
Web Content Delivery
Live Video

### Services
Content Delivery Services
Video Delivery Services
Cloud Security Services

### Contact
Locations
Support
Email Us

### Investors
Investors Home
Management
Board

Video on Demand

Software and Device Manufacturers

Media and Broadcasters

Gaming

Web Acceleration Services

Origin Storage Services

Advanced Services

+1 (602) 850 5000

Governance

Filings

FAQs

Contact

© 2017 Limelight Networks.

Site Map    Privacy and Legal

# Exhibit 8



## Limelight NETWORKS

ABOUT LIMELIGHT   RESOURCES   LOGIN   ENGLISH

SOLUTIONS   INDUSTRIES   SERVICES   PLATFORM   CONNECT

# VOD Factory

VOD Factory handles twice as much traffic and easily manages peak traffic demands delivering high quality video on-demand for over-the-top (OTT) companies throughout France.

**Challenge:**

How to Meet Global Expansion Goals

**Solution:**

The Limelight Content Delivery and Cloud Storage Services

## VOD FACTORY

### Industry

Video on-demand, OTT (over-the-top)

### Use Case

Origin Storage Services
Video Delivery Services

### Website

http://www.vodfactory.com/

### Download

VOD Factory Case Study PDF

## VOD Factory Delivers Broadcast-Quality Video to Audiences Faster and Easier with Limelight Content Delivery and Cloud Storage Services

VOD Factory, based in Paris, offers an end-to-end solution for companies who want to build video on-demand services. This includes building the catalogue from its online library of over 20,000 titles, negotiating rights, preparing content and digital logistics, marketing as well as the building and development of platforms.

## VOD Factory's Challenge: How to Meet Global Expansion Goals

To keep up with customer demand, VOD Factory needed a digital delivery solution optimized for MPEG DASH adaptive streaming so that video could be used in many locations in order to drive international business development. The goal was to efficiently deliver video content to customers in France and in other French-speaking territories while managing spikes in demand.



*"With Limelight we've been able to handle twice as much traffic and easily manage peak traffic demands. The Limelight real-time dashboard and bandwidth reports also help us better understand the business and identify content issues before they become problems for our customers."*

*VÉRONIQUE FAUGERAS, CTO, VOD Factory*

## VOD Factory's Solution: The Limelight Content Delivery and Cloud Storage Services

VOD Factory turned to Limelight Content Delivery Services for its reliability, scalability, and ability to deliver high quality video to online audiences faster and easier. VOD Factory now has a powerful cloud-based solution that reduces content publishing complexity and speeds time-to-market, while also improving the availability, performance, scalability, and protection to efficiently deliver digital video content. Important features to VOD Factory include:

### Near-instant purging

Limelight's SmartPurge enables removing unwanted content in seconds, making it inaccessible, and provides VOD Factory with detailed reports using Limelight's Control panel to verify that content was removed from cache.

### Scalability

Limelight's proven Content Delivery Network scales to meet high viewing demands and provides reliable performance consistently.

### Broadcast quality

Limelight's Cloud Storage service reduces latency and provides the best quality experience for VOD Factory viewers.



## Let's Connect

Reach a Limelight expert to discuss how fast, reliable, secure content delivery can move your business forward.





Live Video

Video on Demand

Software and Device Manufacturers

Media and Broadcasters

Gaming

Cloud Security Services

Web Acceleration Services

Origin Storage Services

Advanced Services

Email Us

+1 (602) 850 5000

Board

Governance

Filings

FAQs

Contact

© 2017 Limelight Networks.

Site Map    Privacy and Legal