# Exhibit 9



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001922530
Search Results: Displaying 1 of 1 entries



Labeled View

### *The Promise.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001922530 / 2014-11-17
**Application Title:** The Promise.
**Title:** The Promise.
**Description:** Electronic file (eService)
**Copyright Claimant:** Hydentra HLP Int Limited. Address: 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States.
**Date of Creation:** 2012
**Date of Publication:** 2012-10-07
**Nation of First Publication:** United States
**Authorship on Application:** Hydentra HLP Int Limited, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** Hydentra HLP Int Limited, 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States
**Names:** Hydentra HLP Int Limited



| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____  Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001931432
Search Results: Displaying 1 of 1 entries



---

Labeled View

***Stay Sweet.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001931432 / 2015-02-10 |
| **Application Title:** | Stay Sweet. |
| **Title:** | Stay Sweet. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hydentra HLP Int Limited. Address: 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2014-03-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hydentra HLP Int Limited, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Hydentra HLP Int Limited, 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |
| **Names:** | Hydentra HLP Int Limited |



---

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001922479
Search Results: Displaying 1 of 1 entries



Labeled View

*Le Cafe.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001922479 / 2014-11-17 |
| **Application Title:** | Le Cafe. |
| **Title:** | Le Cafe. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hydentra HLP Int Limited. Address: 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-06-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hydentra HLP Int Limited, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Hydentra HLP Int Limited, 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |
| **Names:** | Hydentra HLP Int Limited |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001917306
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶

Labeled View

***Il Lungo Addio.***

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001917306 / 2014-10-13 |
| **Application Title:** | Il Lungo Addio. |
| **Title:** | Il Lungo Addio. |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | Hydentra HLP Int Limited. Address: 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-04-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hydentra HLP Int Limited, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Hydentra HLP Int Limited, 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |
| **Names:** | Hydentra HLP Int Limited |

◀ previous     next ▶



| **Save, Print and Email (Help Page)** | |
|:---|:---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

# Exhibit
# 10



# Exhibit 11



Exhibit
12

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, April 30, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "hydentra" returned 0 entity records (out of 0 records found).



Show [ 10 ▾ ] entities per page

Narrow search results: [ _____ ]

| Entity Number | ⇅ | Registration Date | ⇅ | Status | ⇅ | Entity Name | ⇅ | Jurisdiction | ⇅ | Agent for Service of Process | ⇅ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | No matching entities found | | | | | |

Showing 0 to 0 of 0 entities

[ Previous ] [ Next ]

[ Modify Search ] [ New Search ]



**Alex Padilla**
**California Secretary of State**

# 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, April 30, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "hydentra" returned 0 entity records (out of 0 records found).



Show  [ 10 ▾ ]  entities per page

Narrow search results: [                    ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| | | | No matching entities found | | |

Showing 0 to 0 of 0 entities

[ Previous ]   [ Next ]

[ Modify Search ]   [ New Search ]

Exhibit
13



# Search

**Search For:**

Entity ▾

**Search Type:**

Contains ▾

**Name:**

hydentra

**Active/Inactive**

Active ▾

**Entity Type**

All ▾

Search

# No search results were found

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Arizona Corporation Commission eCorp

# Search



**Search For:**

Entity ▼

**Search Type:**

Contains ▼

**Name:**

hydentra

**Active/Inactive**

Inactive ▼

**Entity Type**

All ▼

Search

# No search results were found

Exhibit
14

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov...          GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports    Commercial Recordings    Licensing

## Nevada Business Search
**\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses**

**Search by**     Entity Name:     ▾     hydentra

**Sort by**     Relevance ▾     ◉ descending  ○ ascending **order**

☐ Include phonetic matches    **?**

Search Tips

Search

No results for entity name search on "hydentra"

Data in this system may be up to fifteen minutes behind actual filings in the Secretary of State's office.  In order to optimize the business search experience for all our customers, the automated and/or systematic collection of data from this website is strictly prohibited.

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitema

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-570

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Si

Exhibit
15

Delaware.gov                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

<table>
<tr><td>

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location
**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey
**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

</td></tr>
</table>

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **3612522** | Incorporation Date / Formation Date: | **1/3/2003** (mm/dd/yyyy) |
| Entity Name: | **HYDENTRA, L.P.** | | |
| Entity Kind: | **Limited Partnership** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Cancelled, Failure to Pay Tax** | Status Date: | **6/1/2011** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **0** | Tax Due: | **$ 1457** |
| Annual Tax Assessment: | **$ 250** | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE RD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Amendment | 1 | 10/23/2003 | 11:53 AM | 10/23/2003 |
| 2 | LP | 1 | 1/3/2003 | 2:00 PM | 1/3/2003 |

Back to Entity Search        Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# Exhibit
# 16

Logout

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

| | |
|---|---|
| HOME | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **3580527** | Incorporation Date / Formation Date: | **10/16/2002** (mm/dd/yyyy) |
| Entity Name: | **HYDENTRA, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Voluntarily Cancelled** | Status Date: | **10/20/2003** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | **$ 0** |
| Annual Tax Assessment: | **$ 200** | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **THE COMPANY CORPORATION** |
| Address: | **2711 CENTERVILLE RD STE 400** |
| City: | **WILMINGTON**   County: **New Castle** |
| State: | **DE**   Postal Code: **19808** |
| Phone: | **302-636-5440** |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Cancellation; Trust,GP,LP,LLC | 1 | 10/20/2003 | 11:10 AM | 10/20/2003 |
| 2 | LLC | 1 | 10/16/2002 | 9:00 AM | 10/16/2002 |

[ Back to Entity Search ]  [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit
# 17



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# HLP General Partner, Inc.

File Number  :  800158077                    Certificate / Charter forfeited  :   May 21, 2010

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Hope Andrade
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555                    FAX (512) 463-5709                    TTY 7-1-1