I, Esther Martinez, declare and state as follows:

1. My name is Esther Martinez. I am over the age of 18 years. I am a Director of Epoch EU Limited, a Guernsey limited company formerly known as Paycom EU Limited ("Epoch EU"). I make this declaration based upon personal knowledge and a review of my company's business records. All statements contained in this declaration are true and correct to the best of my knowledge.

2. Since 2008 the Porn.com website has been under accounts that have contracted with Epoch EU.

3. The payment for Membership ID 1850418284 to the Porn.com website was processed through Epoch EU.

I declare under penalty of perjury that the foregoing facts are true and correct.

Name: ESTHER MARTINEZ

Date: 5/1/17