1  Valentin D. Gurvits (admitted *Pro Hac Vice*)
   Matthew Shayefar (admitted *Pro Hac Vice*)
2  BOSTON LAW GROUP, PC
   825 Beacon Street, Suite 20
3  Newton Centre, Massachusetts 02459
   Telephone: (617) 928-1806
4  Facsimile: (617) 928-1802
   vgurvits@bostonlawgroup.com
5  matt@bostonlawgroup.com

6  Evan Fray-Witzer (admitted *Pro Hac Vice*)
   CIAMPA FRAY-WITZER, LLP
7  20 Park Plaza, Suite 505
   Boston, Massachusetts 02116
8  Telephone: (617) 426-0000
   Facsimile: (617) 423-4855
9  Evan@CFWlegal.com

10 *Attorneys for Defendants Sagan Limited, MXN Ltd.,*
   *Netmedia Services Inc. and David Koonar*

11

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**STIPULATION TO FILE UNDER SEAL DEFENDANTS' REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS** |

1       Pursuant to Local Rule of Civil Procedure 5.6, undersigned counsel for Defendants Sagan, Ltd., Cyberweb, Ltd. (formally known as MXN, Ltd.), Netmedia Services, Inc. and David Koonar (collectively, "Defendants") and counsel for Plaintiffs Hydentra HLP Int. Limited and Hydentra, L.P. HLP General partner, Inc. (collectively, "Plaintiffs"), hereby stipulate and agree that Defendants' replies to Plaintiffs' Oppositions to Defendants' Motions to Dismiss may be filed under seal.  The proposed documents to be filed under seal are concurrently lodged herewith electronically via the CM/ECF filing system under the "Seal Lodged Proposed Documents" category.

      This stipulation was reached, after consultation among counsel, and based on the following reasons:

      1.    In the related case of *AMA Multimedia LLC v. Sagan Ltd.*, Case No. CV-16-1269-DGC (D. Ariz.), the Court entered a Protective Order that allowed Defendants to designate materials as "Confidential" and "Highly Confidential – Attorneys' Eyes Only."

      2.    In this case, the Parties have agreed to utilize the same Protective Order as was used in the *AMA Multimedia* case, and are working towards submitting in this case a Stipulation and form Protective Order to be entered in this case.

      3.    While there is no current Protective Order in this case yet, Plaintiffs have agreed to follow the form Protective Order until it is entered by this Court.

      4.    Plaintiffs' Oppositions to Defendants' Motions to Dismiss contained references to materials and exhibits that were designated as "Confidential" or "Highly Confidential."  The Parties stipulated that Plaintiffs may lodge such documents under

seal, seeking an order from this Court to file them under seal. The Court granted an order allowing Plaintiffs to file such documents under seal.

5. In order to respond to the allegations made in Plaintiffs' Oppositions, Defendants' Replies contain exhibits and references to materials that were or are designated as "Confidential" or "Highly Confidential." In order to shield the designated materials and to abide by the proposed Protective Order, Defendants' counsel conferred with Plaintiffs' counsel and agreed in advance to lodge the Replies and exhibits under seal, seeking an order from this Court to file under seal.

6. This agreement was made in good faith, and there is not currently any dispute. A proposed order is submitted herewith.

Dated: May 2, 2017

**BOSTON LAW GROUP, PC**

By: /s/ Matthew Shayefar
Matthew Shayefar
825 Beacon Street, Suite 20
Newton Centre, MA 02459
*Attorneys for Defendants*

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on May 2, 2017, I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq.