1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**ORDER ON STIPULATION TO FILE UNDER SEAL DEFENDANTS' REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS** |

Pursuant to the parties' Stipulation to File Under Seal Defendants' Reply Briefs in Support of Motions to Dismiss, Doc. _____,

**IT IS ORDERED** that the Stipulation to File Under Seal Defendants' Reply Briefs in Support of Motions to Dismiss is **granted**.  The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. _____.

1 **Defendants shall file redacted copies of their Replies filed under seal on the**
2 **public docket no later than seven (7) days from the date hereof.**