# BOSTON LAW GROUP, PC
### ATTORNEYS AT LAW

Main (617) 928-1800     825 BEACON STREET, SUITE 20     Fax (617) 928-1802
                        NEWTON CENTRE, MASSACHUSETTS 02459

**Via ECF**

June 20, 2017

Courtroom Deputy Clerk
U.S. District Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 58
Phoenix, AZ 85003-2156

      **Re:**    Hydentra HLP Int. Ltd. v. Sagan Limited et al
              U.S. Dist. Crt. D. Ariz., Case No. CV-16-1494-PHX-DGC

Dear Clerk:

      Defendants in the above referenced case hereby provide notice of the following citation of a supplemental authority in connection with their Motions to Dismiss (Docket Nos. 35, 36 and 37):

      1.    *Bristol-Myers Squibb v. Superior Court of California, San Francisco County*, ___ U.S. __ (2017), a copy of which is attached hereto as **Exhibit 1**. In *Bristol-Myers Squibb*, the Supreme Court again emphasized that specific jurisdiction may only be exercised over a non-resident defendant when the cause of action arises out of or relates to the defendants' contacts with the forum. "For specific jurisdiction, a defendant's general connections with the forum are not enough." *Id.*, p. 7.

                                                        Very Truly Yours,

                                                        Matthew Shayefar, Esq.