**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; et al., <br><br> Defendants. | No. CV-16-1494-PHX-DGC <br><br> **ORDER** |

Pursuant to the motion to seal (Doc. 51) and the parties' stipulation to file under seal (Doc. 54),

**IT IS ORDERED** that the motion to seal (Doc. 51) is **granted.** The document (Doc. 49) is currently under seal on the Court's docket. The parties' stipulation to file under seal (Doc. 54) is **granted.** The Clerk is directed to accept for filing under seal the documents lodged on the Court's docket as Docs. 55 and 56.

Dated this 17th day of July, 2017.

_____
David G. Campbell
United States District Judge