LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART, | Case No. CV-16-1494-PHX-DGC |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | (Before the Hon. David G. Campbell) |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

Notice is hereby given that HYDENTRA HLP INT. LIMITED and HYDENTRA, L.P. HLP GENERAL PARTNER, INC., Plaintiffs in the above-entitled case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Defendants' Motions to Dismiss (Doc. 62) entered on July 17, 2017.  This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

/ / /

/ / /

1    DATED this 15th day of August, 2017.

2                                          **MANOLIO & FIRESTONE, PLC**

3

4                                   By:    /s/ Veronica L. Manolio
                                           Veronica L. Manolio
5                                          8686 E. San Alberto Drive, Suite 200
                                           Scottsdale, Arizona 85258
6                                          *Attorneys for Plaintiffs*

7                                          **FREEMAN LAW FIRM, INC.**

8                                   By:    /s/ Spencer D. Freeman
                                           Spencer D. Freeman
9                                          1107 ½ Tacoma Ave. South
                                           Tacoma, Washington  98402
10                                         *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Attorneys for Defendants*


Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*


Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
matt@bostonlawgroup.com
*Attorneys for Defendants*


By:    /s/ Gina Murphy