LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>                    Plaintiffs,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; David Koonar, an individual, *et. al.,*<br><br>                    Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**REPRESENTATION STATEMENT IN SUPPORT OF PLAINTIFFS' NOTICE OF APPEAL**<br><br>(Before the Hon. David G. Campbell) |

In compliance with Rule 12, Federal Rules of Appellate Procedure, and Ninth Circuit Rule 3-2(b), Plaintiffs provide this Representation Statement to identify that the parties are represented by counsel as listed below:

/ / /

/ / /

/ / /

/ / /

**Plaintiffs Hydentra HLP INT. Limited and Hydentra, L.P. HLP General Partner, Inc.**

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona  85258
480-222-9100
vmanolio@mf-firm.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave South
Tacoma, Washington 98402
253-383-4500
sfreeman@freemanlawfirm.org

**Defendants David Koonar, Sagan Limited, MXN Limited, and NetMedia Services, Inc.**

Evan Fray-Witzer
Ciampa Fray-Witzer LLP
20 Park Plaza, Suite 804
Boston, Massachusetts  02116
617-426-0000
evan@cfwlegal.com

Matthew Shayefar
Boston Law Group PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts  02459
617-928-1806
matt@bostonlawgroup.com

Valentin David Gurvits
Boston Law Group LLP
825 Beacon Street, Suite 20
Newton Centre, Massachusetts  02459
617-928-1800
vgurvits@bostonlawgroup.com

/ / /

/ / /

/ / /

/ / /

DATED this 15th day of August, 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiffs*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spencer D. Freeman
Spencer D. Freeman
1107 ½ Tacoma Ave. South
Tacoma, Washington 98402
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Attorneys for Defendants*


Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*


Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
matt@bostonlawgroup.com
*Attorneys for Defendants*


By:   /s/ Gina Murphy