

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 16, 2017

| | |
|---|---|
| No.: | 17-16637 |
| D.C. No.: | 2:16-cv-01494-DGC |
| Short Title: | Hydentra HLP Int. Limited, et al v. Sagan Limited, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, DBA Metart, DBA Sexart; HYDENTRA LP HLP GENERAL PARTNER INCORPORATED, a foreign corporation, DBA Metart, DBA Sexart,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, DBA Porn.com; MXN LIMITED, a Barbados company, DBA Porn.com; NETMEDIA SERVICES, INC., a Canadian company, DBA Porn.com; DAVID KOONAR; UNKNOWN PARTIES, named as: John Does 1-20,<br><br>　　　　Defendants - Appellees. | No. 17-16637<br><br>D.C. No. 2:16-cv-01494-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Wed., August 23, 2017**　　Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

| | |
|---|---|
| **Mon., October 16, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., November 13, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7