UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, DBA Metart, DBA Sexart and HYDENTRA LP HLP GENERAL PARTNER INCORPORATED, a foreign corporation, DBA Metart, DBA Sexart,<br><br>          Plaintiffs - Appellants,<br><br>  v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, DBA Porn.com; et al.,<br><br>          Defendants - Appellees. | No. 17-16637<br><br>D.C. No. 2:16-cv-01494-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered August 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7