**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, et al., | No. CV-16-01494-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Sagan Limited, MXN Limited, Netmedia Services Incorporated, and David Koonar, | |
| Defendants. | |

Defendants Sagan Limited, MXN Limited ("Cyberweb"), Netmedia Services, Inc., and David Koonar move for an evidentiary hearing to determine whether the Court has personal jurisdiction. Doc. 69. The Court will deny the motion.

Defendants contend that because the parties have stipulated that all jurisdiction-related discovery is complete, the interests of judicial economy would be served by holding an evidentiary hearing. Doc. 69 at 5. Plaintiffs argue that such a hearing would not be prudent because the remaining jurisdictional facts are intertwined with the merits of their claims. Doc. 70 at 3, 6. Defendants do not respond to or otherwise dispute this argument. Where jurisdictional facts are intertwined with the merits of a case, it is preferable that a jurisdictional determination be made at trial, "where a plaintiff may present his case in a coherent, orderly fashion and without the risk of prejudicing his case on the merits." *See Data Disc, Inc. v. Sys. Tech. Assocs., Inc.*, 557 F.2d 1280, 1285 n.2 (9th Cir. 1977); *Best*

*Western Int'l Inc. v. Paradise Hosp. Inc.*, No. CV-14-00337-PHX-DGC, 2014 WL 4209246, at *5 (D. Ariz. Aug. 26, 2014).[1]

**IT IS ORDERED:**

1. Defendants' motion for evidentiary hearing (Doc. 69) is **denied**.
2. On or before February 28, 2020, the parties shall file a joint memorandum setting forth a proposed discovery and motion schedule for completing this case.

Dated this 10th day of February, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge

---

[1] The Ninth Circuit has determined that the Court has personal jurisdiction over Sagan, and that personal jurisdiction is proper as to all owners or operators of Porn.com. *See* Doc. 67-1 at 2 n.1, 5. Defendants concede Cyberweb is an owner of Porn.com. Doc. 35 at 4-5. At trial, the Court must additionally determine whether Netmedia and Koonar are owners or operators of the website.