LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP INT. Limited, a foreign corporation, d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>                              Plaintiffs,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company; MXN, Ltd., a Barbados Company; NetMedia Services, Inc., a Canadian Company; David Koonar, an individual, *et al.,*<br><br>                              Defendants. | Case No. CV-16-1494-PHX-DGC<br><br>**JOINT PROPOSED CASE MANAGEMENT PLAN**<br><br>(Before the Hon. David G. Campbell) |

Pursuant to this Court's February 10, 2020 Order (Dkt. 71), the Parties, by and through counsel undersigned, hereby submit this Joint Proposed Case Management Plan.

**1. The Jurisdictional Basis of the Case.**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  Defendants continue to assert that this Court does not have personal jurisdiction over them, which Plaintiffs dispute.

**2.   Parties, If Any, That Have Not Been Served, Filed an Answer, or Otherwise Appeared.**

All parties have been served. Defendants have not yet filed an answer.

**3.   The Names of Parties Not Subject to the Court's Jurisdiction.**

Plaintiffs contend that there are no parties that are not subject to this Court's jurisdiction; Defendants contend that they are not subject to this Court's jurisdiction.

**4.   Whether There Are Dispositive or Partially Dispositive Issues To Be Decided by Pretrial Motion.**

Plaintiffs do not anticipate filing any dispositive or partially dispositive motions at this time.

Defendants anticipate filing a motion for summary judgment or motion for partial summary judgment.

**5.   Whether the Case Is Suitable for Reference to a United States Magistrate Judge or a Special Master.**

The Parties do not agree to reference to a United States Magistrate Judge.

**6.   The Status of Related Cases Pending.**

*AMA Multimedia LLC v. Sagan Limited et al*, Case No. 2:16-cv-01269-DGC (D. Ariz.).  The AMA case is brought by different Plaintiffs who are represented by same counsel against the same Defendants, based on a complaint which is substantially similar to the Complaint in the present action.  In October of 2018, this Court dismissed the AMA case on the basis of forum non-conveniens.  Plaintiffs in AMA filed a notice of appeal.

The appeal is currently fully briefed and set for oral argument before the Ninth Circuit in Phoenix, Arizona on March 6, 2020.

7. **A Description of the Parties' Discussions of the Mandatory Initial Discovery Responses, Including Any Disputes.**

Mandatory Initial Discovery does not apply to this matter as the complaint was filed before May 2017.

8. **Proposed Deadlines for:**

(a) Filing motions to amend the Complaint or to join additional parties;

   **April 1, 2020**

(b) If a patent case, exchange of patent claim constructions and filing of claim construction opening brief, response, and reply;

   **Not Applicable**

(c) Completion of all fact discovery;

   **December 6, 2020**

(d) Disclosure of expert testimony by Plaintiffs under Fed.R.Civ.P. 26(a)(2);

   **January 31, 2021**

(e) Disclosure of expert testimony by Defendant under Fed.R.Civ.P. 26(a)(2);

   **February 28, 2021**

(f) Disclosure of rebuttal expert testimony;

   **March 27, 2021**

(g) Disclosure of all witnesses, exhibits and other matters under Fed.R.Civ.P. 26(a)(3);

   **April 10, 2021**

(h) Closure of all discovery;

**May 15, 2021**

(i) Completing good faith discussions of settlement; and,

**May 29, 2021**

(j) Filing dispositive motions, including *Daubert motions*.

**June 12, 2021**

9. **The Scope of Discovery Including Any Suggested Changes in the Limitations on Discovery Imposed by the Federal Rules of Civil Procedure.**

The parties do not request any changes in the limitations on discovery (including depositions) imposed by the Federal Rules of Civil Procedure.

10. **Estimated Length of Trial, and Any Suggestions for Shortening the Trial.**

The parties estimate a five (5) day trial in this matter. At this time, the parties do not have any suggestions for shortening the trial.

11. **Whether a Jury Trial Has Been Requested and Whether the Request for a Jury Trial is Contested.**

A jury trial has been requested. The request for a jury trial is not contested.

12. **The Prospects for Settlement, Including Any Request to Have a Settlement Conference Before Another United States District Judge or a Magistrate Judge.**

The parties are willing to engage in a settlement conference with another United States District Judge, a Magistrate Judge, or a private mediator. The parties believe that further review of disclosures (including recent ESI disclosures), as well as some discovery,

may be necessary prior to any settlement conference.  The parties do, however, hope to engage in a settlement conference or mediation at an early stage of this litigation.

13. **In Class Actions, the Proposed Dates for Class Certification Proceedings and Other Class Management Issues.**

    Not applicable.

14. **Whether Any Unusual, Difficult, or Complex Problems or Issues Exist That Require This Case to Be Placed on the Complex Track for Case Management Purposes.**

    The parties do not believe that this case should be placed on the complex track for case management purposes.

15. **Any Other Matters That Counsel Believe Will Aid the Court in Resolving This Case in a Just, Speedy, and Inexpensive Manner.**

    The parties do not have any other matters

    Dated this 28th day of February, 2020.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiffs*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spencer D. Freeman
Spencer D. Freeman
1107 ½ Tacoma Ave. South
Tacoma, Washington  98402
*Attorneys for Plaintiffs*

                                               **CIAMPA FRAY-WITZER, LLP**

By:  /s/ Evan Fray-Witzer
       Evan Fray-Witzer
       20 Park Plaza, Suite 505
       Boston, Massachusetts 02116
       *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2020, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA  02116
Evan@CFWlegal.com
*Attorneys for Defendants*


Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*


Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
matt@bostonlawgroup.com
*Attorneys for Defendants*


By:   /s/ Janel Rubert