1  Name         _____
2  Bar#         _____
3  Firm         _____
4  Address      _____
5               _____
6  Telephone    _____

7
8                    IN THE UNITED STATES DISTRICT COURT
9                        FOR THE DISTRICT OF ARIZONA
10

11                                      )   No. CIV
                                        )
12              Plaintiff,              )   **Corporate Disclosure Statement**
                                        )
13   vs.                                )
                                        )
14                                      )
                                        )
15                                      )
                Defendant.              )
16                                      )
     _____    )
17

18         This Corporate Disclosure Statement is filed on behalf of _____
19   in compliance with the provisions of: *(check one)*
20         ___   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate
21               party to an action in a district court must file a statement that identifies
22               any parent corporation and any publicly held corporation that owns 10%
23               or more of its stock or states that there is no such corporation.
24         ___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any
25               nongovernmental corporate party to a proceeding in district court must
26               file a statement that identifies any parent corporation and any publicly
27               held corporation that owns 10% or more of its stock or states that there
28               is no such corporation.

   ___   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   ___   No such corporation.

   ___   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

   ___   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

   ___   Other (please explain)

_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -