| | | |
|---|---|---|
| 1 | Name | Matthew Shayeafar |
| 2 | Bar# | pro hac vice |
| 3 | Firm | Law Office of Matthew Shayefar, PC |
| 4 | Address | 925 N La Brea Ave |
| 5 | | West Hollywood, CA 90038 |
| 6 | Telephone | 323-948-8101 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Hydentra HLP Int. Limited et al ) No. CIV-16-1494-PHX-DKD
    Plaintiff, ) **Corporate Disclosure Statement**
vs. )
Sagan Limited et al )
    Defendant. )

This Corporate Disclosure Statement is filed on behalf of Sagan Limited in compliance with the provisions of: *(check one)*

    X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

|     |     |
| --- | --- |
| 1   | ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational |
| 2   | victim of alleged criminal activity is a corporation the government must |
| 3   | file a statement identifying the victim and the statement must also |
| 4   | disclose the information required by Rule 12.4(a)(1). |

**The filing party hereby declares as follows:**

_X_  No such corporation.

___  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

___  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

___  Other (please explain)

_____
_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _10th_ day of _April_, _2020_.

/s/ Matthew Shayefar
Counsel of Record

Certificate of Service:

I hereby certify that on the above date I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the onine e-filing system, which will provide service to all parties registered for the same appearing in this case.

/s/ Matthew Shayefar, Esq.