1 Name        Matthew Shayeafar
2 Bar#        pro hac vice
3 Firm        Law Office of Matthew Shayefar, PC
4 Address     925 N La Brea Ave
5             West Hollywood, CA 90038
6 Telephone   323-948-8101

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Hydentra HLP Int. Limited et al          )   No. CIV-16-1494-PHX-DKD
    Plaintiff,                           )
                                         )   **Corporate Disclosure Statement**
vs.                                       )
                                         )
                                         )
Sagan Limited et al                       )
    Defendant.                           )
                                         )

This Corporate Disclosure Statement is filed on behalf of MXN Ltd. in compliance with the provisions of: *(check one)*

    X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ___    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ___    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

    _X_    No such corporation.

    ___    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

    _____ Relationship _____

    ___    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

    _____ Relationship _____

    ___    Other (please explain)

_____

_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _10th_ day of _April_, _2020_.

/s/ Matthew Shayefar
Counsel of Record

Certificate of Service:

I hereby certify that on the above date I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the onine e-filing system, which will provide service to all parties registered for the same appearing in this case.

/s/ Matthew Shayefar, Esq.

- 2 -