1  Name         Matthew Shayeafar
2  Bar#         pro hac vice
3  Firm         Law Office of Matthew Shayefar, PC
4  Address      925 N La Brea Ave
5               West Hollywood, CA 90038
6  Telephone    323-948-8101

7

8               IN THE UNITED STATES DISTRICT COURT
9                  FOR THE DISTRICT OF ARIZONA
10

11  Hydentra HLP Int. Limited et al     )   No. CIV-16-1494-PHX-DKD
12         Plaintiff,                   )
                                        )   **Corporate Disclosure Statement**
13  vs.                                 )
                                        )
14                                      )
    Sagan Limited et al                 )
15                                      )
           Defendant.                   )
16                                      )
                                        )
17

18     This Corporate Disclosure Statement is filed on behalf of  Netmedia Services Inc.
19  in compliance with the provisions of: *(check one)*
20          X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate
21               party to an action in a district court must file a statement that identifies
22               any parent corporation and any publicly held corporation that owns 10%
23               or more of its stock or states that there is no such corporation.
24               Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any
25               nongovernmental corporate party to a proceeding in district court must
26               file a statement that identifies any parent corporation and any publicly
27               held corporation that owns 10% or more of its stock or states that there
28               is no such corporation.

    __  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

    _X_  No such corporation.

    __  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

    _____ Relationship _____

    __  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

    _____ Relationship _____

    __  Other (please explain)

_____

_____.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

    Dated this _10th_ day of _April_, _2020_.

    /s/ Matthew Shayefar
    Counsel of Record

Certificate of Service:

I hereby certify that on the above date I electronically submitted the above document to the Clerk of the United States District Court, District of Arizona, using the onine e-filing system, which will provide service to all parties registered for the same appearing in this case.

/s/ Matthew Shayefar, Esq.