Valentin D. Gurvits (admitted *Pro Hac Vice*)
BOSTON LAW GROUP, PC
825 Beacon St, Ste 20, Newton, MA 02459
Tel: 617-928-1804 | Fax: 617-928-1802
vgurvits@bostonlawgroup.com

Evan Fray-Witzer (admitted *Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Ste 505, Boston, MA 02116
Tel: 617-426-0000 | Fax: 617-423-4855
Evan@CFWlegal.com

Matthew Shayefar (admitted *Pro Hac Vice*)
LAW OFFICE OF MATTHEW SHAYEFAR, PC
925 N La Brea Ave, West Hollywood, CA 90038
Tel: 323-948-8101 | Fax: 323-948-8107
matt@shayefar.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hydentra HLP Int. Limited, a foreign corporation d/b/a METART d/b/a SEXART; Hydentra, L.P. HLP General Partner, Inc., a foreign corporation d/b/a METART d/b/a SEXART,<br>    Plaintiffs,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados company, individually and d/b/a Porn.com; Netmedia Services Inc., a Canadian company, individually and d/b/a Porn.com; David Koonar, an individual; and John Does 1-20,<br>    Defendants. | Case No. CV-16-1494-PHX-DKD<br><br><br><br>PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to the above-captioned action hereby stipulate to the dismissal of the above-captioned matter. The Parties stipulate further that

Parties' Joint Stipulation of Dismissal With Prejudice

such dismissal shall apply to all claims which were, or which could have been brought by the Plaintiffs as well as all claims which were, or which could have been asserted as counterclaims by the Defendants.

The Parties stipulate that this dismissal shall be with prejudice and with each party bearing its own costs and fees (including attorney's fees). All rights of appeal are waived.

Respectfully submitted,

/s/ Valentin D. Gurvits
Valentin D. Gurvits (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804 | Fax: 617-928-1802
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000 | Fax: 617-423-4855
evan@CFWlegal.com

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
LAW OFFICE OF MATTHEW SHAYEFAR, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 323-948-8101 | Fax: 323-948-8107
matt@shayefar.com

/s/ Veronica L. Manolio
Veronica L. Manolio
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiffs*

/s/ Spencer D. Freeman
Spencer D. Freeman
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Ave. South
Tacoma, Washington  98402