# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydentra HLP Int. Limited, et al., | No.: CV-16-1494-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Sagan Limited, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulation of dismissal with prejudice of this action. Doc. 82.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 82) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to terminate this matter.

Dated this 17th day of July, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge